1 | **CALLAHAN & BLAINE, APLC**
Daniel J. Callahan (Bar No. 91490)
2 | Brian J. McCormack (Bar No. 167547)
Marc P. Miles (Bar No. 197741)
3 | 3 Hutton Centre Drive, 9th Floor
Santa Ana, California 92707
4 | (714) 241-4444 / (714) 241-4445 [fax]

5 | Attorneys for Plaintiff

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | REAL ESTATE DISPOSITION
CORPORATION, a California
12 | corporation,

13 |                         Plaintiff,

14 |         v.

15 | NATIONAL HOME AUCTION
CORPORATION, a California
16 | corporation, J.C.R. ENTERPRISES,
INC., a California corporation, doing
17 | business as JCR Advertising &
Productions, DAVID RIEMANN, an
18 | individual, ROBERT CAMPBELL, an
individual, JAMES WATSON, an
19 | individual, and DOES 1 through 10,
inclusive,
20
21 |                         Defendants.
22

**CASE NO.**  CV08-01331 SJO (Ex)

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES BASED ON:**

1. **Copyright Infringement**
2. **Unfair Business Competition**
3. **False or Misleading Advertising**
4. **False or Misleading Advertising**
5. **Breach of Confidence**
6. **Misappropriation of Trade Secrets**
7. **Fraud (Intentional Misrepresentation)**
8. **Fraud (Concealment)**
9. **Breach of Implied Contract**
10. **Unjust Enrichment/Constructive Trust**

**Demand for Jury Trial**

23 |         Plaintiff REAL ESTATE DISPOSITION CORPORATION, a California

24 | corporation, alleges against Defendants NATIONAL HOME AUCTION

25 | CORPORATION, a California corporation, J.C.R. ENTERPRISES, INC., a California

26 | corporation, doing business as JCR Advertising & Productions, DAVID RIEMANN, an

27 | individual, ROBERT CAMPBELL, an individual, JAMES WATSON, an individual,

28 | and DOES 1 through 10, and each of them, as follows:

-1-

## PARTIES

1.     At all relevant times, Plaintiff REAL ESTATE DISPOSITION CORPORATION ("REDC") has been and is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in Irvine, California.

2.     Plaintiff is informed and believes and thereon alleges that at all relevant times, Defendant  NATIONAL HOME AUCTION CORPORATION ("NHA") has been and is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in Irvine, California.

3.     Plaintiff is informed and believes and thereon alleges that at all relevant times, Defendant J.C.R. ENTERPRISES, INC., JCR Advertising & Productions ("JCR Advertising") has been and is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in Foothill Ranch, California.

4.     Plaintiff is informed and believes and thereon alleges that at all relevant times, Defendant DAVID RIEMANN is an individual, and at all times herein mentioned is and was a resident of the County of Orange, State of California.

5.     Plaintiff is informed and believes and thereon alleges that at all relevant times, Defendant ROBERT CAMPBELL is an individual and at all times herein mentioned is and was a resident of the County of Orange, State of California.

6.     Plaintiff is informed and believes and thereon alleges that at all relevant times, Defendant JAMES WATSON is an individual and at all times herein mentioned is and was a resident of the County of Orange, State of California.

7.     Defendants DOES 1 through 10, inclusive, are sued herein under fictitious names.  Their true names and capacities are presently unknown to Plaintiff.  When said true names and capacities are ascertained, Plaintiff will amend this Complaint by inserting such information.  Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the

occurrences alleged herein and Plaintiff's damages were proximately caused by said Defendants.

8.    Plaintiff is informed and believes and thereon alleges that at all times relevant, each Defendant, including the DOE Defendants, was the agent, servant, representative and/or employee of each of the other Defendants, and that in doing the things hereinafter alleged, each Defendant was acting within the course and scope of his, her or its authority as such agent, servant, representative and/or employee, with the permission, knowledge, consent and ratification of each of the other Defendants. Unless otherwise indicated, all Defendants are collectively referred to herein as the "Defendants."

9.    Plaintiff is informed and believes and thereon alleges that in committing the wrongful acts alleged herein, defendants have pursued a common course of conduct, acted in concert with, aided and abetted, agreed and conspired with one another, in furtherance of their common plan, scheme or design to engage in acts complained of herein. Each of these defendants actually knew of the wrongful and unlawful acts alleged herein, and/or should have known of said acts, but actively participated in covering up the true facts. Thus, in addition to the wrongful conduct herein alleged as giving rise to primary liability, defendants further aided and abetted and knowingly assisted each other in breach of their respective duties and obligations as herein alleged, and acted as the agent of each other.

**JURISDICTION AND VENUE**

10.    This action arises under the laws of the United States, in that it involves violations of the Copyright Act (*17 USC § 101, et seq.*) and the Lanham Act (*15 USC § 1125*). The jurisdiction of this Court is founded on 28 USC § 1331. The jurisdiction of this Court over the copyright and false advertising violations involved herein is also proper pursuant to 28 USC § 1338(a). Furthermore, the claims for unfair competition arise, at least in part, from the same set of operative facts for which jurisdiction is

1  proper under 28 USC § 1338(b).  Moreover, this Court has supplemental jurisdiction

2  over the related state law claims, in that they arise out of the same set of operative facts

3  as those involving original federal jurisdiction, pursuant to 28 USC § 1367(a).

4      11.    The Central District of California is the proper venue for this action, in that

5  Plaintiff REAL ESTATE DISPOSITION CORPORATION, and Defendants

6  NATIONAL HOME AUCTION and J.C.R. ENTERPRISES, INC. all have their

7  principal places of business within the Central District, and the Plaintiff is informed and

8  believes that individual Defendants DAVID RIEMANN, ROBERT CAMPBELL and

9  JAMES WATSON all reside within the Central District.  Moreover, the Southern

10  Division of the Central District of California is the proper venue, in that the Plaintiff is

11  informed and believes that all of the parties either reside or have their principal place of

12  business within the County of Orange.

13

14  ## FACTS COMMON TO ALL CLAIMS FOR RELIEF

15      12.    Plaintiff Real Estate Disposition Corporation ("REDC") was founded in

16  1990.  Since then, REDC has become the leading company nationwide that sells

17  residential real estate in an auction format.  REDC enters into contracts with large scale

18  residential builders and developers, as well as loss mitigation specialists from banks and

19  lenders who have acquired foreclosed properties, to provide the foundation and forum

20  by which the properties can be auctioned to the general public.  Since its inception,

21  REDC has sold over $3 billion dollars worth of real estate assets through the use of the

22  auction marketing process.

23      13.    In the Fall of 2006, REDC's business increased dramatically as a result of

24  the down turn in the residential real estate market and the sub-prime mortgage crisis. As

25  a result of that increase, REDC implemented new and innovative business methods and

26  practices to create an extremely successful business model for its nationwide auctions.

27      14.    REDC's business plan was developed in connection with Impac Mortgage

28  Holdings, Inc. ("Impac").  Impac Mortgage is REDC's primary source of foreclosed

COMPLAINT

properties to be sold at auction and acts in a critical consulting capacity regarding REDC's business activities. Officers and management of REDC and Impac meet at least twice per month to discuss confidential and proprietary business plans and strategies. Throughout 2007, REDC's auctions were wildly successful.

15.     REDC and Impac pioneered several aspects of the auction marketing process.  For example, REDC was the first and only auction company nationwide to allows its buyers to pre-qualify for loans through its website.  The advantage of this process is that when the buyers successfully bid on a property at the time of the auction, they can immediately begin financing and escrow at the auction site.

16.     REDC also developed a revolutionary commission structure which allows it to maximize its revenues.  Having run auctions for over 17 years, REDC developed time-tested processes for marketing the properties through its website, television commercials, radio commercials print ads, and e-marketing. REDC also developed a unique business plan and methodology with respect to how it conducts its auctions, sells the properties, and facilitates the closings.  All of REDC's business plans and methodologies derive significant economic value from those processes and methods not being disclosed to the general public or its competitors.

17.     REDC's marketing and advertising is a critical component to the success of REDC's business model and is specifically targeted to reach buyers interested in purchasing homes at auction.  REDC advertises upcoming auctions in specific geographical areas for a period of approximately three weeks prior to the auction.  It uses a combination of television ads, radio ads, print media (including nationally-recognized newspapers), and website advertising on well-known websites such as Google and Yahoo.

18.     In March 2007, Jeffrey Frieden, President and CEO of REDC wrote the script for REDC's 30-minute, 2-minute, 1-minute and 30-second television commercials, together with Michael Jansta, REDC's Senior Vice President of Marketing.  Frieden also wrote the scripts for REDC's radio ads and designed the ads

for print media.  After writing the script and assembling video footage, still photographs and other images, REDC's television commercial was originally professionally produced by a company called Take2 Direct in Irvine, California.

19.    In May 2007, Frieden was contacted by Defendant David Riemann, a principal in JCR Advertising.  Prior to this time, two affiliates of REDC, National Recreational Properties, Inc. ("NRPI"), and LandAuction.com had used JCR Advertising to develop commercials for auctions of developed and underdeveloped land which ran throughout the United States.

20.    As a result of this business relationship, REDC turned over to Defendant Riemann all of REDC's confidential, strategic marketing plans and confidential business plans.  This included precisely what ads would run on which TV and radio stations and print media. REDC gave Defendant Riemann details regarding the specific time periods, stations, and newspapers that had been most effective for REDC, and every detail of a media plan that was the result of over 17 years of trial and error and significant time, effort and expense.

21.    In or about June 2007, JCR Advertising took the script which Frieden of REDC had written, together with REDC stock video footage, photos, screen shots of REDC's website, and other proprietary images, and revamped REDC's television commercial.

22.    The 30-minute television commercial JCR Advertising produced for REDC was first broadcast on May 27, 2007, and continues to be used by REDC to advertise auctions throughout the United States.  REDC's television commercial, website, radio ad, and several contract documents (including the "Purchase Agreement with Joint Escrow Instructions" and "Terms and Conditions") have all been deposited with the U.S. Copyright Office, along with the appropriate application and fee.

23.    In early 2007, Plaintiff REDC (along with its affiliates) engaged the services of Deutsche Bank Securities, Inc., a globally-recognized investment bank, to assist with the possible sale of three companies.  Defendant Riemann of JCR

1  Advertising introduced REDC to a prospective purchaser, Raymond J. ("RJ") Brandes

2  of Belgravia Capital.  Before REDC agreed to meet with Brandes, it required that

3  Brandes execute a Non-Disclosure Agreement ("NDA"), prepared by Deutsche Bank.

4  Defendant Riemann presented the NDA to Brandes and secured its execution on behalf

5  of REDC.  As Defendant Riemann asked Brandes and Belgravia to execute the NDA, he

6  was well aware of the fact that REDC would be disclosing confidential information

7  about its business.

8      24.    Following the execution of the NDA, in April 2007, REDC attended two

9  meetings at Belgravia Capital's office, to discuss the sale of REDC and its affiliates.

10  The three companies were being marketed for $750 million.  RJ Brandes of Belgravia

11  and Dave Riemann of JCR Advertising were present at both meetings.  Everyone at the

12  meetings was told and understood that the details of REDC's business plans and

13  financial projections which were discussed were to be kept strictly confidential, and

14  they agreed to keep REDC's novel confidential and proprietary information confidential

15  as a condition of its disclosure.

16      25.    During these meetings, REDC disclosed significant confidential

17  information about is business, including the business model, media plan, client list, and

18  financial information and projections of REDC to Brandes and Riemann.  Ultimately,

19  Belgravia did not make a purchase offer.

20      26.    Ultimately, REDC learned that Defendant JCR Advertising had taken the

21  confidential information revealed during those meetings to principals of Flexpoint with

22  whom he had a relationship and started Defendant National Home Auction to compete

23  with REDC.  Defendant JCR Advertising not only used the confidential and financial

24  information about REDC disclosed during those meetings, but also used the confidential

25  media and marketing plans which were disclosed to it previously in connection with

26  revamping REDC's commercial, and then completely copied REDC's media plan,

27  website, television commercials, and documents and forms, to assist Defendant NHA in

28  competing with REDC.  Defendant NHA was incorporated on August 24, 2007.

-7-

27.    In November 2007, agents of NHA scheduled a phony meeting under false pretenses for the purpose of acquiring additional confidential information about REDC and its business model.  On November 29, 2007, Defendants Robert Campbell and James Watson, investors in NHA, represented to Joseph R. Tomkinson, CEO of Impac Mortgage (who is REDC's largest source of properties and REDC's strategic consultant), that they were interested in investing in Impac, but that prior to making the decision on a significant investment they wanted to conduct their due diligence by meeting with Tomkinson and interviewing him about Impac's current and future business plans.

28.    Tomkinson told Campbell and Watson that he would share with them some of the company's confidential and proprietary business information and strategies for the purpose of allowing them, as potential large investors, to conduct their required due diligence and to inform themselves as to Impac's business activities prior to making the significant investment in the company.  However, Tomkinson made it clear that all of the information he would reveal must remain confidential and proprietary.  Campbell and Watson agreed to keep said information confidential.

29.    After inquiring about Impac Mortgage, Campbell and Watson focused their attention on Impac's business relationship with REDC.  Campbell and Watson asked Tomkinson very detailed and specific questions about REDC, its proprietary customer list, its business processes, its method of acquiring foreclosed properties, its method of acquiring potential purchasers at auctions, its financing, its advertising, the manner in which REDC conducts its auctions, REDC's business model, and its potential future profitability.  Such inquiry concerning the specifics of REDC's business seemed appropriate to Tomkinson at the time because he believed in good faith that Campbell and Watson were simply conducting due diligence prior to making a decision on a significant, multi-million dollar investment in Impac.

30.    The confidential and proprietary information about REDC that Tomkinson shared with Campbell and Watson is not generally known to the public and is in fact

-8-

known only to officers and management of REDC and only a handful of management and officers of Impac who were made privy to that confidential and proprietary information during bi-weekly meetings with REDC representatives and officers which took place at Impac in order to coordinate joint business efforts.

31.     This confidential and proprietary information concerns the specifics of REDC's business model and is information that would be extremely valuable to a competitor of REDC.  REDC's business model was developed over a period of 17 years. REDC has spent significant time, energy and expense to develop its proprietary customer list and to refine the process of acquiring properties, motivating potential purchasers to attend auctions, motivating brokers, lenders and builders to work with REDC through the proprietary commission structures.  In addition, REDC's media timing and purchase plan, marketing and advertising plan has been the result of over 17 years of time, effort and expense to determine the most effective advertising.

32.     After the meeting on November 29, 2007, Tomkinson never again heard from Campbell or Watson.

33.     In approximately mid-January 2008, Tomkinson met with Forest E. Olsen, and his son, Curt Olsen, two successful Orange County developers.  During that meeting, Forest and Curt Olsen told Tomkinson that Campbell and Watson were in fact principal investors in Defendant National Home Auction.

34.     After Defendants stole REDC's confidential and proprietary information through the above-described confidential meetings which were conducted under false pretenses, Defendant NHA began outright copying every aspect of REDC's business. Initially, Defendant NHA registered with the California Department of Real Estate as "Real Estate Liquidation Corporation," which obviously copied Plaintiff's name: "Real Estate Disposition Corporation."

35.     Defendant NHA copied its incorporated name, "National Home Auction," from Plaintiff's domain name: "USHomeAuction.com."

36.     Defendant NHA copied the color scheme of its logo (blue, black and white)

for the purpose of appearing to consumers to be the experienced and time-tested company that REDC has established itself as.

   

37.     In addition to its name and logo, Defendant NHA also copied the substantive aspects of Plaintiff REDC's works, including its website, television commercials, and forms and documents used to conduct the auctions.

38.     With respect to REDC's website, Defendant NHA copied not only the look and feel, but also the graphics, the textual content of the website, and the documents and forms available on the website.  Specifically, Defendant NHA was so bold as to copy the exact same graphic of a house that REDC uses on its home page:

   

39.     Defendant NHA copied the textual content of REDC's website by copying such information as the "Frequently Asked Questions," the answers thereto, and the description of how the auctions work.  Defendant NHA undoubtedly copied this content because it had never previously even conducted an auction and therefore would not know what frequently asked questions consumer had, the answers thereto or how the auctions actually worked, without copying them from REDC, who has developed the information over the past 17 years.  Specifically, Defendant NHA copied the "Frequently Asked Questions" from REDC's website almost verbatim:

COMPLAINT

| REDC's FAQ's | NHA's FAQs |
|---|---|
| 1.  Do I need any experience to bid at one of your auctions? | 1.  Is experience needed to bid at one of the auctions? |
| 2.  Do I need to register to bid at the auction? | 2.  Should I register at the auction? |
| 3.  What types of properties will be sold at this auction? | 3.  What types of properties are sold at auction? |
| 4.  Because these properties were foreclosed on, are there any liens on the property? | 4.  Are there any liens on the properties being sold at auction? |
| 5.  How will I get financing if I'm the winning bidder? | 5.  How will I obtain financing if I'm the winning bidder? |
| 6.  What if I want to use my own lender? | 6.  Can I use my own lender? |
| 7.  Should I go inspect the property prior to bidding at the auction? | 7.  Should I inspect the property prior to bidding at the auction? |
| 8.  Can I purchase more than one property at this auction? | 8.  Can I purchase more than one property at this auction? |
| 9.  When will I receive title to any property I may purchase? | 9.  When will I receive title to the property I purchased? |
| 10.  What if I change my mind?  Can I cancel the transaction after the fact? | 10.  Can I cancel the transaction if I change my mind? |
| 11.  How long will each auction last? | 11.  How long does each auction last? |
| 12.  What is the 5% Buyers Premium and what is it used for? | 12.  What is the 5% Buyers Premium? |

40.    Defendant NHA also copied, almost verbatim, the description on REDC's website as to how the auctions are conducted.  Defendant NHA presumably copied this information as it had never before conducted an auction.  While nearly every description of how the auctions work was copied by Defendant NHA, the following are a few examples:

COMPLAINT

| REDC's How the Auction Works | NHA's How It Works |
|---|---|
| Registration is FREE and admission is FREE. | Registration and admission to the auction are FREE. |
| The only thing we require you to bring is a $5,000.00 cashier's check made payable to yourself, a method (cash, or personal check) to put down the required 5% deposit and a valid I.D. for all parties to the transaction. | We require you to bring a $5,000.00 cashier's check made payable to yourself, and cash or personal check to put down the required 5% deposit on any property you buy. A valid I.D. for all parties in the transaction is required. |
| The bidding is fast and exciting. | Auction bidding is exciting and fast paced. |
| ½ hour prior to the start of the auction, we will conduct a Bidding Seminar and Practice Auction, to give everyone an idea of just how the process works and the pace of the sale. | To give you an idea of just how the auction works, 30 minutes prior to the start of the auction, we will conduct a Bidding and Auction information session. |
| We will also have many "assistant auctioneers" throughout the audience to assist you in bidding, for the duration of the auction. | We will also have many assistants throughout the audience to assist you in bidding, they will be available the entire auction. |
| When one of your desired properties comes up for auction, raise your paddle high to acknowledge your bid. | When a property you're interested in comes up for auction, raise your paddle to place your bid. |
| As the bidding progresses, continue to bid up to your maximum amount. | As the bidding continues, bid up to your maximum amount. |
| If you are the high bidder … CONGRATULATIONS!! | If you are the winning bidder, GREAT JOB! |
| You are the proud owner of that property! | You are now the owner of that property! |
| Remember: A 5% "Buyer's Premium will be added to all winning bid amounts to establish the final selling price. | A 5% "Buyers' Premium" will be added to all winning bid amounts to establish the final sales price. |
| Example: Your winning bid = $200,000 a Buyers Premium of 5% of $200,000 ($10,000) is added to your winning bid which makes the Full Sales Price = $210,000. | For example: Your winning bid is $150,000, a Buyers Premium of 5% of the $150,000 ($7,500) is added to your winning bid which makes the Full Sales Price $157,500. |
| It's that simple! | Very simple and easy. |

COMPLAINT

| REDC's How the Auction Works | NHA's How It Works |
|---|---|
| REMEMBER, if you plan to purchase a property at the auction, you must:<br><br>• Have a $5,000 cashier's check (or cash equivalent) made payable to yourself.<br><br>• The available funds to write a personal check for the balance of the required 5% auction day deposit.<br><br>• Valid I.D. for all parties to the transaction.<br><br>We look forward to seeing you there. | Be sure to bring the following if you plan to purchase a property at the auction!<br><br>• A $5,000 cashier's check (or cash equivalent) made payable to yourself.<br><br>• The available funds to write a personal check for the balance of the required 5% deposit.<br><br>• Valid identification for all persons in the transaction.<br><br>We look forward to seeing you a one of our exciting auction events! |

41. Defendant NHA copied REDC's website with respect to the broker registration page. Defendant NHA not only copied the text from the web-page, but also copied the very name REDC created for the broker program: "Auction Broker Participation Program."

| REDC | NHA |
|---|---|
| I have read, approved and agreed to the above terms and conditions regarding the *Auction Broker Participation Program.*<br><br>I understand this application and my registration pertain ONLY to the sale of the above named auction.<br><br>Remember . . . you must bring a copy of this form with you to the auction! | I have read, approved and agreed to the above terms and conditions regarding the *Auction Broker Participation Program.*<br><br>I understand this application and my registration pertain ONLY to the sale of the properties at the above named auction.<br><br>Please remember ... you must bring a copy of this form with you to the auction! |

42. Defendant NHA copied REDC's forms and the terms and conditions that REDC uses through its website. REDC spent substantial time, effort and money to develop its Purchase Agreement with Joint Escrow Instructions. The Real Estate

COMPLAINT

Purchase Agreement and Joint Escrow Instructions that NHA uses is a direct clone of REDC's form. Similarly, REDC spent substantial time, effort and money to develop a document entitled "Terms and Conditions," which is available on its website and sets forth the rules governing the auctions. Defendant NHA directly copied this document in the creation of its "Terms and Conditions for Auctions," by utilizing, almost word-for-word the same language from REDC's Terms and Conditions.

43.     Defendants also copied REDC's television commercial for use in promoting Defendant NHA's auctions. As articulated above, Riemann and JCR Advertising asked REDC if they could revamp its television commercial, which was originally written by Jeffrey Frieden and produced by Take2 Direct. Based on a prior business relationship, REDC agreed and Riemann and JCR Advertising revamped REDC's television commercials into what they are today.

44.     However, Riemann and JCR Advertising then became involved in NHA and copied REDC's television commercial to create one for NHA. During the first week of February 2008, Frieden was shocked to see on television a commercial by a company by the name of National Home Auction, which was a complete copy of the REDC television commercial that he had originally written and which had been re-vamped by JCR Advertising.

45.     The NHA 30-minute television commercial had numerous scenes which were identical to the REDC commercial. In addition, most of the script, and in particular, the introductory script by the NHA announcer was almost a verbatim copy of REDC's commercial, which was written in large part by Frieden. In fact, the male voice-over announcer was even the same person. The set and background contained in NHA's commercial was also copied from REDC's commercial and even some of the same props were used in the same fashion. Moreover, the hosts were similarly dressed and stood in the same position as REDC's commercial. These similarities are evidenced from the screen shots of both commercials below:

COMPLAINT

 

46.    Other evidence of the Defendants' copying REDC's television commercial is found in the depiction of auctioneers working at the auctions.  REDC's commercial contains video footage of auctioneers working during some of the auctions that it has conducted over the years.  NHA's commercial similarly shows a working auctioneer at its auction, despite the fact that NHA had never before even conducted an auction and did not have any working auctioneers.  This copyright infringement and misleading advertising is evidenced by the screen shots below from both commercials:

 

47.    Similarly, Defendants' copying of REDC's television commercial is found in the depiction of crowds at the auctions.  REDC's commercial contains video footage of crowds from the auctions that it has conducted over the years.  NHA's commercial similarly contains crowd shots, despite the fact that NHA had never before conducted an auction and did not have any crowds at an auction.  This copyright infringement and

misleading advertising is evidenced by the screen shots below from both commercials:




48.     Many other aspects of REDC's television commercial were directly copied by Defendants Riemann, JCR Advertising, and NHA, including without limitation the use of rotating images of the website, the same viewing angles of the properties, similar use of blue and white color schemes, the company logos in left bottom corner, the same orange sun burst with text stating "100's of homes," use of the web address across the bottom, and scrolling property descriptions across the bottom of each page, to name just a few.  Defendants also copied the same depiction of a crowd shot from an auction informing the view of the availability of free information, as depicted below:



49.     Defendants Riemann, JCR Advertising, and National Home Auction not only infringed upon REDC's copyrighted works by duplicating its television

COMPLAINT

1   commercial, but also misappropriated its media plan.  On February 19, 2008, REDC

2   held an auction in Fresno, California.  In the three weeks prior to the REDC Fresno

3   auction, REDC spent over $1 million dollars in advertising its auctions throughout

4   Northern California, including running REDC's television commercials on broadcast

5   and cable television, early morning and during evening news.  The commercial ran on

6   ABC, CBS, CW, FOX and NBC.  REDC ran a total of 370 television spots in the Fresno

7   area during the three-week period prior to February 19, 2008.

8        50.    NHA's commercials ran in the Fresno area during that same time,

9   advertising NHA's Fresno auction on February 24, 2008.  NHA's copycat television

10  commercials ran in the same city, on the same television stations, advertising a similar

11  auction, of similar properties, in the same city, just five days later.

12       51.    Defendants Riemann, JCR Advertising and NHA intentionally copied

13  REDC's television commercial and ran it in the same market in an effort to mislead and

14  confuse consumers so that NHA could trade on REDC's expertise in the field of selling

15  properties at auction.  Consumers in the Fresno area were in fact confused by NHA's

16  misleading advertising which it copied from REDC.  A great majority of the consumers

17  surveyed at NHA's auction in Fresno on February 24, 2008, used information from

18  REDC's website to gather information about NHA's auction.  A majority of these

19  consumers also used REDC's television commercial as a source of information about

20  NHA's first auction in Fresno.  Finally, an astounding 90% of those consumers

21  surveyed indicated that at least one of the specific aspects of REDC's business model

22  (which had been copied by NHA) was either important or very important in the

23  consumer's decision to attend NHA's Fresno auction.

24       52.    Prior to Sunday, February 24, 2008, NHA had never conducted any

25  auctions.  In fact, it had only been incorporated six month earlier.  Nonetheless, NHA

26  misled the public through the use of false advertising in its television commercial,

27  website, and brochure, wherein NHA represents to the consumers that it is "a nationally

28  recognized leader" in the industry and "one of America's premier sources for lender

-17-                                   COMPLAINT

foreclosed homes."  NHA also misleads the public by depicting ongoing auctions, working auctioneers, large crowd shots, and happy buyers at NHA auctions.  These images are false and create the false impression that NHA has experience in this field when, in truth, they have no such experience and have never before even conducted an auction.

53.    NHA's advertising is untrue or misleading and likely to deceive the public for the following reasons:

   a.    NHA advertises that it is "America's premiere source for lender foreclosed homes" when it had never before conducted any auction;

   b.    NHA advertises in its television commercial a display of crowds of people successfully bidding at an auction, when NHA had never previously conducted any auctions whatsoever;

   c.    NHA advertises on its website "consumer testimonials" about purchasing residential property through an NHA auction, when NHA had never even conducted an auction;

   d.    NHA advertises in its brochure that it is "a recognized leader in accumulating premiere properties for sale at auctions," when it had never even conducted an auction of such properties;

   e.    NHA advertises on its website that it is "a recognized leader in accumulating premiere properties from lenders and developers who are motivated to sell these properties at our auctions," when it had never previously sold any properties at any auctions; and

   f.    NHA advertises themselves as a well-developed and time-tested auction company by copying REDC's website, television commercial, and forms and documents to conduct their auctions.

54.    The consuming public was in fact deceived by NHA's advertising in that one in five of the consumers at NHA's Fresno auction who were surveyed stated that the fact that NHA had previously conducted many prior auctions was an important part of

1   their decision to attend NHA's Fresno auction. NHA had never previously conducted

2   *any* prior auctions.

3       55.    NHA's false and misleading advertising can be readily found in its website

4   and television commercials.  For example, on its website, NHA invites consumers to

5   click on a link to view three separate false "consumer testimonials," in which actors

6   pretending to be actual consumers talk about the great experiences that they had at

7   NHA's prior auctions. NHA had never previously conducted *any* auctions and thus

8   there could be no "true" consumer testimonials.  In its television commercials, despite

9   never before having conducted an auction, NHA shows false and misleading

10  representations of individuals bidding at its auctions and even an excited bidder "high-

11  five'ing" after winning an auction, as respectively depicted in the screen shots of

12  NHA's commercial below:

 

21      56.    Defendant NHA conducted its first auction on February 24, 2008.  Because

22  the Defendants stole REDC's entire business model, confidential information, website

23  content, documents and forms, and television commercials, they were able to conduct

24  NHA's first auction in record time and within just six (6) months after being

25  incorporated—using everything REDC developed over the last seventeen (17) years.  At

26  its first auction in Fresno, NHA sold more than $9 million worth of properties.

27

28

# FIRST CLAIM

## COPYRIGHT INFRINGEMENT [*17 USC § 501*]

### (Against Defendants NHA, JCR Advertising, David Riemann, and Does 1-10)

57.    Plaintiff repeats and re-pleads Paragraphs 1 through 56, inclusive, and incorporates the same herein by reference.

58.    At all relevant times herein, Plaintiff REDC is and was a United States corporation, organized under the laws of the State of California, and created and wrote the following original works: (1) Internet website; (2) script for 30-minute television commercial; (3) 30-minute television commercial; (4) 2-minute television commercial; (5) 1-minute television commercial; (6) 30-second television commercial; (7) Purchase Agreement with Joint Escrow Instructions; and (8) Terms and Conditions.

59.    These works described in the preceding paragraph contain a large amount of material wholly novel and original with the Plaintiff and are copyrightable subject matter under the laws of the United States.

60.    Plaintiff complied in all respects with the Copyright Act of 1976, 17 USC §§401-412, and all other laws governing copyright and secured the exclusive rights and privileges in and to the copyright of the above-described works, and received evidence of registration of these works from the Copyright Office on February 22, 2008.

61.    The above-described works have been fixed in tangible media and published over the Internet through the Plaintiff's website and through various television commercials by Plaintiff, and all copies of them made by Plaintiff or under its authority or license have been so fixed in tangible media and published in strict conformity with the provisions of the Copyright Act of 1976, and all other laws governing copyright.

62.    The Plaintiff's novel and original works described herein were created and first published as follows:

   a.    Internet website was created in 2007 and first published on April 15, 2007;

b.    Script for 30-minute television commercial was created in 2007 and first published on May 27, 2007;

c.    30-minute television commercial was created in 2007 and first published on May 27, 2007;

d.    2-minute television commercial was created in 2007 and first published on May 27, 2007;

e.    1-minute television commercial was created in 2007 and first published on April 16, 2007;

f.    30-second television commercial was created in 2007 and first published on October 1, 2007;

g.    Purchase Agreement with Joint Escrow Instructions was created in 2007 and first published on May 8, 2007; and

h.    Terms and Conditions was created in 2007 and first published on April 11, 2007.

63.    Since the respective creation of the above-described works, Plaintiff has been and still is the sole proprietor and owner of all rights, title, and interest in and to the copyright in the above-described works.

64.    Following the respective creation of the above-described works, Defendants NHA, JCR Advertising and David Riemann infringed on Plaintiff's copyrights by copying the above-described original works, using the copied material by publishing it on Defendant NHA's website and by publishing it through Defendant NHA's television commercials, which were all copied largely from Plaintiff's copyrighted works.

65.    Copies of the Plaintiff's copyrighted works are attached hereto as follows and incorporated herein by reference:

a.    REDC's Internet website is attached hereto as Exhibit "1";

b.    REDC's script for 30-minute television commercial is attached hereto as Exhibit "2";

COMPLAINT

1       c.    REDC's 30-minute television commercial is attached hereto as

2            Exhibit "3";

3       d.    REDC's 2-minute television commercial is attached hereto as

4            Exhibit "4";

5       e.    REDC's 1-minute television commercial is attached hereto as

6            Exhibit "5";

7       f.    REDC's 30-second television commercial is attached hereto as

8            Exhibit "6";

9       g.    REDC's Purchase Agreement with Joint Escrow Instructions is

10           attached hereto as Exhibit "7"; and

11       h.    REDC's Terms and Conditions is attached hereto as Exhibit "8".

12   66.   Copies of Defendants' infringing works are attached hereto as follows:

13       a.    NHA's Internet website is attached hereto as Exhibit "9";

14       b.    NHA's script for 30-minute television commercial is attached hereto

15            as Exhibit "10";

16       c.    NHA's 30-minute television commercial is attached hereto as

17            Exhibit "11;

18       d.    NHA's 30-second television commercial is attached hereto as

19            Exhibit "12";

20       e.    Real Estate Purchase Agreement and Joint Escrow Instructions is

21            attached hereto as Exhibit "13"; and

22       f.    Terms and Conditions for Auctions is attached hereto as Exhibit

23            "14".

24   67.   After January 2008, and continuously since then, Defendants have

25  published and placed into the marketplace works which were directly copied from

26  Plaintiff's above-described works, and have thereby been engaging in unfair trade

27  practices, unfair competition, false and misleading advertising and copyright

28  infringement against the Plaintiff and to Plaintiff's irreparable damage.

COMPLAINT

68.    Defendants JCR Advertising and Riemann were aware that Plaintiff's television commercial was and is a protected copyrighted work, and nonetheless, directly participated and contributed to the unlawful copying of said work, and received direct financial benefits from the copying thereof, resulting in contributory and/or vicarious liability for copyright infringement.

## SECOND CLAIM

### UNFAIR BUSINESS COMPETITION

### [*Business and Professions Code § 17200*]

### (Against All Defendants)

69.    Plaintiff repeats and re-pleads Paragraphs 1 through 68, inclusive, and incorporates the same herein by reference.

70.    Plaintiff is informed and believes and thereon alleges that at all times relevant, Defendants, and each of them, engaged in the unlawful, unfair or fraudulent business acts or practices as described herein.

71.    The Defendants' business acts of surreptitiously stealing the Plaintiff's entire business plan and methodologies that it had developed over the course of more than a decade to create a competing company within just a few months is an unfair business act or practice and attacks the very core of the principles of good business morals and ethics.  These acts by the Defendants are also unlawful as they violate the California *Uniform Trade Secret Act* (*Civil Code* § 3426, et seq.) and constitute a breach of confidence.

72.    The Defendants' business acts of copying the Plaintiff's television commercial, prints ads, website and contract documents in violation of the Copyright Act of 1976 (17 USC § 101, *et seq.*) and engaging in false and misleading advertising in violation of the Lanham Act (15 USC § 1125) are unlawful and unfair acts, which create a likelihood of confusion between REDC and NHA and are thus injurious to consumers.

73.    Defendants' false advertising and unfair methods of competition are also

1  unlawful as they are violations of the Federal Trade Commission Act (15 USC §45-54).

2      74.    The Defendants' acts of engaging in the meetings described herein under

3  the false pretenses of wanting to conduct due diligence in considering to purchase the

4  Plaintiff and to invest in Impac Mortgage, making material misrepresentations as to

5  their intentions, and concealing material information about their true intentions of

6  acquiring Plaintiff's confidential and proprietary information, which they had a duty to

7  disclose, constitutes fraudulent and deceptive business practices.

8      75.    Pursuant to California *Business and Professions Code* §17200 *et seq*.,

9  Plaintiff requests all available remedies, including without limitation, an order enjoining

10  the Defendants' unfair, unlawful and/or fraudulent business practices in (1) conducting

11  auctions utilizing the Plaintiff's business plans, methods, procedures, television

12  commercials, print ads, brochures, website and documents and contracts, (2)

13  disseminating false and misleading advertising, and (3) infringing on Plaintiff's

14  copyrighted materials, which are all ongoing.

15

16                          **THIRD CLAIM**

17              **FALSE OR MISLEADING ADVERTISING**

18                        [*15 USC § 1125*]

19              **(Against Defendants NHA, JCR Advertising,**

20                  **David Riemann, and Does 1-10)**

21      76.    Plaintiff repeats and re-pleads Paragraphs 1 through 74, inclusive, and

22  incorporates the same herein by reference.

23      77.    In connection with promoting the auctions conducted by Defendant

24  National Home Auction, Defendants made false and/or misleading descriptions of fact

25  and representations of fact in commercial advertisements about the services offered by

26  NHA.

27      78.    The misrepresentations of fact that the Defendants disseminated through

28  NHA's commercial advertisements, including through television commercials, print

media advertising, and Internet advertising (including through NHA's website) were material, in that the misrepresentations related directly to the principal services NHA offers to consumers.

79.    The false and misleading facts and representations Defendants made through the advertising claims for NHA did, and were likely to, influence the purchasing decisions of the consumers in that the false and misleading advertising statements relate directly to the services offered by NHA and its ability to perform those services as shown by its advertisements.

80.    The misrepresentations Defendants made in the commercial advertising disseminated to the benefit of NHA actually deceived or has the tendency to deceive a substantial segment of its audience, and there is a likelihood of confusion among potential consumers as to the truth of NHA's ability and competence to provide the services it offers and advertises.

81.    The Defendants placed false and/or misleading statements into interstate commerce through NHA's advertising campaign, by disseminating its commercials through broadcast and cable television, through nationally-distributed newspapers, such as the Los Angeles Times, and globally through its Internet website.

82.    At all relevant times, Defendants JCR Advertising and David Riemann knew that NHA's advertising was false and misleading, yet directly participated in creating it and disseminating it to the consuming public.

83.    Plaintiff has been or is likely to be injured as a result of the false and misleading facts and representations made by the Defendants in NHA's advertising, either by direct diversion of sales from the Plaintiff to NHA or by a lessening of goodwill associated with the Plaintiff's services, which it has built up and established over the past 17 years.

84.    The aforementioned conduct by the Defendants in disseminating and broadcasting false and/or misleading advertisements was willful, predatory, malicious, oppressive and fraudulent, with the intent on the part of the Defendants to deprive

COMPLAINT

1    Plaintiff of property and/or legal rights or otherwise cause injury, and was despicable

2    conduct that subjects Plaintiff to a cruel and unjust hardship in conscious disregard of

3    the Plaintiff's rights, so as to justify an award of exemplary and punitive damages.

4        85.    Defendants threaten to, and unless restrained, will continue to engage in the

5    wrongful and illegal acts described herein.  As a result, plaintiff will suffer great and

6    irreparable injury, as its damages would not afford adequate relief, since said damages

7    would not adequately compensate for the injury to the Plaintiff's business.  Therefore,

8    injunctive relief against the Defendants to stop their false and/or misleading advertising

9    is requested and warranted.

10

11                        **FOURTH CLAIM**

12              **FALSE OR MISLEADING ADVERTISING**

13              [*Business & Professions Code § 17500*]

14              **(Against Defendants NHA, JCR Advertising,**

15                  **David Riemann, and Does 1-10)**

16        86.    Plaintiff repeats and re-pleads Paragraphs 1 through 85, inclusive, and

17    incorporates the same herein by reference.

18        87.    At all times herein mentioned, Defendant NHA operated a business

19    engaging in the acquisition, marketing, and auctioning of real estate to the public.

20        88.    Beginning in January 2008, and continuing to the present time, Defendant

21    NHA has engaged in advertising to the public, including Plaintiff, by offering to sell

22    real estate properties in an auction-style format.  This advertising consists of 30-minute

23    long-form television commercials, 30-second short-form television commercials,

24    newspaper advertisements, and Internet advertising through its website.  The

25    advertisements are disseminated to and received by the public in California and

26    nationally.

27        89.    Defendant NHA has engaged in the advertising herein alleged with the

28    intent to directly or indirectly dispose of real property and perform services in

connection with the auctioning of real property described herein and/or to induce the public to enter into an obligation relating to the purchase of real property described herein.

90.    Defendant NHA's advertising was untrue or misleading and likely to deceive the public in that (1) NHA advertised that it is "America's premiere source for lender foreclosed homes" when it had never before conducted an auction of foreclosed homes; (2) NHA advertised in its television commercial images of crowds of people successfully bidding at an auction, when NHA had never previously conducted any auctions whatsoever; (3) NHA advertised on its website "consumer testimonials" about purchasing residential property through an NHA auction, when NHA had never even conducted an auction; (4) NHA advertised in NHA's brochure that it is "a recognized leader in accumulating premiere properties for sale at auctions," when it had never even conducted an auction of such properties; (5) NHA advertised on its website that it is "a recognized leader in accumulating premiere properties from lenders and developers who are motivated to sell these properties at our auctions," when it had never previously sold any properties at any auctions; and (6) NHA advertised itself as a well-developed and time-tested auction company, by copying the Plaintiff's website, television commercial, and forms and documents to conduct the auctions.

91.    At all relevant times, Defendants JCR Advertising and David Riemann knew that NHA's advertising was false and misleading, yet directly participated in creating it and disseminating it to the consuming public.

92.    In making and disseminating the statements and representations alleged herein, Defendants knew, or by the exercise of reasonable care should have known, that these statements and representations were untrue or misleading, and thus so acted in violation of *Business & Professions Code* Section 17500.

93.    Plaintiff has suffered injury in fact and has lost money and/or property as a result of the violations alleged above in this Complaint, in that as a result of the false and misleading facts and representations made by the Defendants in NHA's advertising,

1  Plaintiff suffered damage or will suffer damages either by direct diversion of sales from

2  the Plaintiff to NHA or by a lessening of goodwill associated with the Plaintiff's

3  services, which it has built up and established over the past 17 years.

4        94.    Unless restrained by this Court, Defendants will continue to engage in

5  untrue and misleading advertising, as alleged herein, in violation of *Business &*

6  *Professions Code* Section 17500, thus tending to render judgment in the instant action

7  ineffectual.  Plaintiff has no adequate remedy at law in that Defendants will continue to

8  engage in untrue and misleading advertising, as alleged herein, in violation of *Business*

9  *& Professions Code* Section 17500, thus engendering a multiplicity of judicial

10  proceedings.

11

12  **FIFTH CLAIM**

13  **BREACH OF CONFIDENCE**

14  **(Against Defendants JCR Advertising, David Riemann,**

15  **Robert Campbell, James Watson and Does 1-10)**

16        95.    Plaintiff repeats and re-pleads Paragraphs 1 through 94, inclusive, and

17  incorporates the same herein by reference.

18        96.    Plaintiff maintains novel confidential and proprietary information about its

19  business plan, business model, methodology, financials, and strategies and does not

20  disclose them to anyone other than those who need to know the information in order to

21  help Plaintiff achieve its goals and successes.  This confidential and proprietary

22  information has economic value to the Plaintiff by virtue of it not being generally

23  known to the public or competitors.

24        97.    In connection with the several meetings alleged herein which occurred in

25  April and November, 2007, the Defendants, who were present during those respective

26  meetings expressly, unequivocally agreed to keep confidential and secret any of the

27  Plaintiff's confidential and proprietary information they received during those meetings,

28  and agreed that they would not disclose or use said information for any purposes other

than those for which the information was offered to them.

98.    Plaintiff relied upon the agreement by the Defendants to keep said information confidential and their conduct which suggested the same in deciding to disclose the information to them, and would not have made such disclosures in the absence of the Defendants' agreement to keep the information confidential and not disclose it or use it for any other purpose.  Plaintiff would have never disclosed confidential and proprietary information about its business if it had known that the Defendants would use the information to establish a home auction company to directly compete against the Plaintiff.

99.    Based upon the trust and confidence that was instilled by the Defendants' representations that they would keep the information received by them about the Plaintiff's business confidential, the Plaintiff disclosed its novel confidential and proprietary business plan, model, methodologies, financials, and strategies with the Defendants.

100.    Upon receipt of the confidential and proprietary information regarding the Plaintiff's business, the Defendants knew, or reasonably should have known, that the information was conveyed in confidence and was not to be disclosed or used by them other than the purposes for which the information was offered to them.  Plaintiff and Defendants all understood that the information the Plaintiff imparted to defendants about its business was to be maintained in confidence.

101.    Subsequent to the meetings alleged herein during which the Plaintiff disclosed confidential and proprietary information about its business to the Defendants, the Defendants breached the confidence and disclosed and/or used the Plaintiff's confidential and proprietary information to their own benefit and to the benefit of National Home Auction.  Using the information the Plaintiff disclosed in confidence, the Defendants have established National Home Auction Corporation to directly compete with the plaintiff in the auctioning of real estate properties.

102.    The aforementioned conduct of the Defendants, and each of them, was

done with malice, oppression and fraud, with the intent on the part of the Defendants of inducing reliance by the Plaintiff to disclose otherwise confidential information, thereby depriving the Plaintiff of property and/or legal rights or otherwise causing injury, and was despicable conduct that subjected the Plaintiff to cruel and unjust hardship in conscious disregard of the Plaintiff's rights, so as to justify an award of exemplary and punitive damages.

## SIXTH CLAIMS

### MISAPPROPRIATION OF TRADE SECRETS

### (Against Defendants JCR Advertising, David Riemann, Robert Campbell, James Watson and Does 1-10)

103.   Plaintiff repeats and re-pleads Paragraphs 1 through 102, inclusive, and incorporates the same herein by reference.

104.   At all relevant times, Plaintiff developed and maintained certain confidential information regarding its business, processes, formulas, patterns, programs, methods, and techniques, including without limitation, business plan and methodology for the successful acquisition, marketing, selling, and financing of real property, including foreclosures, in an auction-style format to the general public.

105.   Plaintiff's trade secrets have, and continue to have, economic value deriving from the fact that such confidential information is not generally known to the public or others who can obtain economic value from its use and disclosure.

106.   Plaintiff made reasonable efforts to ensure that its trade secrets remained a secret, by disclosing the confidential information only to employees who needed to know the information to perform their jobs, by instructing those who learned the information to keep it confidential, by keeping the confidential information under lock and key, and, when in an electronic form, keeping it password protected, and by having third parties execute confidentiality agreements and/or non-disclosure agreements when the confidential information needed to be disclosed to persons or entities outside of or

1 | not affiliated with the Plaintiff.

2 |     107.   In or about April 2007, and continuing to the present time, Defendants JCR

3 | Advertising and David Riemann misappropriated, and are misappropriating, the above-

4 | described trade secrets of Plaintiff by acquiring Plaintiff's confidential information

5 | through improper means and under false pretenses and by using the confidential

6 | information, without the express or implied consent of Plaintiff, for the Defendants'

7 | own economic value, while knowing or having reason to know that the confidential

8 | information was derived by improper means, acquired under circumstances giving rise

9 | to a duty to maintain its secrecy, and derived from a person who owed a duty to

10 | maintain its secrecy or limit its use.  Defendants' knowing and intentional acts are in

11 | violation of California *Uniform Trade Secret Act* (*Civil Code* § 3426, et seq.), in that

12 | they constitute an actual or threatened misappropriation of Plaintiff's trade secrets.

13 |     108.   On or about November 29, 2007, and continuing to the present time,

14 | Defendants Robert Campbell and James Watson misappropriated, and are

15 | misappropriating, the above-described trade secrets of Plaintiff by acquiring Plaintiff's

16 | confidential information through improper means and under false pretenses and by

17 | using the confidential information, without the express or implied consent of Plaintiff,

18 | for the Defendants' own economic value, while knowing or having reason to know that

19 | the confidential information was derived by improper means, acquired under

20 | circumstances giving rise to a duty to maintain its secrecy, and derived from a person

21 | who owed a duty to maintain its secrecy or limit its use.  Defendants' knowing and

22 | intentional acts are in violation of California *Uniform Trade Secret Act* (*Civil Code* §

23 | 3426, et seq.), in that they constitute an actual or threatened misappropriation of

24 | Plaintiff's trade secrets.

25 |     109.   As a proximate result of Defendants' misappropriation of Plaintiff's trade

26 | secrets, Plaintiff has suffered actual damages in an amount currently unascertained, but

27 | according to proof at trial.  As a further proximate result of the misappropriation,

28 | Defendants are and will continue to be unjustly enriched by using Plaintiff's trade

1  secrets to establish a business identical to the Plaintiff's business and directly compete

2  against it for the Defendants' own benefit.

3      110.    Plaintiff is informed and believes and thereon alleges that the

4  aforementioned acts of Defendants were willful, malicious and fraudulent, in that

5  Defendants misappropriated Plaintiff's trade secrets by improper means and under false

6  pretenses with the deliberate intent to injure Plaintiff's business and improve their own.

7  Plaintiff is thus entitled to punitive damages, as well as reasonable attorneys' fees.

8

9                          **SEVENTH CLAIM**

10                   **FRAUD (Intentional Misrepresentation)**

11              **(Against Defendants David Riemann, JCR Advertising,**

12                 **Robert Campbell, James Watson and Does 1-10)**

13      111.    Plaintiff repeats and re-pleads Paragraphs 1 through 110, inclusive, and

14  incorporates the same herein by reference.

15      112.    In April 2007, David Riemann of JCR Advertising met with Jeffrey Frieden

16  of REDC in person and two occasions at Belgravia's Office in San Juan Capistrano,

17  California, and made the following representations:

18          a.    that Raymond J. Brandes and Belgravia was interested in purchasing

19              REDC, its affiliates and JCR Advertising;

20          b.    that meetings needed to be conducted in which REDC must reveal its

21              entire business plan, model, financials, strategies and confidential and

22              proprietary information so that Brandes and Belgravia could evaluate

23              whether to purchase REDC and its affiliates;

24          c.    that Riemann must be privy to these meetings and the disclosure of the

25              confidential information about REDC because Riemann was also

26              interested in selling JCR Advertising to Brandes and Belgravia; and

27          d.    that Riemann would keep any and all confidential and proprietary

28              information disclosed to him about the Plaintiff's business confidential.

113.   These representations, as well as others, were intentionally made to induce Jeffrey Frieden and REDC to disclose confidential information to Riemann and JCR Advertising about the Plaintiff's business plan, methods and financials.

114.   These representations by Riemann were false. The true facts are as follow:

    a.    Brandes and Belgravia were not interested in purchasing REDC, its affiliates and JCR Advertising;

    b.    The meetings were scheduled so that Riemann could surreptitiously obtain Plaintiff's confidential information and trade secrets to set up a competing auction business;

    c.    Riemann did not need to be part of the meetings, as Riemann was not interested in selling JCR Advertising to Brandes and Belgravia; and

    d.    Riemann and JCR Advertising were going to disclose and use Plaintiff's confidential and proprietary information about its business plan and methods to establish a competing auction company named National Home Auction and/or disclose the information to NHA to allow it to compete with REDC.

115.   On November 29, 2007, Campbell and Watson, and each of them, met with Joe Tomkinson in person at Impac's corporate offices in Irvine, California, and made the following representations:

    a.    that they were meeting with Tomkinson as representatives of CT Realty;

    b.    that they and/or CT Realty were interested in creating a business relationship with and/or investing in Impac Mortgage;

    c.    that they needed to know information about REDC as it conducts business with Impac, as part of their due diligence process; and

    d.    that they would keep any and all confidential and proprietary information disclosed to them about the Plaintiff's business confidential.

116. These representations, as well as others, were intentionally made to induce Joe Tomkinson to disclose confidential information to Campbell and Waston about the Plaintiff's business plan and methods.

117. These representations by Campbell and Watson were false. The true facts are as follow:

    a. They were meeting with Tomkinson as representatives of, on behalf of, or as investors in Defendant National Home Auction Corporation;

    b. They were interested in surreptitiously obtaining the Plaintiff's confidential information and trade secrets;

    c. They wanted to steal Plaintiff's confidential information and trade secrets to assist NHA in establishing a competing business; and

    d. They were going to disclose and use Plaintiff's confidential information about its business plan and methods to allow NHA to compete against the Plaintiff.

118. When Defendants made these misrepresentations, they knew them to be false and made them with the intention to deceive and defraud Plaintiff and to induce Frieden and Tomkinson to act in reliance on these representations in the manner herein alleged, including to disclose Plaintiff's confidential information and trade secrets.

119. The Plaintiff, at the time these representations were made by Defendants and at the time Frieden and Tomkinson took action herein alleged, was ignorant of the falsity of the Defendants' representations and believed them to be true. In reliance on these representations, Frieden and Tomkinson were induced to and did disclose the Plaintiff's confidential information and trade secrets about its business plan and methods. Had Frieden and Tomkinson known the actual facts, they would not have taken such action. Frieden and Tomkinson's reliance on the Defendants' representations was justified because (1) Riemann had introduced Frieden to Brandes and Belgravia and had Belgravia sign a non-disclosure agreement to create the air of legitimacy, and (2) Campbell and Watson had been referred by a prominent Orange County lawyer and stated that they were

1   representatives of CT Realty who wanted to invest in or do business with Impac.

2       120.    As a proximate result of the fraudulent conduct of the Defendants as herein

3   alleged, Defendant NHA has been able to establish a competing business in just months

4   using the Plaintiff's own business plan, model, methods and confidential and proprietary

5   information which it developed over the course of 17 years.  The Plaintiff has suffered, and

6   continues to suffer damages, in an amount currently unascertained, but according to proof

7   at trial.

8       121.    The aforementioned conduct of the Defendants was an intentional

9   misrepresentation constituting fraud, deceit, suppression and/or concealment of material

10  facts known to the Defendants, with the intent on the part of the Defendants of inducing

11  reliance and thereby depriving Plaintiff of property and/or legal rights or otherwise causing

12  injury, and was despicable conduct that subjected the Plaintiff to cruel and unjust hardship

13  in conscious disregard of the Plaintiff's rights, so as to justify an award of exemplary and

14  punitive damages.

15

16                          **EIGHTH CLAIM**

17                          **FRAUD (Concealment)**

18          **(Against Defendants David Riemann, JCR Advertising,**

19              **Robert Campbell, James Watson and Does 1-10)**

20      122.    Plaintiff repeats and re-pleads Paragraphs 1 through 121, inclusive, and

21  incorporates the same herein by reference.

22      123.    In April 2007, Defendant Riemann of JCR Advertising suppressed and

23  concealed certain material facts which he had a duty to disclose to the Plaintiff.

24      124.    More specifically, Riemann of JCR Advertising knew that:

25          a.    Brandes and Belgravia were not interested in purchasing REDC, its

26                affiliates and JCR Advertising;

27          b.    The meetings were scheduled so that Riemann could surreptitiously

28                obtain Plaintiff's confidential information and trade secrets to set up a

                          -35-

1     competing auction business;

2        c.    Riemann did not need to be part of the meetings, as Riemann was not

3     interested in selling JCR Advertising to Brandes and Belgravia; and

4        d.    Riemann and JCR Advertising were going to disclose and use

5     Plaintiff's confidential and proprietary information about its business

6     plan and methods to establish a competing auction company named

7     National Home Auction and/or disclose the information to NHA to

8     allow it to compete with REDC.

9     125.   Defendant Riemann had an independent duty to disclose these material facts

10 since he undertook to make other representations about his purpose, participation and intent

11 in scheduling the meetings and acquiring information from Jeffrey Frieden about the

12 Plaintiff's business, and was thus bound to make full and fair disclosure of all material

13 facts.

14     126.   More specifically, in April 2007, Riemann of JCR Advertising personally met

15 with Jeffrey Frieden of REDC and RJ Brandes at Belgravia's office in San Juan Capistrano,

16 California, and made specific representations to Frieden that the purpose of the meetings

17 was to explore the prospect of Belgravia purchasing REDC, its affiliates and JCR

18 Advertising and that for said purpose REDC needed to disclose its business plan, business

19 model, methodologies, financials and confidential and proprietary information about its

20 auction business.  Riemann also stated that said confidential information about REDC

21 needed to be disclosed so that Brandes and Belgravia could conduct their due diligence in

22 determining whether to purchase REDC, and that Riemann would keep said information

23 confidential.

24     127.   On November 29, 2007, Defendants Campbell and Watson, and each of them,

25 suppressed and concealed certain material facts which they had a duty to disclose to the

26 Plaintiff.

27     128.   More specifically, Campbell and Watson, and each of them, knew that:

28        a.    They had no intention of investing in or doing business with Impac

1    Mortgage when they met with Joe Tomkinson;

2    b.    They had recently formed and/or invested in or were going to invest in

3    NHA as a company designed to sell real estate properties in an auction-

4    style format to the general public;

5    c.    They were meeting with Tomkinson for the purpose of surreptitiously

6    learning the confidential business plan and methods of REDC;

7    d.    They were not going to keep confidential the information about REDC

8    that they learned during their meeting with Tomkinson; and

9    e.    NHA was going to use the REDC's business plan and model to directly

10    compete against it.

11    129.    Campbell and Watson, and each of them, had an independent duty to disclose

12    these material facts since they undertook to make other representations about their purpose,

13    participation and intent in acquiring information from Tomkinson about the Plaintiff, and

14    were thus bound to make full and fair disclosure of all material facts.

15    130.    More specifically, on November 29, 2007, Campbell and Watson personally

16    met with Tomkinson at Impac Mortgage offices in Irvine, California, and made specific

17    representations to Tomkinson that they were representatives of CT Realty and were

18    interested in investing in Impac or entering into a business relationship with Impac.

19    Campbell and Watson stated that they needed to know detailed information about a

20    company with whom Impac conducts business, REDC, so that they could conduct their due

21    diligence in determining whether to invest in Impac.

22    131.    Campbell and Watson were told that any information about REDC's auction

23    business, including without limitation, its business plan, methods, marketing, selling,

24    acquisition of properties, auctions, closings, and other such behind-the-scenes business

25    activities was confidential.    Campbell and Watson agreed to keep the information

26    Tomkinson disclosed to them about REDC's business plans and methods confidential.

27    132.    In making the affirmative representations about the purpose, intent and reason

28    why they were meeting with Tomkinson, as well as the statements that they would keep

-37-

confidential the information they learned about REDC, Campbell and Watson had a duty to disclose all of the material facts relating to their true purpose and intention for acquiring confidential information about REDC, and not conceal them.

133.   Riemann of JCR Advertising, Campbell, and Watson, and each of them, suppressed or concealed material facts with the intent to induce reliance and to defraud and to induce Frieden and Tomkinson to disclose confidential information about REDC and its business plan and methods, so that they could improperly obtain REDC's confidential information and trade secrets and establish a competing auction company.

134.   At all relevant times, Plaintiff was unaware of the material facts that were suppressed and concealed by Riemann of JCR Advertising, Campbell and Watson.  If Frieden or Tomkinson had been aware, they would not have disclosed any of the confidential information about REDC's business operations to Riemann, JCR Advertising, Campbell or Watson.

135.   Since Riemann facilitated the meetings with Brandes and Belgravia, as well as the execution of a non-disclosure agreement covering the meetings, and because Campbell and Watson were referred to Tomkinson by a prominent Orange County lawyer and presented themselves as representatives of CT Realty who were looking to invest in Impac Mortgage, REDC's, Frieden's and Tomkinson's reliance on the affirmative statements made by Riemann, Campbell and Watson were justified, so that Plaintiff, Frieden and Tomkinson had no reason to believe or know that Riemann, Campbell and Watson were fraudulently concealing other material facts.

136.   As a proximate result of Defendants fraudulently suppressing and concealing the above-described material facts, Plaintiff has suffered, and continues to suffer damages, in an amount currently unascertained, but according to proof at trial.

137.   The aforementioned conduct of Defendants Riemann, JCR Advertising, Campbell and Watson, and each of them, constitutes fraud, deceit, suppression and/or concealment of material facts known to them, with the intent on the part of these Defendants of inducing reliance and thereby depriving Plaintiff of property and/or legal

rights or otherwise causing injury, and was despicable conduct that subjected Plaintiff to cruel and unjust hardship in conscious disregard of the Plaintiff's rights, so as to justify an award of exemplary and punitive damages.

## NINTH CLAIM

### BREACH OF IMPLIED CONTRACT

**(Against Defendants David Riemann, JCR Advertising, Robert Campbell, James Watson and Does 1-10)**

138.   Plaintiff repeats and re-pleads Paragraphs 1 through 137, inclusive, and incorporates the same herein by reference.

139.   As alleged in detail herein above, during the course of several meetings between the Plaintiff and Defendants Riemann, JCR Advertising, Robert Campbell and James Watson, in April and November, 2007, these Defendants requested disclosure of certain confidential and proprietary information of the Plaintiff's business.  The claimed purpose for which the Defendants requested disclosure of said confidential information was to evaluate the potential purchase of the Plaintiff's business and for the purpose of conducting due diligence to consider investing in Impac Mortgage, with whom Plaintiff developed its business plan with respect to the auctioning of residential properties.

140.   In these meetings, the Defendants agreed to keep all of the information the Plaintiff disclosed about its business confidential, and the Defendants conducted themselves in such a way as to imply that they would in fact keep said information confidential.  It was fully understood by the Defendants that the information which was disclosed to them was novel, confidential and proprietary information regarding the Plaintiff's business, and that said information was only being disclosed to the Defendants upon their agreement to keep such information confidential and not disclose it to others or use it for their own benefit or for the benefit of others.

141.   Plaintiff has performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the implied-in-fact

1   contract, by disclosing the requested confidential and proprietary information about its

2   business to the Defendants during the meetings described herein.

3       142.   Following the meetings in April 2007, Defendants JCR Advertising and

4   Riemann breached the implied-in-fact contract by not keeping the confidential and

5   proprietary information about Plaintiff's business confidential, and instead disclosing said

6   information to third parties and/or using said information for the establishment and

7   operation of a competing home auction company called National Home Auction.

8       143.   Following the meeting on November 29, 2007, Defendants Campbell and

9   Watson breached the implied-in-fact contract by not keeping the confidential and

10  proprietary information about plaintiff's business confidential, and instead disclosing said

11  information to third parties and/or using said information for the establishment and

12  operation of a competing home auction company called National Home Auction.

13      144.   As a result of the Defendants' breach of the implied-in-fact contracts, Plaintiff

14  has suffered damages and will continue to suffer damages, in an amount presently

15  unknown, but according to proof at trial.

16

17                        **TENTH CLAIM**

18                  **UNJUST ENRICHMENT AND**

19          **IMPOSITION OF CONSTRUCTIVE TRUST**

20                   **(Against All Defendants)**

21      145.   Plaintiff repeats and re-pleads Paragraphs 1 through 144, inclusive, and

22  incorporates the same herein by reference.

23      146.   By virtue of Defendants' unlawful and illegal acts described herein above,

24  Defendants have become, are becoming, and will become unjustly enriched at the expense

25  of Plaintiff, whereby revenues and profits properly belonging to Plaintiff have been and

26  will be diverted to Defendants.

27      147.   By virtue of Defendants' improper and illegal conduct, Defendants have come

28  into possession of intellectual property, trade secrets and funds, revenues, and profits which

1  rightfully belong to Plaintiff, where by virtue of Defendants' wrongful acts, Defendants

2  shall hold such property and funds as a constructive trustee for the benefit of Plaintiff.

3      148.  At all relevant times herein, a confidential relationship existed between

4  Plaintiff and Defendants, in that the Plaintiff and Defendants engaged in the meetings

5  herein described under an agreed blanket of confidentiality and in reliance on that

6  agreement, the Plaintiff disclosed confidential and proprietary information to the

7  Defendants that it would not have otherwise done and from which the Plaintiff gains an

8  economic value from said information not being known to the public or its competitors.

9      149.  At all material times herein, Plaintiff believed implicitly in the integrity and

10  truthfulness of the Defendants' representations that such confidences would not be

11  breached and that the information disclosed to the Defendants in confidence would not be

12  disclosed to others or used by the Defendants for their own benefit and to the detriment of

13  the Plaintiff.

14      150.  By virtue of Defendants' violations of the relationships of trust and confidence

15  existing between the Plaintiff and Defendants, Defendants hold certain intellectual

16  property, including trade secrets and confidential and proprietary information, as well as

17  funds, revenues and profits which rightfully belong to the Plaintiff, as a constructive trustee

18  for the Plaintiff's benefit.

19

20                                    **PRAYER**

21      WHEREFORE, Plaintiff prays for judgment and equitable relief against all

22  Defendants as follows:

23  A.    **FIRST CLAIM (Copyright Infringement)**

24      1.    For temporary, preliminary and permanent injunctive relief enjoining

25            the Defendants from using Plaintiff's copyrighted works, including

26            without limitation its television commercials, website content, print and

27            radio advertisements, documents and forms, and terms and conditions;

28      2.    Compensatory damages according to proof at trial; and

-41-
                                                            COMPLAINT

3.      Statutory penalties and punitive damages, as permitted by law.

**B.      SECOND CLAIM (Unfair Business Competition)**

1.      For temporary, preliminary and permanent injunctive relief enjoining the Defendants from using Plaintiff's business plan, model, methods, contracts, documents, television commercials, print ads, website or any other of its works, client lists or confidential and proprietary information to conduct auctions of real property.

2.      For such other relief the Court believes necessary to prevent the Defendants from unfairly competing.

**C.      THIRD CLAIM (False or Misleading Advertising)**

1.      For temporary, preliminary and permanent injunctive relief enjoining the Defendants from disseminating any advertisement containing false statements or representations about Defendant National Home Auction and/or its services.

2.      Compensatory damages according to proof at trial; and

3.      Statutory penalties, attorneys' fees and punitive damages, as permitted by law.

**D.      FOURTH CLAIM (False or Misleading Advertising)**

1.      For temporary, preliminary and permanent injunctive relief enjoining the Defendants from disseminating any advertisement containing false statements or representations about Defendants National Home Auction and/or its services;

2.      Compensatory damages according to proof at trial;

3.      Statutory penalties and punitive damages, as permitted by law; and

4.      For such other relief the Court believes necessary to prevent the Defendants from unfairly competing.

**E.      FIFTH CLAIM (Breach of Confidence)**

1.      Compensatory damages according to proof at trial;

COMPLAINT

2.    Imposition of a constructive trust for the unjust enrichment Defendants realized as a result of their breach of confidence and use and disclosure of Plaintiff's confidential and proprietary information; and

3.    For temporary, preliminary and permanent injunctive relief enjoining the Defendants from using Plaintiff's confidential and proprietary information in any manner, including without limitation to conduct auction of real property, which was disclosed in confidence.

F.    **SIXTH CLAIM (Misappropriation of Trade Secrets)**

1.    For injunctive relief enjoining the Defendants from using Plaintiff's confidential information and trade secrets to conduct auctions of real property.

2.    For damages, according to proof, including damages to necessary to prevent unjust enrichment of Defendants;

3.    For attorneys' fees and costs; and

3.    For exemplary and/or punitive damages.

G.    **SEVENTH CAUSE OF ACTION (Fraud – Intentional Misrepresentation)**

1.    For monetary damages, according to proof; and

2.    For exemplary and/or punitive damages.

H.    **EIGHTH CAUSE OF ACTION (Fraud – Concealment)**

1.    For monetary damages, according to proof; and

2.    For exemplary and/or punitive damages.

I.    **NINTH CLAIM (Unjust Enrichment / Imposition of Constructive Trust)**

1.    Imposition of a constructive trust for the unjust enrichment Defendants realized as a result of their wrongful conduct, illegal acts, unfair business competition, copyright infringement, false advertising and breach of confidence, as alleged herein.

2.    For an order declaring that Defendants hold certain intellectual property, including the plaintiff's confidential and proprietary

1 | information and trade secrets, as well as funds, revenues and profits
2 | which rightfully belong to the Plaintiff in trust for Plaintiff;
3 |    3.    For an accounting of all funds, revenues and profits received by the
4 | Defendants since August 24, 2007.

**J.**    <u>**ALL CLAIMS**</u>

   1.    For costs and fees incurred herein;

   2.    Attorneys' fees incurred herein, as permitted by law or contract;

   3.    For prejudgment interest, and

   4.    For such other and further relief as the Court may deem just and proper.

Dated: February 26, 2008        **CALLAHAN & BLAINE, APLC**

By: _____
      DANIEL J. CALLAHAN
      BRIAN J. McCORMACK
      MARC P. MILES
      Attorneys for Plaintiff
      REAL ESTATE DISPOSITION CORPORATION

<u>**DEMAND FOR JURY TRIAL**</u>

Plaintiff hereby demands trial by jury.

Dated: February 26, 2008        **CALLAHAN & BLAINE, APLC**

By: _____
      DANIEL J. CALLAHAN
      BRIAN J. McCORMACK
      MARC P. MILES
      Attorneys for Plaintiff
      REAL ESTATE DISPOSITION CORPORATION

G:\2824\2824-04\Pld\Complaint.wpd

COMPLAINT

# EXHIBIT "1"

## Exhibit "1"



SINCE 1990 REDC REAL ESTATE DISPOSITION CORPORATION

FOR AUCTION OR PROPERTY INFORMATION CALL TOLL FREE 800-793-6107
MON-FRI 5AM - 8PM PST
SAT-SUN 7AM - 6PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

REGISTER TODAY!
CLICK HERE

- AUCTION CALENDAR
- FREQUENTLY ASKED QUESTIONS
- HOW DOES THE AUCTION WORK?
- REGISTER HERE!
- COMPANY INFORMATION
- FINANCING INFORMATION
- BROKER COOPERATION
- CONTACT US
- HOME

## EMAIL NOTIFICATIONS

Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

- Arizona
- California
- Colorado
- Connecticut
- DC
- Florida
- Georgia
- Illinois
- Maryland
- Massachusetts
- Michigan
- Minnesota
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- Oregon
- Rhode Island
- Texas
- Virginia
- Washington

Enter Email To Subscribe GO

CLICK HERE TO REQUEST A BROCHURE

CLICK HERE TO JOIN THE POSTAL MAILING LIST

## UPCOMING AUCTIONS

**HUGE 7 DAY Northern California Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 02/02/08, 02/09/08 and 02/10/08.
***1000+ FORECLOSED HOMES MUST BE SOLD!!***

San Mateo and Surrounding Area Properties. **Feb. 23rd.**
San Mateo and Surrounding Area Properties. **Feb. 24th.**

Event Details
Register

**HUGE 4 DAY District of Columbia, Maryland and Virginia Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 2/23/08, 3/1/08 and 3/2/08.

***575+ FORECLOSED HOMES MUST BE SOLD!!***
Washington DC, Virginia, Maryland and Surrounding Area Properties. **Mar. 8th.**
Washington DC, Virginia, Maryland and Surrounding Area Properties. **Mar. 9th.**
Baltimore Area Properties. **Mar. 10th.**
Virginia Area Properties. **Mar. 11th.**

Event Details
Register

**HUGE 2 DAY Arizona Foreclosure Auction Event!**

All homes open for inspection from 10AM to 5PM on 3/1/08, 3/8/08 and 3/9/08.
***375+ FORECLOSED HOMES MUST BE SOLD!!***
Phoenix Area Properties. **Mar. 15th.**
Phoenix and Surrounding Area Properties. **Mar. 16th.**

Event Details
Register

**HUGE 2 DAY Las Vegas Area Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 3/8/08, 3/15/08 and 3/16/08.
***280+ FORECLOSED HOMES MUST BE SOLD!***
Las Vegas and Surrounding Area Properties. **Mar. 22nd.**
Las Vegas and Surrounding Area Properties. **Mar. 24th.**

Event Details
Register

**HUGE 1 DAY Massachusetts and New Hampshire Area Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 3/15/08, 3/16/08 and 3/22/08.
***160+ FORECLOSED HOMES MUST BE SOLD!***
Massachusetts, New Hampshire and Surrounding Areas. **Mar. 29th.**

Event Details
Register

**HUGE 1 DAY New York and New Jersey Area Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 3/15/08, 3/16/08 and 3/22/08.
***120+ FORECLOSED HOMES MUST BE SOLD!***
New York and New Jersey Area Properties. **Mar. 31st.**

Event Details
Register

## WELCOME TO REDC!

Real Estate Disposition Company (**www.USHomeAuction.com**) has been one of the nations most prominent and successful auction marketing companies since 1990. Having sold in excess of ONE BILLION DOLLARS of real estate assets, our goal is to bring the most desirable lender foreclosed properties to market in the most efficient, easy and consumer friendly manner possible!

### THE AUCTION
By bringing willing buyers and sellers together in a public "live auction" forum, each side of the transaction benefits from the much shorter marketing timeframe and economies of scale that a large Lender Foreclosure Auction makes possible.

### What does that mean for you?
Right now, Lenders need to sell their foreclosures and FAST! Whether you're a first-time buyer or sophisticated investor, NOW is the time to take advantage of this great opportunity....Be sure to attend REDC's Lender Foreclosure Auction!!

### PRIME PROPERTIES, PRIME LOCATIONS and AUCTION PRICING!!
This safe and easy process can be mastered by anyone. Don't delay. REGISTER NOW and take the first step toward your dream of property ownership.

▶ **Register now!**

**Auction Calendar** | **FAQs** | **How Does The Auction Work** | **Register Here** | **Company Information** | **Financing Information** | **Broker Cooperation**
**Privacy Policy** | **Contact Us** | **SiteMap** | **Licenses and Disclosures**

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.



REDC SINCE 1990 REAL ESTATE DISPOSITION CORPORATION

FOR AUCTION OR PROPERTY INFORMATION CALL TOLL FREE 800-793-6107 MON-FRI 5AM - 8PM PST SAT-SUN 7AM - 6PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

REGISTER TODAY! CLICK HERE

1000 HOMES HUGE 7 DAY NORTHERN CALIFORNIA FORECLOSURE AUCTION! MUST BE SOLD! IN CONTRA COSTA, FRESNO, MERCED, SACRAMENTO, SAN JOAQUIN, SOLANO, STANISLAUS, TULARE AND MORE! ALL HOMES OPEN FOR INSPECTION 02/02/08, 02/09/08 AND 02/10/08 CLICK HERE TO REGISTER

- AUCTION CALENDAR
- FREQUENTLY ASKED QUESTIONS
- HOW DOES THE AUCTION WORK?
- REGISTER HERE!
- COMPANY INFORMATION
- FINANCING INFORMATION
- BROKER COOPERATION
- CONTACT US
- HOME

## EMAIL NOTIFICATIONS

Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

- Arizona
- California
- Colorado
- Connecticut
- DC
- Florida
- Georgia
- Illinois
- Maryland
- Massachusetts
- Michigan
- Minnesota
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- Oregon
- Rhode Island
- Texas
- Virginia
- Washington

Enter Email To Subscribe GO

CLICK HERE TO REQUEST A BROCHURE

CLICK HERE TO JOIN THE POSTAL MAILING LIST

**Filter Inventory By Auction Date:**

Show all properties to be sold (Feb. 23, 2008 ) ›› Show Venue/Event Details

Show all properties to be sold (Feb. 24, 2008 ) ›› Show Venue/Event Details

City: --Select City-- Or County: --Select County-- Beds: -- Any -- Baths: -- Any --
Address: Zipcode: Item# (e.g: 124) : Search

CLICK HERE NEW PROPERTIES JUST ADDED! (NOT IN ORIGINAL BROCHURE)

Click : To View Terms and Conditions

Photo View List View Excel Download 25 Records Per Page

1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | « Next 10 Pages » | « Next »

**San Mateo And Surrounding Area Properties. February. 23rd.**

**Address:** 308 Park Street Salinas , CA 93901.
**Salinas County.**
**Square Footage:** 1231 **Property Type:** Single Family
**Starting Bid:** $139,000 **Previously Valued To:*** $595,000
**Financing:** Yes
**Item #:** 627 Details

**Address:** 319 Soledad Street Salinas , CA 93901.
**Monterey County.**
**Square Footage:** 1982 **Property Type:** 4-Plex
**Starting Bid:** $129,000 **Previously Valued To:*** $700,000
**Financing:** Yes
**Item #:** 628 Details

**Address:** 738 Saint Regis Way Salinas , CA 93905.
**Monterey County.**
**Square Footage:** 1217 **Property Type:** Single Family
**Starting Bid:** $239,000 **Previously Valued To:*** $566,100
**Financing:** Yes
**Item #:** 629 Details

**Address:** 1431 First Avenue Salinas , CA 93905.
**Monterey County.**
**Square Footage:** 792 **Property Type:** Single Family
**Starting Bid:** $89,000 **Previously Valued To:*** $480,000
**Financing:** Yes
**Item #:** 630 Details

**Address:** 1426 Alma Avenue Salinas , CA 93905.
**Monterey County.**
**Square Footage:** 1362 **Property Type:** Single Family
**Starting Bid:** $139,000 **Previously Valued To:*** $570,000
**Financing:** Yes
**Item #:** 631 Details

**Address:** 1497 Mustang Court Salinas , CA 93905.
**Monterey County.**
**Square Footage:** 1549 **Property Type:** Single Family
**Starting Bid:** $149,000 **Previously Valued To:*** $596,700
**Financing:** Yes
**Item #:** 633 Details

**Address:** 626 Donner Way Salinas , CA 93906.
**Monterey County.**
**Square Footage:** 1208 **Property Type:** Single Family
**Starting Bid:** $149,000 **Previously Valued To:*** $412,250
**Financing:** Yes
**Item #:** 634 Details

**Address:** 1507 Duran Circle Salinas , CA 93906.
**Monterey County.**
**Square Footage:** 1170 **Property Type:** Single Family
**Starting Bid:** $109,000 **Previously Valued To:*** $520,000
**Financing:** Yes
**Item #:** 635 Details

**REMOVED FROM AUCTION**                    Property has been removed from this auction.                    Item #: 638
                                                                                                            Details →

**Address:** 1619 Madrid Street Salinas , CA 93906.                                                          Item #: 639
Monterey County.                                                                                             Details →
**Square Footage:** 1165  **Property Type:** Single Family
**Starting Bid:** $89,000  **Previously Valued To:*** $520,000
**Financing:** Yes

**Address:** 304 Chaparral St Salinas , CA 93906.                                                            Item #: 640
Salinas County.                                                                                              Details →
**Square Footage:** 1096  **Property Type:** Single Family
**Starting Bid:** $229,000  **Previously Valued To:*** $590,000
**Financing:** Yes

**Address:** 1764 Broadway Drive Salinas , CA 93906.                                                         Item #: 642
Monterey County.                                                                                             Details →
**Square Footage:** 2276  **Property Type:** Single Family
**Starting Bid:** $199,000  **Previously Valued To:*** $799,000
**Financing:** Yes

**Address:** 150 Lafayette Way Salinas , CA 93906.                                                           Item #: 643
Monterey County.                                                                                             Details →
**Square Footage:** 1618  **Property Type:** Single Family
**Starting Bid:** $209,000  **Previously Valued To:*** $769,000
**Financing:** Yes

**Address:** 2364 North Main Street Salinas , CA 93906.                                                      Item #: 644
Monterey County.                                                                                             Details →
**Square Footage:** 1150  **Property Type:** Condo
**Starting Bid:** $99,000  **Previously Valued To:*** $349,900
**Financing:** Yes

**Address:** 542 Sutter Street Salinas , CA 93906.                                                           Item #: 645
Salinas County.                                                                                              Details →
**Square Footage:** 1763  **Property Type:** Single Family
**Starting Bid:** $149,000  **Previously Valued To:*** $570,000
**Financing:** Yes

**Address:** 1780 Truckee Way Salinas , CA 93906.                                                            Item #: 646
Monterey County.                                                                                             Details →
**Square Footage:** 1320  **Property Type:** Single Family
**Starting Bid:** $129,000  **Previously Valued To:*** $569,000
**Financing:** Yes

**Address:** 1114 Cabot Way Salinas , CA 93906.                                                              Item #: 647
Monterey County.                                                                                             Details →
**Square Footage:** 1659  **Property Type:** Single Family
**Starting Bid:** $129,000  **Previously Valued To:*** $663,000
**Financing:** Yes

**Address:** 1223 De Cunha Court Salinas , CA 93906.                                                         Item #: 648A
Monterey County.                                                                                             Details →
**Square Footage:** 2394  **Property Type:** Single Family
**Starting Bid:** $219,000  **Previously Valued To:*** $725,000
**Financing:** Yes

**Address:** 1611 Little River Dr Salinas , CA 93906.                                                        Item #: 648B
Monterey County.                                                                                             Details →
**Square Footage:** 1814  **Property Type:** Single Family
**Starting Bid:** $249,000  **Previously Valued To:*** $669,000
**Financing:** Yes                                                                                          NEW
                                                                                                            LATE ADDITION

**Address:** 1861 Luzern Street Seaside , CA 93955.                                                          Item #: 649
Monterey County.                                                                                             Details →
**Square Footage:** 1233  **Property Type:** Single Family
**Starting Bid:** $169,000  **Previously Valued To:*** $599,684
**Financing:** Yes

**Address:** 1745 Havana Street Seaside , CA 93955.                                                          Item #: 650
Monterey County.                                                                                             Details →
**Square Footage:** 1040  **Property Type:** Single Family
**Starting Bid:** $219,000  **Previously Valued To:*** $674,000
**Financing:** Yes

**Address:** 1125 Hanover Street Daly City , CA 94014.                                                       Item #: 651
San Mateo County.                                                                                           Details →
**Square Footage:** 940  **Property Type:** Single Family
**Starting Bid:** $219,000  **Previously Valued To:*** $815,000
**Financing:** Yes

**Address:** 19 Parnell Avenue Daly City , CA 94015.                                                         Item #: 652
San Mateo County.                                                                                           Details →
**Square Footage:** 1320  **Property Type:** Single Family
**Starting Bid:** $239,000  **Previously Valued To:*** $800,000
**Financing:** Yes



**Address:** 397 Imperial Way #141 Daly City , CA 94015.
San Mateo County.
**Square Footage:** 1065   **Property Type:** Condo
**Starting Bid:** $129,000   **Previously Valued To:**\* $507,500
**Financing:** Yes

Item #: **653**

Details →

Property has been removed from this auction.

Item #: **654**

Details →

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ‹‹ Next 10 Pages ›› | ‹‹ Next ›› |

*Please see terms and conditions for a specific definition.

Auction Calendar | FAQs | How Does The Auction Work | Register Here | Company Information | Financing Information | Broker Cooperation
Privacy Policy | Contact Us | SiteMap | Licenses and Disclosures

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.

http://www.ushomeauction.com/auction_details.php?auctionID=H-017



FOR AUCTION OR PROPERTY INFORMATION CALL **TOLL FREE 800-793-6107**
MON-FRI 5AM - 8PM PST
SAT-SUN 7AM - 8PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS



**REGISTER TODAY!**
CLICK HERE

- AUCTION CALENDAR
- FREQUENTLY ASKED QUESTIONS
- HOW DOES THE AUCTION WORK?
- REGISTER HERE!
- COMPANY INFORMATION
- FINANCING INFORMATION
- BROKER COOPERATION
- CONTACT US
- HOME

**EMAIL NOTIFICATIONS**

Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

☐ Arizona ☐ Minnesota
☐ California ☐ Nevada
☐ Colorado ☐ New Hampshire
☐ Connecticut ☐ New Jersey
☐ DC ☐ New Mexico
☐ Florida ☐ New York
☐ Georgia ☐ Oregon
☐ Illinois ☐ Rhode Island
☐ Maryland ☐ Texas
☐ Massachusetts ☐ Virginia
☐ Michigan ☐ Washington

Enter Email To Subscribe  GO

**CLICK HERE TO REQUEST A BROCHURE**

**CLICK HERE TO JOIN THE POSTAL MAILING LIST**

## AUCTION REGISTRATION

### Choose an event below for bidder registration

1 2 ‹‹ Next ››

**HUGE 7 DAY NORTHERN CALIFORNIA FORECLOSURE AUCTION EVENT!**

All homes open for inspection from 10AM to 5PM on 02/02/08, 02/09/08 and 02/10/08.
**1000+ FORECLOSED HOMES MUST BE SOLD!!**

San Mateo and Surrounding Area Properties. February 23rd

San Mateo and Surrounding Area Properties. February 24th

Event Details ›
Register ›

**HUGE 4 DAY DISTRICT OF COLUMBIA, MARYLAND AND VIRGINIA FORECLOSURE AUCTION EVENT!**

All homes open for inspection from 10AM to 5PM on 2/23/08, 3/1/08 and 3/2/08.

**575+ FORECLOSED HOMES MUST BE SOLD!!**

Washington DC, Virginia, Maryland and Surrounding Area Properties. March 8th

Washington DC, Virginia, Maryland and Surrounding Area Properties. March 9th

Baltimore Area Properties. March 10th

Virginia Area Properties. March 11th

Event Details ›
Register ›

**HUGE 2 DAY ARIZONA FORECLOSURE AUCTION EVENT!**

All homes open for inspection from 10AM to 5PM on 3/1/08, 3/8/08 and 3/9/08.
**375+ FORECLOSED HOMES MUST BE SOLD!!**

Phoenix Area Properties. March 15th

Phoenix and Surrounding Area Properties. March 16th

Event Details ›
Register ›

**HUGE 2 DAY LAS VEGAS AREA FORECLOSURE AUCTION EVENT!**

All homes open for inspection from 10AM to 5PM on 3/8/08, 3/15/08 and 3/16/08.
**280+ FORECLOSED HOMES MUST BE SOLD!**

Las Vegas and Surrounding Area Properties. March 22nd

Las Vegas and Surrounding Area Properties. March 24th

Event Details ›
Register ›

**INSIDER SOUTHERN CALIFORNIA HOME AUCTION**

**70+ Properties must be sold!**

Southern California Insider Auction

Event Details ›
Register ›

1 2 ‹‹ Next ››

**Auction Calendar** | **FAQs** | **How Does The Auction Work** | **Register Here** | **Company Information** | **Financing Information** | **Broker Cooperation**

**Privacy Policy**  |  **Contact Us**  | **SiteMap** | **Licenses and Disclosures**

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.

Bidders Registration Form for Buying Foreclosed Properties & Foreclosed Home          Page 1 of 1
Case 2:08-cv-01331-SJO-E     Document 1     Filed 02/27/08     Page 53 of 143     Page ID
#:96



**FOR AUCTION OR
PROPERTY INFORMATION CALL**
TOLL FREE
**800-793-6107**
MON-FRI 6AM - 8PM PST
SAT-SUN 7AM - 6PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

## REGISTER TODAY!
CLICK HERE

- AUCTION CALENDAR
- FREQUENTLY ASKED QUESTIONS
- HOW DOES THE AUCTION WORK?
- REGISTER HERE!
- COMPANY INFORMATION
- FINANCING INFORMATION
- BROKER COOPERATION
- CONTACT US
- HOME

### EMAIL NOTIFICATIONS
Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

- ☐ Arizona
- ☐ California
- ☐ Colorado
- ☐ Connecticut
- ☐ DC
- ☐ Florida
- ☐ Georgia
- ☐ Illinois
- ☐ Maryland
- ☐ Massachusetts
- ☐ Michigan
- ☐ Minnesota
- ☐ Nevada
- ☐ New Hampshire
- ☐ New Jersey
- ☐ New Mexico
- ☐ New York
- ☐ Oregon
- ☐ Rhode Island
- ☐ Texas
- ☐ Virginia
- ☐ Washington

Enter Email To Subscribe    GO

CLICK HERE TO REQUEST A BROCHURE

## BIDDER'S REGISTRATION FORM

**PRIMARY PURCHASER:**

Fill out the fields below to register for this auction
**Note**: you may also fax your completed registration to **(949) 583-9156**

BROKERS CLICK HERE TO REGISTER                    🖶 PRINT THIS FORM

Fields Marked with (*) are mandatory

First Name:*  _____

Last Name:*  _____

Address:*  _____

City:*  _____

State / Province:*  -----Select State/Province-----

Zip / Postal Code:*  _____

Cell:  ____ ____ ____

Work:  ____ ____ ____

Email:*  _____

**Please choose the auction event you would like to attend:***
---Select Event---

Note: you may register for all events at once.

**Will you be purchasing with a Spouse or Co-Buyer?***
No Co-buyer

**We plan to use Financing:*** ○ Arranged by the seller  ○ Third party financing

**\* I WOULD LIKE TO BE PRE-QUALIFIED FOR THE AUCTION AT NO COST OR OBLIGATION.**[1]
Yes ○  No ○

Submit Details →

You must register to bid 24 hours prior to the auction.

For **Property** Information Call (800) 793-6107
For **Financing** Information Call (800) 648-5799

🖶 PRINT THIS FORM

Auction Calendar | FAQs | How Does The Auction Work | Register Here | Company Information | Financing Information | Broker Cooperation
Privacy Policy | Contact Us | Site Map | Licenses and Disclosures

Copyright © 2007-2008 ushomeauction.com. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.



**FOR AUCTION OR
PROPERTY INFORMATION CALL**

TOLL FREE
**800-793-6107**
MON-FRI 5AM - 8PM PST
SAT-SUN 7AM - 6PM PST

**For Financing Information Call: 800-648-5799**
**Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday**

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

**REGISTER TODAY!**
CLICK HERE

- AUCTION CALENDAR
- FREQUENTLY ASKED QUESTIONS
- HOW DOES THE AUCTION WORK?
- REGISTER HERE!
- COMPANY INFORMATION
- FINANCING INFORMATION
- BROKER COOPERATION
- CONTACT US
- HOME

**EMAIL NOTIFICATIONS**

Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

- Arizona
- California
- Colorado
- Connecticut
- DC
- Florida
- Georgia
- Illinois
- Maryland
- Massachusetts
- Michigan

- Minnesota
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- Oregon
- Rhode Island
- Texas
- Virginia
- Washington

Enter Email To Subscribe     GO

CLICK HERE TO
REQUEST A BROCHURE

## BROCHURE REGISTRATION FORM

Please fill out the form below to receive a brochure in the mail. Fields marked with a (*) are mandatory.

First Name:*
Last Name:*
Address:*
City:*
State / Province:*     -----Select State-----
Zip / Postal Code:*
Cell:*
Work:
Email:*

Please choose the Auction Event for which you would like to receive a brochure :*
---Select Event---

☐ Would you like to also register for this auction?

Submit →     You must register to bid 24 hours prior to the auction.

Auction Calendar | FAQs | How Does The Auction Work | Register Here | Company Information | Financing Information | Broker Cooperation
Privacy Policy | Contact Us | Site Map | Licenses and Disclosures

Copyright © 2007-2008 ushomeauction.com. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.





## BROKER PARTICIPATION REGISTRATION

LENDER FORECLOSURE AUCTION                                    🖶 PRINT THIS FORM

Real Estate Disposition Corporation invites broker participation. A one percent (1%) commission, based on the winning bid price, not the total purchase price, will be paid by Real Estate Disposition Corporation to licensed brokers or agents who have duly registered as a "Registered Broker or Agent" and whose client(s) successfully purchase the Property and close the transaction. To qualify for a commission and become a Registered Broker or Agent, you must:

1. Fully complete the Broker Participation Form below and bring a copy of it (printed from the website) to the Auction along with a copy of your valid real estate license. You are required to personally check in at the broker registration desk prior to the start of the auction along with your client. If you are an Agent, you must also bring a letter, signed by your Broker on company letterhead, confirming your attendance at the auction with your client which sets forth commission payment information including broker license number and name;

2. Inspect each Property with your client;

3. Identify yourself, remain with your client, and execute all necessary documentation during the post-Auction process; and

4. Be present at the Auction (or have your agent present) with your client. You must sign in on the day of the auction and identify your client at that time. Registered Broker and/or its agent must accompany and remain with their client throughout the entire bidding and purchase process. Participating brokers are required to sign the purchase documentation. Any Registered Broker or Agent who fails to sign the purchase documentation or accompany his or her client at the Auction shall not be entitled to any commission. Commissions will be paid upon closing. No commission on any Property will be paid to a Registered Broker or Agent acting as a principal in the purchase of any Property. You will be required to execute an Affidavit stating that you are not a principal in the transaction.

5. A prospective buyer may only register with one Agent or Broker.

There are no exceptions to the broker participation rules. No employee or agent of Real Estate Disposition Corporation is empowered to modify or change any provision of the Broker participation Program.

NOTE: You must be sure your client follows all procedures as stated in the auction Terms & Conditions related to Pre- Qualification and required cash funds.

**THERE WILL BE NO EXCEPTIONS TO THE ABOVE REGISTRATION PROCEDURE**

|  |  |
|---|---|
| First Name:* | |
| Middle Name:* | |
| Last Name:* | |
| Company Name:* | |
| Address:* | |
| City:* | |
| State / Province:* | -----Select State----- |
| Zip / Postal Code:* | |
| Cell:* | |
| Office: | |
| Fax: | |
| Email Address:* | |
| Broker's License Number:* | |
| Client's First Name:* | Client's Last Name:* |



**Please choose the auction event you would like to attend:** *

---Select Event---

Note: you may register for all events at once.

☐ I have read, approved and agree to the above terms and conditions regarding the Auction Broker Participation Program. I understand this application and my registration pertain ONLY to the sale of the above-named auction.

**Remember... you must bring a copy of this form with you to the AUCTION!**

For Property or Auction Procedure Questions
**CALL 7 DAYS 8AM - 8PM 800-793-6107**

For Financing or Pre-Qualifacation Information
**CALL 7 DAYS 9AM - 8PM 800-648-5799**

Although information has been obtained form sources deemed reliable, the broker, the auctioneer, and/or their representatives make no guarentee as to the accuracy of the information contained herein and offer all properties without any expressed or implied warranty of any kind. No liability of errors or omissions is assumed. It is the responsibility of the buyer to independently verify all information provided herein before making purchase decisions.

Or visit us ONLINE at **www.ushomeauction.com**

**Submit Details →**

**Auction Calendar** | **FAQs** | **How Does The Auction Work** | **Register Here** | **Company Information** | **Financing Information** | **Broker Cooperation**
**Privacy Policy** | **Contact Us** | **Site Map** | **Licenses and Disclosures**

Copyright © 2007-2008 ushomeauction.com. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.

https://www.ushomeauction.com/broker-registration.php







REDC SINCE 1990 REAL ESTATE DISPOSITION CORPORATION

FOR AUCTION OR PROPERTY INFORMATION CALL TOLL FREE 800-793-6107 MON-FRI 5AM - 8PM PST SAT-SUN 7AM - 6PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

REGISTER TODAY! CLICK HERE

- AUCTION CALENDAR
- FREQUENTLY ASKED QUESTIONS
- HOW DOES THE AUCTION WORK?
- REGISTER HERE!
- COMPANY INFORMATION
- FINANCING INFORMATION
- BROKER COOPERATION
- CONTACT US
- HOME

## EMAIL NOTIFICATIONS

Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

| | |
|---|---|
| Arizona | Minnesota |
| California | Nevada |
| Colorado | New Hampshire |
| Connecticut | New Jersey |
| DC | New Mexico |
| Florida | New York |
| Georgia | Oregon |
| Illinois | Rhode Island |
| Maryland | Texas |
| Massachusetts | Virginia |
| Michigan | Washington |

Enter Email To Subscribe GO

CLICK HERE TO REQUEST A BROCHURE

CLICK HERE TO JOIN THE POSTAL MAILING LIST

# AUCTION CALENDAR

## Current Real Estate Auctions 1 2 « Next »

**HUGE 7 DAY Northern California Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 02/02/08, 02/09/08 and 02/10/08.
***1000+ FORECLOSED HOMES MUST BE SOLD!!***

San Mateo and Surrounding Area Properties. **Feb. 23rd.**
San Mateo and Surrounding Area Properties. **Feb. 24th.**

Event Details | Register

**HUGE 4 DAY District of Columbia, Maryland and Virginia Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 2/23/08, 3/1/08 and 3/2/08.

***575+ FORECLOSED HOMES MUST BE SOLD!!***
Washington DC, Virginia, Maryland and Surrounding Area Properties. **Mar. 8th.**
Washington DC, Virginia, Maryland and Surrounding Area Properties. **Mar. 9th.**
Baltimore Area Properties. **Mar. 10th.**
Virginia Area Properties. **Mar. 11th.**

Event Details | Register

**HUGE 2 DAY Arizona Foreclosure Auction Event!**

All homes open for inspection from 10AM to 5PM on 3/1/08, 3/8/08 and 3/9/08.
***375+ FORECLOSED HOMES MUST BE SOLD!!***
Phoenix Area Properties. **Mar. 15th.**
Phoenix and Surrounding Area Properties. **Mar. 16th.**

Event Details | Register

**HUGE 2 DAY Las Vegas Area Foreclosure Auction Event!**

All homes open for inspection from 10AM to 5PM on 3/8/08, 3/15/08 and 3/16/08.
***280+ FORECLOSED HOMES MUST BE SOLD!***
Las Vegas and Surrounding Area Properties. **Mar. 22nd.**
Las Vegas and Surrounding Area Properties. **Mar. 24th.**

Event Details | Register

**HUGE 1 DAY Massachusetts and New Hampshire Area Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 3/15/08, 3/16/08 and 3/22/08.
***160+ FORECLOSED HOMES MUST BE SOLD!***
Massachusetts, New Hampshire and Surrounding Areas. **Mar. 29th.**

Event Details | Register

1 2 « Next »

**Auction Calendar** | **FAQs** | **How Does The Auction Work** | **Register Here** | **Company Information** | **Financing Information** | **Broker Cooperation**
**Privacy Policy** | **Contact Us** | **SiteMap** | **Licenses and Disclosures**

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.

**FOR AUCTION OR PROPERTY INFORMATION CALL** ▶ **TOLL FREE 800-793-6107**
MON-FRI 6AM - 8PM PST
SAT-SUN 7AM - 6PM PST

**For Financing Information Call: 800-648-5799**
**Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday**

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

**REGISTER TODAY!**
CLICK HERE

- ▶ AUCTION CALENDAR
- ▶ FREQUENTLY ASKED QUESTIONS
- ▶ HOW DOES THE AUCTION WORK?
- ▶ REGISTER HERE!
- ▶ COMPANY INFORMATION
- ▶ FINANCING INFORMATION
- ▶ BROKER COOPERATION
- ▶ CONTACT US
- ▶ HOME

## EMAIL NOTIFICATIONS

Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

☐ Arizona            ☐ Minnesota
☐ California         ☐ Nevada
☐ Colorado           ☐ New Hampshire
☐ Connecticut        ☐ New Jersey
☐ DC                 ☐ New Mexico
☐ Florida            ☐ New York
☐ Georgia            ☐ Oregon
☐ Illinois           ☐ Rhode Island
☐ Maryland           ☐ Texas
☐ Massachusetts      ☐ Virginia
☐ Michigan           ☐ Washington

Enter Email To Subscribe  GO

**CLICK HERE TO REQUEST A BROCHURE**

**CLICK HERE TO JOIN THE POSTAL MAILING LIST**

## COMPANY INFORMATION

Real Estate Disposition Corporation (REDC) traces its inception back to 1990. At that time REDC embarked on a course that established a dominant position in the marketplace for the company, by selling over ONE BILLION DOLLARS of Real Estate assets through the utilization of the auction process.

We were able to achieve this by the means of a team of real estate professionals whose experience when combined, brings hundreds of years of real estate, marketing and auctioneering expertise together, thus allowing REDC to offer the most comprehensive and innovative auction-marketing programs available anywhere.

Our company's continuing mission is to offer Real Estate Buyers and Sellers of all types, in any market condition, a selling or buying option that provides both an expedited sales time-frame, while achieving the true "market value" for the asset by means of a competitive bidding process

Real Estate Disposition Corporation is an affiliate of LandAuction.com, Inc. and NRP Holding Company, Inc., whose subsidiary operations include National Recreational Properties and LandAuction.com. These affiliated entities operate from their 60,000 square-foot, national headquarters in Irvine, California, and have offices and employees throughout the United States.

Whether you are a large-scale Residential Builder/Developer, REO Manager, or Loss Mitigation specialist, REDC would like to speak to you about how our team of experts can assist you with an expedited sales campaign, through the utilization of the auction marketing process. Please click on the link below and our Executive Vice President of Business Development will contact you personally.

info@redcgroup.com

The following officers, as well as all of our dedicated employees, look forward to an opportunity to serve your needs.

Real Estate Disposition Corporation (REDC)

**Corporate Officers:**

- ■ **Jeffrey Frieden**
  President and CEO
- ■ **Jim Corum**
  COO
- ■ **Robert Friedman**
  Chairman
- ■ **Chris Chamberlain**
  Executive Vice-President
- ■ **Walter Skrzynski**
  Senior Vice-President

Auction Calendar | FAQs | How Does The Auction Work | Register Here | Company Information | Financing Information | Broker Cooperation
Privacy Policy | Contact Us | SiteMap | Licenses and Disclosures

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.



FOR AUCTION OR **PROPERTY INFORMATION CALL**

**TOLL FREE**
**800-793-6107**
MON-FRI 5AM - 8PM PST
SAT-SUN 7AM - 6PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

**REGISTER TODAY!**
REGISTER NOW

- AUCTION CALENDAR
- FREQUENTLY ASKED QUESTIONS
- HOW DOES THE AUCTION WORK?
- REGISTER HERE!
- COMPANY INFORMATION
- FINANCING INFORMATION
- BROKER COOPERATION
- CONTACT US
- HOME

**EMAIL NOTIFICATIONS**

Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

- Arizona
- California
- Colorado
- Connecticut
- DC
- Florida
- Georgia
- Illinois
- Maryland
- Massachusetts
- Michigan

- Minnesota
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- Oregon
- Rhode Island
- Texas
- Virginia
- Washington

Enter Email To Subscribe  **GO**

**CLICK HERE TO REQUEST A BROCHURE**

**CLICK HERE TO JOIN THE POSTAL MAILING LIST**

## CONTACT US

If you wish to be added to our postal mailing list, click here.

■ Contact Information

Please select a department:*     select department

First Name:*

Last Name:*

Address:

City:

State:     -----Select State-----

Zip Code:

Telephone:

Email Address:*

Message:*

**Submit Details**

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.

http://www.ushomeauction.com/contact.php





**FOR AUCTION OR PROPERTY INFORMATION CALL** ▸ **TOLL-FREE 800-793-6107**
MON-FRI 6AM - 8PM PST
SAT-SUN 7AM - 6PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

**REGISTER TODAY!**
CLICK HERE

- ▸ AUCTION CALENDAR
- ▸ FREQUENTLY ASKED QUESTIONS
- ▸ HOW DOES THE AUCTION WORK?
- ▸ REGISTER HERE!
- ▸ COMPANY INFORMATION
- ▸ FINANCING INFORMATION
- ▸ BROKER COOPERATION
- ▸ CONTACT US
- ▸ HOME

**EMAIL NOTIFICATIONS**

Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

- ☐ Arizona
- ☐ California
- ☐ Colorado
- ☐ Connecticut
- ☐ DC
- ☐ Florida
- ☐ Georgia
- ☐ Illinois
- ☐ Maryland
- ☐ Massachusetts
- ☐ Michigan
- ☐ Minnesota
- ☐ Nevada
- ☐ New Hampshire
- ☐ New Jersey
- ☐ New Mexico
- ☐ New York
- ☐ Oregon
- ☐ Rhode Island
- ☐ Texas
- ☐ Virginia
- ☐ Washington

Enter Email To Subscribe   **GO**

**CLICK HERE TO REQUEST A BROCHURE**

**CLICK HERE TO JOIN THE POSTAL MAILING LIST**

## FREQUENTLY ASKED QUESTIONS

Q. Do I need any experience to bid at one of your auctions?
Q. Do I need to register to bid at the auction?
Q. What types of properties will be sold at this auction?
Q. Who owns the properties that are being offered at the auction?
Q. Because these properties were foreclosed on, are there any liens on the property?
Q. How will I get financing if I'm the winning bidder?
Q. What if I want to use my own lender?
Q. Should I go inspect the property prior to bidding at the auction?
Q. Can I purchase more than one property at this auction?
Q. When will I receive title to any property I may purchase?
Q. What if I change my mind? Can I cancel the transaction after the fact?
Q. How long will each auction last?
Q. What is the 5% Buyers Premium and what is it used for?

**■ Q. Do I need any experience to bid at one of your auctions?**

**Ans.** No....bidding is simple and FREE! As a first timer or an auction veteran, come to the auction, explore and ask questions. Our staff will be happy to assist you in any way we can. After a few items are sold, you will see for yourself how easy the process is and you will be ready to bid yourself. We also conduct a **"Bidder Seminar"** ½ hour prior to the start of the auction to help familiarize you with the method and pace of bidding that the auctioneer will utilize.

**■ Q. Do I need to register to bid at the auction?**

**Ans.** Yes! You can register online. It's easy! We suggest that your register at least 48 hours prior to the auction in order to receive all pertinent information relating to the event. And remember, it's **totally FREE!** And there is no obligation on your part! **Note:** You must register seperately for each auction listed in the auction calendar.

**■ Q. What types of properties will be sold at this auction?**

**Ans.** Residential units ranging from single family detached homes, to condo units and 1-4 multi-family residential units. The best part is we are offering very easy financing at today's low rates, AND you can pre-qualify easily online!

**■ Q. Who owns the properties that are being offered at the auction?**

**Ans.** These properties are all lender foreclosed residential properties that are being liquidated by several lenders. Be sure to register to take advantage of the fantastic bargains that will be realized by the auction bidders.

**■ Q. Because these properties were foreclosed on, are there any liens on the property?**

**Ans.** No! The sellers guarantee free and clear title on everything sold at auction. Also, you will receive a standard "Title Policy" as part of your transaction.

**■ Q. How will I get financing if I'm the winning bidder?**

**Ans.** We will be offering competitive financing terms **"On the Spot"**. Lender representatives will be available immediately after your winning bid to choose the financing option that's right for you! You can also "Pre-Qualify" here online by checking the pre-qualification box on the Bidder Registration Form. Remember, we offer very attractive financing at today's low rates and loans with no pre-payment penalties.

**■ Q. What if I want to use my own lender?**

**Ans.** You are free to use your own lender…**BUT**, if you choose to utilize a third-party lender (a lender other than those designated by the auctioneer) there is no contingency for financing and failure to gain approval within the specified escrow time-frame may result in liquidated damages. We encourage you to utilize the *Auctioneer Designated Lenders* due to their experience as large, national lending companies who specialize in helping everyone…..from the first-time buyer, to the sophisticated investor.

- **Q. Should I go inspect the property prior to bidding at the auction?**

  **Ans.** Yes, yes, yes! We feel that the only way for you to make an informed purchasing decision is to not only visit, view and inspect the property prior to the auction, but to also view all the related property information and disclosure documents. By registering and bidding at the auction, you are certifying and representing that you have not only *viewed* the property prior to bidding, but have *reviewed and accepted* all relevant property information and disclosures.

- **Q. Can I purchase more than one property at this auction?**

  **Ans.** Yes, however, if you are planning to purchase multiple properties you must register as a "Multiple Bidder" and do one of two things:
  1. Agree to be pre-qualified by the designated lender
  Or
  2. Show the ability to purchase the properties for cash (or put at least 15% - 30% down depending on your credit for each property) by means of current bank, CD, stock portfolio, or retirement account statement.

- **Q. When will I receive title to any property I may purchase?**

  **Ans.** You will receive fee-simple title vested as you designate at closing from the designated national title/escrow company. All closings will occur within 30 days or less.

- **Q. What if I change my mind? Can I cancel the transaction after the fact?**

  **Ans.** No! Once the auctioneer has said "**sold**" a legal binding contract has been established and can not be cancelled by either the buyer or the seller except for legal cause. There is no rescission or "cooling off period". That is it why it is so important and required for you to conduct all your due-diligence prior to auction day.

- **Q. How long will each auction last?**

  **Ans.** Generally, we are able to sell from 25 to 30 properties per hour, so things will be moving at a rapid, but manageable pace for our bidders. Each auction should take from 3 to 4 hours to allow our bidders to take advantage of all the fabulous Lender Foreclosure opportunities.

- **Q. What is the 5% Buyers Premium and what is it used for?**

  The 5% Buyers Premium is used to help the Auction Company/Broker promote the auction through multiple mass-media outlets such as Television, Radio and Direct Mail, without having to pass on all those costs to the Seller. It is a standard practice utilized by many major auction companies.

  **As an example:**

  You are the winning bidder on a property at $300,000. The buyers premium would be $15,000 (5% of the winning bid amount) thus making the final selling price $315,000

  **Remember:**

  *You will need to register for each auction event and bring a $5000 cashiers check made payable to yourself in order to bid at any of the auctions. In addition, if you are the winning bidder, you will need a personal or business check to make up the balance of your 5% total deposit on auction day, as well as a valid I.D. for all parties wishing to be a party to the transaction.*

  **Register Now!!**
  **Pre-Qualify Now!!**

  **We'll see you at the Auction!!**

Auction Calendar | FAQs | How Does The Auction Work | Register Here | Company Information | Financing Information | Broker Cooperation
Privacy Policy  | Contact Us  | SiteMap | Licenses and Disclosures

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.



**FOR FINANCING INFORMATION CALL ▸ 800-648-5799**
HOURS OF OPERATION: 6:00 AM - 6:00 PM PST MONDAY TO SUNDAY    T O L L    F R E E

For Auction or Property Information Call: 800-793-6107

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

**REGISTER TODAY!**
CLICK HERE

▶ AUCTION CALENDAR
▶ FREQUENTLY ASKED QUESTIONS
▶ HOW DOES THE AUCTION WORK?
▶ REGISTER HERE!
▶ COMPANY INFORMATION
▶ FINANCING INFORMATION
▶ BROKER COOPERATION
▶ CONTACT US
▶ HOME

**EMAIL NOTIFICATIONS**
Allow us to automatically notify you
of when and where the next
foreclosure auction is taking place.

Notify me when an auction is
taking place in:

☐ Arizona          ☐ Minnesota
☐ California       ☐ Nevada
☐ Colorado         ☐ New Hampshire
☐ Connecticut      ☐ New Jersey
☐ DC               ☐ New Mexico
☐ Florida          ☐ New York
☐ Georgia          ☐ Oregon
☐ Illinois         ☐ Rhode Island
☐ Maryland         ☐ Texas
☐ Massachusetts    ☐ Virginia
☐ Michigan         ☐ Washington

Enter Email To Subscribe    GO

**CLICK HERE TO REQUEST A BROCHURE**

**CLICK HERE TO JOIN THE POSTAL MAILING LIST**

# FINANCING INFORMATION

## Financing Available Through



As one of the nation's leading lenders, Countrywide® has been serving customers for nearly 40 years. Whether you are planning to purchase a new home or refinance your current home, Countrywide has helped millions of families achieve their dream of home ownership and we look forward to helping you. With a varied line-up of loan products and services, we have loans for many different borrowers.

Over the years, by focusing on a commitment to top-tier customer service and continually improving products and services, Countrywide has emerged as a diversified financial services leader.

One-stop shopping is a key benefit of doing business with Countrywide. Through our family of companies, qualified borrowers have access to title and homeowner's insurance, escrow and home appraisal services.

For questions relating to financing your real estate purchase at an REDC auction or to get prequalified[1], please call us at (800) 648-5799.

We look forward to serving you.

AWARDS & RECOGNITION

**America's No. 1 residential loan servicer**, *Inside Mortgage Finance*, 6/2007[2]
**Ranked #91 in the Fortune 500**, *Fortune*, 4/2007
**Ranked #321 in the Barron's 500**, *Barron's Magazine*, 5/2007
**Ranked #168 in the Forbes 2000**, *Forbes*, 4/2007

Mortgage Calculator

## Financing Information

- No cost or obligation
- Competitive Financing Options
- Various loan products to fit a range of buyers
- Onsite home loan specialists available for consultation

## Highlights of the Lending Program
A few highlights of the programs being offered by Countrywide for this auction include:

- No out of pocket closing cost option[3]
- Jumbo loans available (for well qualified borrowers)
- Fixed-rate, adjustable-rate and interest only loans (program restrictions apply, call for details)
- Competitive rates and loan programs for investors

## To Bid You Must Have

- Your $5,000 cashier's check and checkbook
- A photo identification issued by a government agency (driver's license, passport, etc.)
- A personal / business check to cover the balance of your 5% deposit.

NOTE: Not all properties will qualify for financing due to condition and some may only be available for cash purchase. Please see property details to identify to which properties this may apply.

1. Pre-qualification is neither pre-approval nor a commitment to lend; you must submit additional information, including a full application, to obtain a loan approval.

2. As ranked for the period 01/01/07-06/30/07 by *Inside Mortgage Finance* (June 30, 2007) ©2007
3. Affects pricing. Some up-front fees may apply that are credited back at funding. Borrowers who choose to pay lender fees and closing costs may qualify for a lower rate.

Countrywide Bank, FSB and Countrywide Home Loans, Inc. are Equal Housing Lenders. 2007 Countrywide Financial Corp. Trade/servicemarks are the property of Countrywide Financial Corporation and/or its subsidiaries. All rights reserved.

Countrywide Home Loans, Inc., 4500 Park Granada, Calabasas, CA 91302: Arizona Mortgage Banker License Number BK8805; Licensed by the Department of Corporations under the California Residential Mortgage Lending Act; Georgia Reg. #5929; Illinois Residential Mortgage Licensee (# 0139) by the Office of Banks and Real Estate, Mortgage Banking Division, 310 South Michigan Avenue, Suite 2130, Chicago, IL 60604, (312) 793-1409; Massachusetts Mortgage Lender and Mortgage Broker License No. MC 4830; Licensed by the New Hampshire Banking Department; Licensed by the N.J. Department of Banking and Insurance, (818) 313-6526; Licensed Mortgage Banker, NYS Banking Department; Registered with the Pennsylvania Banking Department; Rhode Island Licensed Lender.
Countrywide Bank, FSB, 1199 N. Fairfax St., Suite 500, Alexandria, VA 22314: Minnesota loans will be made by Countrywide Bank, FSB through its home loan financial centers. This is not an offer to enter into an interest rate lock-in agreement under Minnesota law.
Some products may not be available in all states. This is not a commitment to lend. Restrictions apply.

*This information will always be kept in the strictest confidence and will not be disclosed to third parties, except for Countrywide Home Loans, Inc. and/or its affiliates (collectively, Countrywide) for the purpose of having a Countrywide representative contact you and begin the process of prequalifying you for financing at the auction. By contacting Countrywide and/or allowing a Countrywide representative to contact you, via auction registration, you expressly agree and acknowledge the following: (a) You consent to Real Estate Disposition Corporation sharing the data included in this form with Countrywide; (b) You consent to Countrywide contacting you regarding your request for prequalification by telephone (including wireless devices and cell phones), email or direct mail, even if you have previously registered on a Do Not Call registry or have previously requested that Countrywide not contact your for solicitation purposes; and (c) You authorize Countrywide to provide Real Estate Disposition Corporation with your pre-qualification results and information prior to the registered auction event. In the event your bid is successfully accepted, you authorize Countrywide to provide Real Estate Disposition Corporation with updates on the status of your prequalification or loan request in connection with your purchase of the auctioned property. This may include without limitation, the following information: (1) whether or not you have applied for a mortgage loan; (2) whether or not a property appraisal has been ordered, scheduled or completed; (3) whether there are any conditions that must be satisfied prior to loan approval; (4) the date on which loan documents are available for your signature; (5) the estimated date the loan is expected to clear escrow, and (6) the date on which your loan is funded.

**Auction Calendar** | **FAQs** | **How Does The Auction Work** | **Register Here** | **Company Information** | **Financing Information** | **Broker Cooperation**
**Privacy Policy** | **Contact Us** | **SiteMap** | **Licenses and Disclosures**

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.



**FOR AUCTION OR
PROPERTY INFORMATION CALL**

TOLL FREE
**800-793-6107**
MON-FRI 8AM - 8PM PST
SAT-SUN 7AM - 8PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

**REGISTER TODAY!**
CLICK HERE

- AUCTION CALENDAR
- FREQUENTLY ASKED QUESTIONS
- HOW DOES THE AUCTION WORK?
- REGISTER HERE!
- COMPANY INFORMATION
- FINANCING INFORMATION
- BROKER COOPERATION
- CONTACT US
- HOME

**EMAIL NOTIFICATIONS**

Allow us to automatically notify you
of when and where the next
foreclosure auction is taking place.

Notify me when an auction is
taking place in:

☐ Arizona          ☐ Minnesota
☐ California       ☐ Nevada
☐ Colorado         ☐ New Hampshire
☐ Connecticut      ☐ New Jersey
☐ DC               ☐ New Mexico
☐ Florida          ☐ New York
☐ Georgia          ☐ Oregon
☐ Illinois         ☐ Rhode Island
☐ Maryland         ☐ Texas
☐ Massachusetts    ☐ Virginia
☐ Michigan         ☐ Washington

Enter Email To Subscribe  GO

**CLICK HERE TO REQUEST A BROCHURE**

**CLICK HERE TO JOIN THE POSTAL MAILING LIST**

# HOW DOES THE AUCTION WORK

REDC (www.USHomeAuction.com) makes purchasing real estate at auction an easy, un-intimidating process!

- **FIRST**, click on the calendar page to learn when and where the next REDC Lender Foreclosure Auction will be conducted.



- **REVIEW** the available properties. Each property will have a written description, pictures, maps and all relevant legal documentation and disclosures.

- **DECIDE** which properties meet your particular criteria and use our web-based mapping system to utilize the open house dates in the most efficient manner possible.

- **VISIT** all the properties you would consider bidding on. Make an informed buying decision. Go out and thoroughly inspect each property you are interested in as well as inspect the related legal and disclosure documents.

- **REGISTER** – Be sure to register for the auction! It's easy and it's free – simply click the tab at the end of this page. You can also pre-qualify for financing with no cost or obligation. Our lenders offer competitive, no-hassle financing options…all with NO POINTS, NO FEES, and NO PRE-PAYMENT PENALTIES. Click on the Pre-Qualifying box to learn more.



- **ATTEND** the Lender Foreclosure "EVENT" auction of your choice. Registration is FREE and admission is FREE. The only thing we require you to bring is a $5,000.00 cashier's check made payable to yourself, a method ( cash, or personal check) to put down the required 5% deposit and a valid I.D. for all parties top the transaction.

- **CHECK-IN** – When you check-in at the auction and show us (we will NOT take it) your $5,000.00 cashiers check you will be given your numbered auction bidder paddle. This will be our way of identifying you if you are the lucky winning bidder for a particular home.

- **GET STARTED** – The bidding is fast and exciting. ½ hour prior to the start of the auction, we will conduct a Bidding Seminar and Practice Auction, to give everyone an idea of just how the process works and the pace of the sale. We will also have many "assistant auctioneers" throughout the audience to assist you in bidding, for the duration of the auction.

- **BID** – When one of your desired properties comes up for auction, raise your paddle high to acknowledge your bid. As the bidding progresses, continue to bid up to your maximum amount. If you are the high bidder… CONGRATULATIONS!! You are the proud owner of that property! Remember: A 5% "Buyers Premium" will be added to all wining bid amounts to establish the final selling price. Example: Your winning bid = $200,000 a Buyers Premium of 5% of $200,000 ($10,000) is added to your winning bid which makes the Full Sales Price =$210,000……..It's that simple!

- **FINALIZE** – You will be escorted to the documentation area after signing the Winning Bidder Acknowledgement, which will show your winning bid amount as well as the specific property you purchased. All documentation and financing will be done at this point. You will then sign over your $5,000.00 cashiers check to be deposited into the Trust Account of a major national Title/Escrow company, as well as your personal check to equal 5% of the purchase price. Escrow will then be opened, financing type chosen, and you will be done.

  **Example**: Winning Bid= $300,000, plus $15,000 Buyers Premium (5% of the winning bid amount) = Final Selling Price of $315,000. Total down-payment due at signing = $15,750 (5% of $315,000) less your cashiers check of $5000 = $10,750 remaining to be paid by personal check.

**IT'S THAT EASY!**

**REMEMBER, if you plan to puchase a property at the auction, you must:**

- Have a $5,000 cashier's check (or cash equivalent) made payable to yourself.
- The available funds to write a personal check for the balance of the required 5% auction day deposit.
- Valid I.D. for all parties to the transaction.

We look forward to seeing you there. **Register TODAY!**

**Pre-Qualify TODAY!**

Auction Calendar | FAQs | How Does The Auction Work | Register Here | Company Information | Financing Information | Broker Cooperation
Privacy Policy | Contact Us | SiteMap | Licenses and Disclosures

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.

Case 2:08-cv-01331-SJO-E          Document 1          Filed 02/27/08          Page 66 of 143          Page ID
#:109



**FOR AUCTION OR PROPERTY INFORMATION CALL** ▶ **TOLL FREE 800-793-6107**
MON-FRI 6AM - 8PM PST
SAT-SUN 7AM - 6PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday to Sunday



**UPCOMING AUCTIONS**

**HUGE 7 DAY Northern California Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 02/02/08, 02/09/08 and 02/10/08.
*1000+ FORECLOSED HOMES MUST BE SOLD!!*

San Mateo and Surrounding Area Properties. Feb. 23rd.
San Mateo and Surrounding Area Properties. Feb. 24th.

**HUGE 4 DAY District of Columbia, Maryland and Virginia Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 2/23/08, 3/1/08 and 3/2/08.
*575+ FORECLOSED HOMES MUST BE SOLD!!*

Washington DC, Virginia, Maryland and Surrounding Area Properties. Mar. 8th.
Washington DC, Virginia, Maryland and Surrounding Area Properties. Mar. 9th.
Baltimore Area Properties. Mar. 10th.
Virginia Area Properties. Mar. 11th.

**HUGE 2 DAY Arizona Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 3/1/08, 3/8/08 and 3/9/08.
*375+ FORECLOSED HOMES MUST BE SOLD!!*
Phoenix Area Properties. Mar. 15th.
Phoenix and Surrounding Area Properties. Mar. 16th.

**HUGE 2 DAY Las Vegas Area Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 3/8/08, 3/15/08 and 3/16/08.
*280+ FORECLOSED HOMES MUST BE SOLD!*
Las Vegas and Surrounding Area Properties. Mar. 22nd.
Las Vegas and Surrounding Area Properties. Mar. 24th.

**HUGE 1 DAY Massachusetts and New Hampshire Area Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 3/15/08, 3/16/08 and 3/22/08.
*160+ FORECLOSED HOMES MUST BE SOLD!*
Massachusetts, New Hampshire and Surrounding Areas. Mar. 29th.

**HUGE 1 DAY New York and New Jersey Area Foreclosure Auction Event!**
All homes open for inspection from 10AM to 5PM on 3/15/08, 3/16/08 and 3/22/08.
*120+ FORECLOSED HOMES MUST BE SOLD!*
New York and New Jersey Area Properties. Mar. 31st.

**Event Details** — **Register**

Sidebar:
- REGISTER TODAY! CLICK HERE
- AUCTION CALENDAR
- FREQUENTLY ASKED QUESTIONS
- HOW DOES THE AUCTION WORK?
- REGISTER HERE!
- COMPANY INFORMATION
- FINANCING INFORMATION
- BROKER COOPERATION
- CONTACT US
- HOME

**EMAIL NOTIFICATIONS**
Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

☐ Arizona      ☐ Minnesota
☐ California   ☐ Nevada
☐ Colorado     ☐ New Hampshire
☐ Connecticut  ☐ New Jersey
☐ DC           ☐ New Mexico
☐ Florida      ☐ New York
☐ Georgia      ☐ Oregon
☐ Illinois     ☐ Rhode Island
☐ Maryland     ☐ Texas
☐ Massachusetts ☐ Virginia
☐ Michigan     ☐ Washington

Enter Email To Subscribe   GO

- CLICK HERE TO REQUEST A BROCHURE
- CLICK HERE TO JOIN THE POSTAL MAILING LIST

## WELCOME TO REDC!

Real Estate Disposition Company (**www.USHomeAuction.com**) has been one of the nations most prominent and successful auction marketing companies since 1990. Having sold in excess of ONE BILLION DOLLARS of real estate assets, our goal is to bring the most desirable lender foreclosed properties to market in the most efficient, easy and consumer friendly manner possible!

**THE AUCTION**
By bringing willing buyers and sellers together in a public "live auction" forum, each side of the transaction benefits from the much shorter marketing timeframe and economies of scale that a large Lender Foreclosure Auction makes possible.

**What does that mean for you?**
Right now, Lenders need to sell their foreclosures and FAST! Whether you're a first-time buyer or sophisticated investor, NOW is the time to take advantage of this great opportunity....Be sure to attend REDC's Lender Foreclosure Auction!!

**PRIME PROPERTIES, PRIME LOCATIONS and AUCTION PRICING!!**
This safe and easy process can be mastered by anyone. Don't delay. REGISTER NOW and take the first step toward your dream of property ownership.

▶ **Register now!**

**Auction Calendar** | **FAQs** | **How Does The Auction Work** | **Register Here** | **Company Information** | **Financing Information** | **Broker Cooperation**
**Privacy Policy** | **Contact Us** | **SiteMap** | **Licenses and Disclosures**

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.





FOR AUCTION OR
PROPERTY INFORMATION CALL
**TOLL FREE**
**800-793-6107**
MON-FRI 8AM - 8PM PST
SAT-SUN 7AM - 6PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

**REGISTER TODAY!**

CLICK HERE

- AUCTION CALENDAR
- FREQUENTLY ASKED QUESTIONS
- HOW DOES THE AUCTION WORK?
- REGISTER HERE!
- COMPANY INFORMATION
- FINANCING INFORMATION
- BROKER COOPERATION
- CONTACT US
- HOME

## EMAIL NOTIFICATIONS

Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

- Arizona
- California
- Colorado
- Connecticut
- DC
- Florida
- Georgia
- Illinois
- Maryland
- Massachusetts
- Michigan
- Minnesota
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- Oregon
- Rhode Island
- Texas
- Virginia
- Washington

Enter Email To Subscribe   GO

CLICK HERE TO
REQUEST A BROCHURE

CLICK HERE TO JOIN THE
POSTAL MAILING LIST

## POSTAL MAILING LIST

If you wish to be added to our postal mailing list, please fill in the form below and you will be sent information regarding news about our auctions right to your mailbox.
Fill out the following information (bold fields are mandatory) and click 'Submit'.

First Name:

Last Name:

Address:

City:

State: AL

Zip Code:

Email:

Phone:

Fax:

Choose Brochure:
- Arizona
- California
- Colorado
- Connecticut
- DC
- Florida
- Georgia
- Illinois
- Maryland
- Massachusetts
- Minnesota
- Michigan
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- Oregon
- Rhode Island
- Texas
- Virginia
- Washington

[ Submit ]   [ Reset ]

Auction Calendar | FAQs | How Does The Auction Work | Register Here | Company Information | Financing Information | Broker Cooperation
Privacy Policy | Contact Us | SiteMap | Licenses and Disclosures

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.



SINCE 1990 REDC REAL ESTATE DISPOSITION CORPORATION

FOR AUCTION OR PROPERTY INFORMATION CALL TOLL FREE 800-793-6107 MON-FRI 5AM - 8PM PST SAT-SUN 7AM - 6PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

REGISTER TODAY! CLICK HERE

EMAIL NOTIFICATIONS

Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

- [ ] Arizona
- [ ] Minnesota
- [ ] California
- [ ] Nevada
- [ ] Colorado
- [ ] New Hampshire
- [ ] Connecticut
- [ ] New Jersey
- [ ] DC
- [ ] New Mexico
- [ ] Florida
- [ ] New York
- [ ] Georgia
- [ ] Oregon
- [ ] Illinois
- [ ] Rhode Island
- [ ] Maryland
- [ ] Texas
- [ ] Massachusetts
- [ ] Virginia
- [ ] Michigan
- [ ] Washington

Enter Email To Subscribe GO

CLICK HERE TO REQUEST A BROCHURE

CLICK HERE TO JOIN THE POSTAL MAILING LIST

# PRIVACY POLICY

**Real Estate Disposition Corporation Internet Site Privacy Statement**
*Updated 4-16-07*

Real Estate Disposition Corporation has a strong commitment to providing the User information tailored to their individual wants and needs, while providing excellent service to all of our visitors/users, including respecting their concerns about privacy. We understand that visitors to this website may have questions about whether and how this website collects and uses information. We have prepared this statement ("Statement") to inform you of the privacy principles that govern this website.
This Statement contains numerous general and technical details about the steps we take to respect your privacy concerns.
If after reviewing this Statement, should you have any questions or privacy concerns please send an email to privacy@ushomeauction.com or send a letter to:

Real Estate Disposition Corporation
Privacy Department
1 Mauchly
Irvine, CA 92618

**Information Collection and Use**

**Collection**

Real Estate Disposition Corporation does not collect personally identifying information from your computer when you browse this website and request pages from our servers. This means that, unless you specifically and knowingly provide us with personally identifiable information, we will not know your name, your email address, or any other personally identifiable information. This information is collected through the completion of on-line forms, for example, entering your email address if you would like to receive our newsletters. We do collect aggregate information such as pages visited, which is necessary for us to be sure that our site functions correctly.

**Use**

Real Estate Disposition Corporation uses information for the following purposes: to fulfill requests for services, to market/promote the site, and to contact you.

We also use this information to better understand how visitors use our website and how we can enhance your experience, its contents and functionality to meet your needs and personal interests. We will also log the webpage visitors were on before visiting us, and to formulate statistical models. On occasion, we may make your information available to subsidiaries and affiliated companies that are part of the Real Estate Disposition Corporation family of companies. We may also make our postal mailing address lists available to other companies who we believe may have products and services of interest to you. If you would like to opt-out of receiving information us or these other sources please follow the "Opt-out" instructions below.

**Cookies**

This website uses "cookie" technology. "Cookies" are encrypted strings of text that a Web site stores on a user's computer. This website requires the use of a cookie to keep information you enter on multiple pages together. Some cookies are "session" cookies that expire when you close your browser. We also use "persistent" cookies to measure usage of various pages on our website and to help us make our information more pertinent to your needs and easy for you to access. These persistent cookies are Real Estate Disposition Corporation cookies and will remain on your computer unless deleted by you. We do not use cookies to ascertain any personally identifiable information about you apart from what you voluntarily provide us in your dealings with us. You may set your browser to block cookies (consult the instructions for your particular browser on how to do this); although doing so may adversely affect your ability to perform certain transactions, use certain functionality, and access certain content on our website.
**Law Enforcement**
If required by law, we may provide any and all information we have about you to law enforcement or other government agencies, pursuant to a subpoena, warrant, or other order by a court of competent jurisdiction. In all cases, we will require written documentation of the request, proof of the identity of the law enforcement official making the request, and we will take steps to authenticate the validity of the request. Any law enforcement or government agency request submitted with less than a court-issued order will be evaluated on a case-by-case basis according to the need and urgency, as well as the particular law enforcement agency making the request.
**Links**
Real Estate Disposition Corporation may contain links to other sites. Please be aware that we are not

responsible for the content or privacy practices of other sites to which we link. Users should also be aware that, when you voluntarily disclose personal information in public forums, such information may be collected by others and may result in receiving unsolicited messages. We strongly encourage you to be aware that when you leave our site you should read the privacy statements of each and every site that collects personally identifiable information.
Security

We treat the information you provide to us as confidential information; it is, accordingly, subject to our company's security procedures and policies regarding protection and use of confidential information. When we ask you for sensitive data, it is transferred over a Secured Sockets Layer (SSL) line, provided you are using a SSL enabled browser such as Microsoft Internet Explorer or Netscape Navigator. We also use SSL on other select pages where you would enter personally identifiable information. This ensures that your information is encrypted as it travels over the Internet. This secure mode is enabled before any such information is transmitted from your computer. You will know you are in secure mode when the padlock or key icon in the lower right-hand or left-hand corner of the computer screen appears in the locked position. In addition, when accessing a secure server, the first characters of the site address will change from "http" to "https."
After information reaches Real Estate Disposition Corporation, it is stored on a secure server that resides behind firewalls designed to block unauthorized access from outside of Real Estate Disposition Corporation. If you are interested in learning more about our security measures please contact us at the address above.

**Data Quality, Access, and Updating Personal Information**
Real Estate Disposition Corporation will take reasonable steps to ensure that the information and data is complete, accurate, and timely for the desired purposes. If your personally identifiable information changes (such as phone number), is inaccurate, or if you no longer desire the services, you should contact the Company to correct or update the information.

**Notice, Choice and Opt-out**
From time to time, Real Estate Disposition Corporation may send the subscribers e-mail, e-mail newsletters, or website news updates alerting you to new features, products, promotions, or services pertaining to the website. Users who no longer wish to receive materials from us may opt-out of receiving these communications by choosing a "do not contact" option or by contacting us at the address above. We will gladly comply with all requests for removal.
Opt Out Procedure: In compliance with the Can-Spam Act of 2003, on each email transmitted by Real Estate Disposition Corporation, there are instructions for opting out of receiving future emails. Such instructions may include, without limitation: (a) clicking a link on the email which sends a reply to the sender's server instructing the server of the sender's desire to opt out of future emails, or (b) instructions for mailing a written request to be removed from future emails. All requests to opt out of future emails will be respected.

**Real Estate Disposition Corporation Internet Privacy Statement Changes**
In the future, we may need to change the privacy statement for Real Estate Disposition Corporation. All changes will be made here so that you will always know what information we gather, how we might use that information and whether we will disclose it to anyone. This statement was last updated April 16, 2007.

If you need assistance with this site or with any service or information provided through it, or if you need to communicate with us, telephone us at 1-800-793-6107 or write to us at 1 Mauchly, Irvine, CA. 92618. You agree that we may record the conversations our employees have with you. We do this from time to time to monitor the quality of service and accuracy of information our employees give to you and to ensure that your instructions are followed. Customer service can help resolve problems but no employee of the Company is authorized to waive any provisions of our Company policies and procedures.

**Auction Calendar** | **FAQs** | **How Does The Auction Work** | **Register Here** | **Company Information** | **Financing Information** | **Broker Cooperation**
**Privacy Policy** | **Contact Us** | **SiteMap** | **Licenses and Disclosures**

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.





**FOR AUCTION OR PROPERTY INFORMATION CALL** ▸ TOLL FREE **800-793-6107**
MON-FRI 6AM - 8PM PST
SAT-SUN 7AM - 6PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday



SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

**REGISTER TODAY!** CLICK HERE

- AUCTION CALENDAR
- FREQUENTLY ASKED QUESTIONS
- HOW DOES THE AUCTION WORK?
- REGISTER HERE!
- COMPANY INFORMATION
- FINANCING INFORMATION
- BROKER COOPERATION
- CONTACT US
- HOME

**EMAIL NOTIFICATIONS**

Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

☐ Arizona   ☐ Minnesota
☐ California   ☐ Nevada
☐ Colorado   ☐ New Hampshire
☐ Connecticut   ☐ New Jersey
☐ DC   ☐ New Mexico
☐ Florida   ☐ New York
☐ Georgia   ☐ Oregon
☐ Illinois   ☐ Rhode Island
☐ Maryland   ☐ Texas
☐ Massachusetts   ☐ Virginia
☐ Michigan   ☐ Washington

Enter Email To Subscribe **GO**

**CLICK HERE TO REQUEST A BROCHURE**

**CLICK HERE TO JOIN THE POSTAL MAILING LIST**

## LICENSING

**Arizona**
Arizona Real Estate Broker License No. CO586378000
City of Phoenix Auctioneer License:
Mark Buleziuk – 5102240
Jeffrey Johnston – 5102241

**California**
California Real Estate Broker, License No. 01093886
REDC Auction Company Surety Bond – S903-3166
Mark Buleziuk Auctioneer Surety Bond – 0418863
Michael Carr Auctioneer Surety Bond – 0447257
Jeffrey Johnston Auctioneer Surety Bond - 183-71-27
Robert Aguilar Surety Bond #FS587-3910
Stacey Mauck Surety Bond #0447226
Jeff Frieden Surety Bond #0418864
Rob Friedman Surety Bond #0418865
Shane Ratliff Surety Bond #0447305

**Florida**
Florida Real Estate Broker, License No. CQ1029685
Mark Buleziuk Auctioneer Lic. AU3448
Michael Carr Auctioneer Lic. AU2913
Jeffrey Johnston Auctioneer Lic. AU3449
Stacey Mauck Auctioneer Lic. AU3447
Shane Ratliff Auctioneer Lic. AU3784

**Georgia**
Georgia Real Estate Broker, License No. 58649
Georgia Auctioneer License:
Mike Carr – AU002162
Mark Buleziuk – AUNR002999
Jeffrey Johnston – AUNR003000
Stacey Mauck – AU002671
Shane Ratliff – AUNR003015

**Illinois**
Illinois Real Estate Broker, License No. 078.0012986
Michael E. Carr City of Chicago Auctioneer License No. 1845772
Mark P. Buleziuk City of Chicago Auctioneer License No. 1717389

**Maryland**
Maryland Real Estate Broker Janice A. Zucco 5000013
Auctioneer License
Mark Buleziuk A000288
Jeffrey Johnston A000287
Robert Aguliar A000214
Stacey Mauck A000319

**Massachusetts**
Massachusetts Real Estate Broker License No. 7990
Michael E. Carr, Auction License No. 2888
Mark Buleziuk, Auction License No. 2788
Jeffrey Johnston, Auction License No. 2789
Stacey Mauck, Auction License No. 2790

**Minnesota**
Minnesota Real Estate Broker License No. 40040398
Mark Buleziuk Hennepin Auctioneer License #2707-079
Michael Carr Hennepin Auctioneer License #2707-080
Jeffrey P. Frieden Hennepin Auctioneer License #2707-082

**Nevada**
Nevada Real Estate Broker License No. 14392

**New Jersey**
New Jersey Real Estate Broker Norman O. Failla 8610111
Mark Buleziuk 0787053
Jeffrey Johnston 0788545

**New Mexico**

New Mexico Real Estate Broker License No. 17600

**New York**
Real Estate Broker License No. 32SC1170229
Mark Buleziuk , 41BU1172378

**Oregon**
Real Estate Broker License No. 200712109

**Washington**
National Recreational Properties of Washington LLC, RE Broker Lic. No. 8113

**Texas**
Texas Real Estate Broker License No. 0580708
Mark Buleziuk Auctioneer Lic. No. 16063
Michael E. Carr Auctioneer Lic. No. 16354
Jeffrey Johnston Auctioneer Lic. No. 16045
Stacey Mauck Auctioneer Lic. No. 16072
Shane Ratliff Auctioneer Lic. No. 12047

**Virginia**
Auctioneer License
Mark Buleziuk 2908000698
Michael Carr 2907003599
Jeffrey Johnston 2907003428
Stacey Mauck 2907003426

**Auction Calendar** | **FAQs** | **How Does The Auction Work** | **Register Here** | **Company Information** | **Financing Information** | **Broker Cooperation**
**Privacy Policy**  |  **Contact Us**  |  **SiteMap** | **Licenses and Disclosures**

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.



# SITE MAP

- Home
- Auction Calendar
- How Does Auction Works
- Financing Information
- Broker Cooperation
- Registration
- Auction Registration
- Company Information
- FAQs
- Contact Us
- Privacy Policy
- Terms & Conditions
- REDC Licensing
- Licenses and Disclosures
- XML
- ROR

Auction Calendar | FAQs | How Does The Auction Work | Register Here | Company Information | Financing Information | Broker Cooperation
Privacy Policy | Contact Us | SiteMap | Licenses and Disclosures

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.



FOR AUCTION OR
PROPERTY INFORMATION CALL

TOLL FREE
**800-793-6107**
MON-FRI 6AM - 8PM PST
SAT-SUN 7AM - 6PM PST

For Financing Information Call: 800-648-5799
Hours of Operation: 6:00 AM - 6:00 PM PST Monday To Sunday

SINGLE FAMILY HOMES • CONDOS • TOWNHOMES • RESIDENTIAL 1-4 UNITS

**REGISTER TODAY!**
CLICK HERE

- AUCTION CALENDAR
- FREQUENTLY ASKED QUESTIONS
- HOW DOES THE AUCTION WORK?
- REGISTER HERE!
- COMPANY INFORMATION
- FINANCING INFORMATION
- BROKER COOPERATION
- CONTACT US
- HOME

**EMAIL NOTIFICATIONS**

Allow us to automatically notify you of when and where the next foreclosure auction is taking place.

Notify me when an auction is taking place in:

- Arizona
- California
- Colorado
- Connecticut
- DC
- Florida
- Georgia
- Illinois
- Maryland
- Massachusetts
- Michigan
- Minnesota
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- Oregon
- Rhode Island
- Texas
- Virginia
- Washington

Enter Email To Subscribe  GO

CLICK HERE TO
REQUEST A BROCHURE

CLICK HERE TO JOIN THE
POSTAL MAILING LIST

# PURCHASE AGREEMENT

**Click here** to download purchase agreement.

# TERMS AND CONDITIONS

The Auction will be conducted by Real Estate Disposition Corporation ("Auctioneer"). Auctioneer, as used in these Terms and Conditions, shall include but not be limited to, any and all of its agents, employees, representatives, officers and directors. These Terms and Conditions generally describe the Auction of real properties (individually, a "Property" and collectively, the "Properties") owned by the various selling entities ("Seller"). The Sellers of the Properties listed herein have instructed Auctioneer to auction the listed Properties on the Terms and Conditions set forth below. Prospective purchasers who register in accordance with the instructions below will be deemed "Bidders" at the Auction. And winning Bidders (each a "Winning Bidder") will be required to execute a Purchase Agreement (the "Purchase Agreement"), which Purchase Agreement will incorporate many of these Terms and Conditions.

These Terms and Conditions are organized into the following sections:

1. Registration
2. Due Diligence
3. Bidding and Buying at the Auction
4. Financing Your Purchase
5. Broker Participation
6. General Auction Information
7. Key Things to Remember

**1.  REGISTRATION**

Registration is required in order to bid at the Auction; however there is no fee to register. In order to register for the Auction, please go to **www.USHomeAuction.com** and fill out the on-line Registration Form. You may also fax or mail your Registration Form to the address or fax number provided therein. Your Registration Form should be received no later than two (2) business days prior to Auction day. If so received, we will endeavor to update you with any pertinent information. Prospective purchasers who register on Auction day will be required to complete the Registration Form at that time. We highly recommend registering well in advance of Auction day to enhance your chances of being notified of any pertinent changes that may take place prior to Auction day. Upon arriving at the Auction, you will be required to confirm your registration subject to meeting the minimum requirements set forth herein, including, but not limited to, verification that you have in your possession Cash or a Cashier's Check (made payable to you) of no less than Five Thousand Dollars ($5,000) for each Property you intend to purchase. Upon confirmation of your registration, you will be given a bidder card with which to bid at the Auction.

**2.  DUE DILIGENCE**

Inspection. Each Property is scheduled to have three (3) open houses (except for occupied Properties, which are indicated in red – see below for occupied Property inspection details). All Bidders (whether pre-registered or registering on Auction day) must fully complete their Property due diligence prior to the Auction. Winning Bidders shall represent, covenant, and warrant that they are purchasing the Property relying solely on their independent inspection of the Property in its existing condition. Neither Sellers nor Auctioneer shall be liable for any allowance, adjustment or revision based upon the failure of the Property, appliances, or floor plans to conform to any specific standards. Any information provided by Sellers or Auctioneer regarding sizes, floor plans, square footage and/or bedrooms/bathrooms for the Properties are approximations only and are based on information available. Actual sizes, floor plans, square footage and/or bedroom/bathrooms may vary. In addition, the information provided in connection with the term "Previously valued to" refers to the higher of (a) the appraised value of the Property in connection with the most recent mortgage on the Property, (b) the most recent asking price, (c) the assessed value or (d) the most recent broker price opinion.

YOU SHOULD PERSONALLY INSPECT ALL PROPERTIES YOU ARE INTERESTED IN PURCHASING.  EACH PROSPECTIVE PURCHASER ASSUMES ALL RISKS ASSOCIATED WITH ANY SUCH INSPECTION.  YOUR INSPECTION SHOULD INCLUDE A THOROUGH PHYSICAL INSPECTION OF THE PROPERTY AND OF THE DOCUMENTS WHICH HAVE BEEN MADE AVAILABLE ON-LINE AT THE AUCTION WEBSITE (WWW.USHOMEAUCTION.COM), AT THE PROPERTY SITE ON THE OPEN HOUSE DATES AND/OR AT THE AUCTION.  EACH PROPERTY IS BEING SOLD "AS IS, WHERE IS, AND WITH ALL FAULTS", WITH NO GUARANTEE OR WARRANTY WHATSOEVER, AND IN ACCORDANCE WITH THE CONDITIONS HEREINAFTER DESCRIBED AND

AS FURTHER DESCRIBED IN THE PURCHASE AGREEMENT (SEE BELOW FOR MORE DETAILS). IT IS THE RESPONSIBILITY OF ALL BIDDERS TO INSPECT EACH PROPERTY(IES) THEY DESIRE TO BID UPON PRIOR TO THE AUCTION AND TO SATISFY THEMSELVES AS TO ITS PHYSICAL CONDITION.  YOU MAY WISH TO CONSULT WITH A LICENSED REAL ESTATE BROKER OR CONTRACTOR IN CONNECTION WITH ANY PROSPECTIVE BID.  ALL SALES ARE SUBJECT TO THE TERMS AND CONDITIONS CONTAINED IN THE PURCHASE AGREEMENT.  NO SALE WILL BE CONTINGENT UPON INSPECTION OF THE PROPERTY AFTER THE AUCTION UNLESS OTHERWISE SPECIFICALLY PERMITTED UNDER THE PURCHASE AGREEMENT.  PLEASE BID ACCORDINGLY.

Occupied Properties.  Some of the Properties being offered in the Auction may be occupied and unavailable for inspection. Please do not disturb the current tenants.  As with all other Properties, occupied Properties will be offered at Auction and will be sold on an "AS-IS, WHERE IS, AND WITH ALL FAULTS" basis (see below for more details).  The only contingency for the sale of these Properties shall be a seven (7) calendar day inspection period which shall begin upon the receipt by Winning Bidder of a "Notification to the Buyer of Vacancy."  Winning Bidder will then have seven (7) calendar days to do a physical inspection of the premises and approve or decline said transaction.  If Winning Bidder chooses to cancel the purchase as a result of such inspection, Winning Bidder must provide written notice to Auctioneer (address correspondence to: Real Estate Disposition Corporation, One Mauchly, Irvine, CA 92618) within three (3) business days following the seven (7) calendar day inspection period.  Notice shall be deemed given when sent.  After delivering such notice of cancellation, Winning Bidder's only remedy shall be the return of all funds deposited and neither Winning Bidder nor Seller shall have any further obligation to one another.  Failure to inspect the Property and/or provide notice of cancellation within the required timeframe shall be deemed an approval of the sale for these purposes and a waiver of any right to cancel based on such inspection.

Inspection Indemnity.  In connection with any due diligence, inspection, visit and/or investigation of the Property by prospective purchasers, Bidders and/or Winning Bidders or any person/entity on their behalf (the "Inspectors"), the Inspectors shall (1) keep the Property free and clear of liens, (2) repair all damage arising from such inspection, and (3) indemnify, defend and hold Seller and Auctioneer harmless from all liability, claims, demands, damages and/or costs directly or indirectly arising therefrom.  Inspectors shall carry, or require anyone acting on Inspector's behalf to carry, policies of liability, workers' compensation and other applicable insurance, defending and protecting Seller and Auctioneer from liability for any injuries to persons or property occurring during any inspection prior to close of the transaction.

Documents.  Prospective purchasers are advised to visit the Auction website at www.USHomeAuction.com in order to thoroughly review (a) the Purchase Agreement, (b) all disclosure documentation (if any) and (c) other pertinent information (if any).  Such documents ("Property Information Packages") may also be available at the Properties during the open houses, and shall be available at the Auction locations on the date of the Auction.

Exclusion/Disclaimer of Warranty.  Neither Seller nor Auctioneer makes any representations or warranties as to the accuracy or completeness of any information contained on-line at the Auction website, in the Auction brochure or in the Property Information Packages available at the Property and/or the Auction.

Upon registering as a Bidder and bidding at the Auction, each Bidder shall be deemed to represent, warrant and agree that with respect to each Property it bids upon (a) such Bidder has examined the Property and is familiar with the physical condition thereof and has conducted such investigation of the Property as the Bidder has considered appropriate, (b) neither Auctioneer nor Seller, nor any affiliate, agent, officer, employee or representative of either of them has made any verbal or written representations, warranties, promises or guarantees whatsoever to the Bidder, expressed or implied, and in particular, that no such representations, warranties, guarantees, or promises have been made with respect to the physical condition, operation, or any other matter or thing affecting or related to the Property and/or the offering or sale of the Property, (c) Bidder has not relied upon any representations, warranties, guarantees or promises or upon any statements made or any information provided concerning the Property, including but not limited to on-line at the Auction website, in the Auction brochure or in the Property Information Packages provided or made available by Auctioneer, or by Seller, or their respective agents, employees or representatives, and (d) Bidder has determined to make its bid after having made and relied solely on its own independent investigation, inspection, analysis, appraisal and evaluation of the Property and the facts and circumstances related thereto.

Upon registering as a Bidder and bidding at the Auction, each Bidder shall also be deemed to represent, warrant and agree that (x) any information provided or to be provided by or on behalf of the Sellers with respect to the Properties including, without limitation, all information contained on-line at the Auction website, in the Auction brochure and in the Property Information Packages being made available to Bidder by Sellers and Auctioneer, was obtained from a variety of sources and that Sellers and Auctioneer have not made any independent investigation or verification of such information, and make no representations as to the accuracy or completeness of such information, (y) without limiting the generality of the foregoing, neither Auctioneer nor Sellers shall be under any obligation to disclose to any Bidder, and shall have no liability for its failure to disclose to any Bidder, any information known to them relating to any Property except as may be required by law, and (z) Sellers and Auctioneer are not liable or bound in any manner by any oral or written statements, representations or information pertaining to the Properties, or the operation thereof, furnished by any real estate broker, agent, employee, servant or other person.

"AS IS, WHERE IS AND WITH ALL FAULTS".  ALL OF THE PROPERTIES WILL BE SOLD BY SELLER AND AUCTIONEER "AS IS, WHERE IS AND WITH ALL FAULTS" AS MORE PARTICULARLY DESCRIBED IN THE PURCHASE AGREEMENT.  WITHOUT LIMITING ANY OTHER PROVISION OF THESE TERMS AND CONDITIONS OR THE PURCHASE AGREEMENT, ALL PROSPECTIVE

PURCHASERS/BIDDERS ACKNOWLEDGE AND AGREE THAT THEY ARE BIDDING FOR AND, IF THE WINNING BIDDER, ACQUIRING THE PROPERTY IN ITS PRESENT STATE AND CONDITION AS OF AUCTION DAY, WITH ALL DEFECTS, BOTH PATENT AND LATENT, AND WITH ALL FAULTS OF THE PROPERTY WHETHER KNOWN OR UNKNOWN, PRESENTLY EXISTING OR THAT MAY HEREAFTER ARISE.  ALL PROSPECTIVE PURCHASERS/BIDDERS ACKNOWLEDGE AND AGREE THAT SELLERS AND AUCTIONEER HAVE NOT MADE, DO NOT MAKE AND SPECIFICALLY NEGATE AND DISCLAIM ANY REPRESENTATIONS, WARRANTIES, PROMISES, COVENANTS, AGREEMENTS OR GUARANTIES OF ANY KIND OR CHARACTER WHATSOEVER,  WHETHER EXPRESS OR IMPLIED, ORAL OR WRITTEN, PAST, PRESENT OR FUTURE, OF, AS TO, CONCERNING OR WITH RESPECT TO THE PROPERTY, INCLUDING WITHOUT LIMITATION:  (A) THE VALUE, NATURE, QUALITY OR CONDITION OF THE PROPERTY, INCLUDING, WITHOUT LIMITATION, THE WATER, SOIL AND GEOLOGY; (B) THE INCOME TO BE DERIVED FROM THE PROPERTY; (C) THE SUITABILITY OF THE PROPERTY FOR ANY AND ALL PURPOSES, ACTIVITIES AND USES WHICH BIDDER MAY CONDUCT THEREON; (D) THE COMPLIANCE OF OR BY THE PROPERTY OR ITS OPERATION WITH ANY LAWS, RULES, ORDINANCES OR REGULATIONS OF ANY APPLICABLE GOVERNMENTAL AUTHORITY OR BODY; (E) THE HABITABILITY, MERCHANTABILITY, MARKETABILITY, PROFITABILITY OR FITNESS FOR A PARTICULAR PURPOSE OF THE PROPERTY; (F) THE MANNER OR QUALITY OF THE CONSTRUCTION OR MATERIALS, IF ANY, INCORPORATED INTO THE PROPERTY; (G) THE MANNER, QUALITY, STATE OF REPAIR OR LACK OF REPAIR OF THE PROPERTY; (H) THE EXISTENCE OF ANY VIEW FROM THE PROPERTY OR THAT ANY EXISTING VIEW WILL NOT BE OBSTRUCTED IN THE FUTURE; (I) ANY OTHER MATTER WITH RESPECT TO THE PROPERTY, (J) THE STRUCTURAL INTEGRITY OF ANY IMPROVEMENTS ON THE PROPERTY, (K) THE CONFORMITY OF THE IMPROVEMENTS TO ANY PLANS OR SPECIFICATIONS FOR THE PROPERTY THAT MAY BE PROVIDED TO BIDDER, (L) THE CONFORMITY OF THE PROPERTY TO APPLICABLE ZONING OR BUILDING CODE REQUIREMENTS, (M) THE EXISTENCE OF SOIL INSTABILITY, PAST SOIL REPAIRS, SUSCEPTIBILITY TO LANDSLIDES, SUFFICIENCY OF UNDER-SHORING, SUFFICIENCY OF DRAINAGE, OR ANY OTHER MATTER AFFECTING THE STABILITY OR INTEGRITY OF THE LAND OR ANY BUILDINGS OR IMPROVEMENTS SITUATED THEREON, OR (N) WHETHER THE PROPERTY IS LOCATED IN A SPECIAL STUDIES ZONE UNDER THE PUBLIC RESOURCES CODE OR A SEISMIC HAZARDS ZONE OR A STATE FIRE RESPONSIBILITY AREA, OR A SPECIAL FLOOD HAZARD ZONE.  BIDDER ACKNOWLEDGES THAT THE PROPERTY MAY NOT BE IN COMPLIANCE WITH APPLICABLE ZONING, BUILDING, HEALTH OR OTHER LAW OR CODES, AND NEITHER SELLER, AUCTIONEER NOR ANY OF THEIR RESPECTIVE REPRESENTATIVES OR AGENTS HAS OCCUPIED THE PROPERTY AND THAT THE PROPERTY MAY NOT BE IN HABITABLE CONDITION.  ALL PROSPECTIVE PURCHASERS/BIDDERS FURTHER ACKNOWLEDGE AND AGREE THAT, WITHOUT LIMITATION, SELLER AND AUCTIONEER HAVE NOT MADE, DO NOT MAKE, AND SPECIFICALLY DISCLAIM ANY REPRESENTATIONS REGARDING COMPLIANCE WITH THE AMERICANS WITH DISABILITIES ACT OR WITH ANY ENVIRONMENTAL PROTECTION, POLLUTION OR LAND USE LAWS, RULES, REGULATIONS, ORDERS OR REQUIREMENTS, AS DEFINED BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY REGULATIONS OR THE DISPOSAL OR EXISTENCE, IN OR ON THE PROPERTIES, OF ANY HAZARDOUS SUBSTANCE, AS DEFINED BY THE COMPREHENSIVE ENVIRONMENTAL RESPONSE COMPENSATION AND LIABILITY ACT OF 1980, AS AMENDED, AND REGULATIONS PROMULGATED THEREUNDER.  EACH PROSPECTIVE PURCHASER/BIDDER AND ANYONE CLAIMING BY, THROUGH OR UNDER THE SAME HEREBY FULLY AND IRREVOCABLY RELEASES SELLERS AND AUCTIONEER, THEIR RESPECTIVE EMPLOYEES, OFFICERS, DIRECTORS, REPRESENTATIVES, ATTORNEYS AND AGENTS FROM ANY AND ALL CLAIMS THAT HE/SHE/IT OR THEY MAY NOW HAVE OR HEREAFTER ACQUIRE AGAINST SELLERS AND AUCTIONEER, THEIR RESPECTIVE EMPLOYEES, OFFICERS, DIRECTORS, REPRESENTATIVES, ATTORNEYS AND AGENTS FOR ANY COST, LOSS, LIABILITY, DAMAGE, EXPENSE, DEMAND, ACTION OR CAUSE OF ACTION ARISING FROM OR RELATING TO ANY CONSTRUCTION DEFECTS, ERRORS, OMISSIONS OR OTHER CONDITIONS, INCLUDING ENVIRONMENTAL MATTERS, AFFECTING THE PROPERTIES, OR ANY PORTION THEREOF.  THIS RELEASE INCLUDES CLAIMS OF WHICH PROSPECTIVE PURCHASER/BIDDER IS PRESENTLY UNAWARE OR DOES NOT PRESENTLY SUSPECT TO EXIST IN HIS/HER/ITS FAVOR WHICH, IF KNOWN BY PROSPECTIVE PURCHASER/BIDDER, WOULD MATERIALLY AFFECT PROSPECTIVE PURCHASER'S/BIDDER'S RELEASE OF SELLERS AND AUCTIONEER.  EACH PROSPECTIVE PURCHASER/BIDDER SHOULD CONSIDER THESE MATTERS WHEN REGISTERING AS A BIDDER AND PLACING BIDS.

Property Conveyance.  All Properties are to be conveyed as fee simple title, with title insurance by standard title policies (as applicable), subject to current taxes, rights-of-way, assessments, easements and other conditions of record, and any exceptions written in the Preliminary Title Report and other standard title exclusions.

## 3.  BIDDING AND BUYING AT THE AUCTION

Reserve Price.  All Properties have a Reserve Price, meaning the Seller of each Property has established an unpublished, minimum selling price.  The starting bid is not the Reserve Price.  In order to become the Winning Bidder for a Property, a Bidder must meet or exceed the Reserve Price and have the highest bid.  The Auctioneer may open bidding on any Property by placing a bid on behalf of the Seller.  The Auctioneer may further bid on behalf of the Seller, up to the amount of the Reserve Price, by placing successive or consecutive bids for a Property, or by placing bids in response to other bidders.  If no bidders meet the Reserve Price, the Seller is under no obligation to sell the Property.  The Seller may withdraw a Property at any time prior to the announcement of the completion of the sale by the Auctioneer.  Auctioneer is not acting as an agent for any Bidder in any capacity, and is acting exclusively as the Seller's agent.

Buyer's Premium.  The total purchase price will include a buyer's premium equal to five percent (5%) of the winning bid price.  Therefore, the actual total purchase price on the Auction day (and at the closing) is equal to the winning bid price plus five percent (5%) (the "Total Purchase Price").  The Total Purchase

Price does not include other amounts payable by the Buyer during closing, such as escrow/closing fees, property taxes, insurance, etc.  The buyer's premium is the fee the Auctioneer charges the bidders to bring the Property to auction and it helps pay for the auction marketing costs and other general auction expenses.

Bidding and Winning.  The bidder card given to you at the outset of the Auction upon qualifying as a Bidder shall be used by you during the Auction to bid on Properties.  To purchase a particular Property at the Auction, one must be acknowledged by the Auctioneer as the Winning Bidder (the bidder to whom the Auctioneer acknowledges the Property as being "SOLD" to).  Winning Bidder shall immediately thereafter sign the Winning Bidder Confirmation Form and will be escorted to the contract writing area.  If a Winning Bidder refuses to execute the Winning Bidder Confirmation Form and/or enter the contract writing area within ten (10) minutes of Auctioneer's acknowledgment of the winning bid, then Auctioneer or Seller can declare the Winning Bidder to be in default.  In such event, the Winning Bidder's bid shall be null and void and Auctioneer and Seller shall have absolutely no further liability or obligation to that Bidder.  Furthermore, Auctioneer reserves the right to immediately put the Property back up for sale at the Auction.  Once in the contract writing area, Winning Bidder will be presented with, and have an opportunity to review, the Purchase Agreement and applicable closing documents.  The Purchase Agreement will contain the exact terms and conditions of the sale.  Additionally, Winning Bidder must agree to be bound by all terms, provisions and conditions of the Purchase Agreement and the related conveyance and loan documents, if any, for each particular Property.  As between Winning Bidder and Seller, the Purchase Agreement supersedes any and all other documents or information (including without limitation these Terms and Conditions) and serves as the governing document for the sale of each Property.

Subject to Confirmation.  In some instances, a Winning Bidder's bid may not exceed the Reserve Price established by the Seller.  Seller may still choose to accept such bid "subject to confirmation."  Winning Bidder acknowledges and agrees that Winning Bidder's purchase is subject to, and contingent upon, the REO management of Seller approving the purchase, which shall be given or denied at their sole and absolute discretion within seven (7) days following execution of the Purchase Agreement.  Winning Bidder will receive a refund of monies deposited in the event Seller chooses to cancel the transaction.

Payment of Deposit and Remaining Balance.  Upon executing the Purchase Agreement, as its initial Earnest Money Deposit, Winning Bidder shall be required to pay (a) five percent (5%) of the Total Purchase Price on any first Property purchase and (b) fifteen percent (15%) of the Total Purchase Price for any purchase beyond the first Property purchase.  In no event shall the Earnest Money Deposit be less than Five Thousand Dollars ($5,000) and the first Five Thousand Dollars ($5,000) of the Earnest Money Deposit must be paid by Cash or a Cashier's Check (made payable to you).  Winning Bidders must have in their possession Cash or a Cashier's Check (made payable to you), in the amount of Five Thousand Dollars ($5,000.00) for each Property they intend to purchase (i.e., multiple buyers require multiple Cashier's Checks).  Any Earnest Money Deposit owed above the initial Five Thousand Dollars ($5,000) may be paid by cash, personal check or corporate check.  All monies will be immediately deposited with an escrow agent or closing attorney at the Auction.  The balance of the Total Purchase Price, along with all other costs and/or fees, must be paid as required in the Purchase Agreement.

Closing.  All sales shall close with the designated escrow company or closing attorney no later than twenty-one (21) days after the date of the Auction unless extended (see Extensions below) and/or unless otherwise specifically designated in the description of an individual Property (i.e., for occupied Properties).  Actual scheduled closing dates will be set by the escrow company or closing attorney, but shall be no later than twenty-one (21) days after the date of the Auction.  Winning Bidders shall be required to pay customary and normalclosing costs, including, but not limited to, closing/escrow fees, recording fees, normal pro-rations, lender's title insurance premium and fees, loan fees, document preparation fees, all documentary transfer taxes customarily imposed on buyers, and Homeowner's Association fees, if applicable.

Cancellation/Liquidated Damages.  If Winning Bidder fails to comply with any of the foregoing, or subsequently defaults under the Purchase Agreement, the sale may be canceled by the Seller and the Buyer shall be required to pay damages as set forth in the Purchase Agreement.

Extensions.  In certain cases, the Auctioneer and Seller may grant a ten (10) day extension of the closing date for a non-refundable extension fee of Five Thousand Dollars ($5,000).  This fee **WILL NOT** be credited towards the Total Purchase Price.  Requests for extensions must be made at least five (5) days prior to the scheduled closing date.  All extension requests are evaluated by the Auctioneer and Seller on a case-by-case basis and may be granted or denied in their sole and absolute discretion.

Vesting.  Winning Bidders taking title in the name of an entity (not an individual person) must provide, at the time of purchase at the Auction, certain entity formation documents (this is not an all-inclusive list and escrow/title agent or closing attorney may require additional documentation prior to closing).

       1.     For Corporations provide:
             a. Articles of Incorporation;
             b. By-laws; and
             c. Resolution authorizing the Corporation and party signing the Purchase Agreement to act on behalf of Corporation in this transaction.

       2.     For Limited Liability Companies ("LLC") provide:
             a. Articles of Organization;
             b. Operating Agreement; and
             c. Resolution authorizing the LLC and party signing Purchase Agreement to act on behalf of LLC in this transaction.

3.    For Trusts, provide Declaration of Trust and evidence that party signing contract is Trustee of the Trust.

4.    For Partnerships, provide Partnership Agreement/evidence of authority of party signing contract to do so.

## 4.  FINANCING YOUR PURCHASE

Financing will be made available at the Auction, subject to credit approval, satisfaction of the lender's requirements and execution of all documentation acceptable to Seller and the lender.  Auctioneer's designated lender may not provide financing on all Properties due to a particular Property's physical condition.  Potential financing information will be made available on-line or by calling Auctioneer's designated lenders at 1-888-305-9706.  We highly recommend that you pre-qualify to expedite the closing process.  Winning Bidders who apply, but do not qualify, for financing through Auctioneer's designated lender will receive a refund of their Earnest Money Deposit and the sale will be immediately cancelled and Seller will have no further obligation to Winning Bidder.  All loans financed by Auctioneer's designated lenders shall be secured by a first priority deed of trust on the Property financed.  Other loan fees may apply.  Availability of loan programs on selected Properties may be limited and may require a greater downpayment.  We encourage you to contact the Auctioneer's designated lenders at 1-888-305-9706 for pre-qualification procedures and/or current rates or fees.

If a Winning Bidder desires to use third-party financing (financing other than through designated lenders), then the sale will not be contingent upon financing, nor will the closing be extended for that purpose.  Winning Bidders choosing to use third-party financing must present at the Auction a written, unconditional lending commitment from their lender of choice, in the minimum of the full amount they intend to finance.  Winning Bidders who do not wish to apply for financing through Auctioneer's designated lenders, must still fill out an authorization with such designated lender to confirm the credit status of such Winning Bidder.  All Winning Bidders are deemed to irrevocably consent to and authorize the Auctioneer's lender and their agents and/or any third party to the purchase transaction, to obtain any type of credit report of Buyer's history at the Auction or at any time prior to the closing of the transaction.

Winning Bidders intending to use cash to complete their purchase must provide Seller, on the Auction day, with proof of sufficient funds to cover the entire transaction (i.e. bank statement and/or investment statement for stocks/bonds).

## 5.  BROKER PARTICIPATION

We invite broker participation.  A one percent (1%) commission, based on the winning bid price, will be paid by Auctioneer to brokers who have duly registered as a "Registered Broker" on-line at www.USHomeAuction.com prior to the Auction day, and whose client(s) successfully purchase the Property and close the transaction.  To qualify for a commission and become a Registered Broker, you must:

1.    Fully complete the Broker Participation Form on-line at www.USHomeAuction.com and bring a copy of it (printed from the website) to the Auction along with a copy of your valid real estate license, and present same to the broker registration manager;

2.    Inspect each Property with your client;

3.    Identify yourself, remain with your client, and execute all necessary documentation during the post-Auction process; and

4.    Be present at the Auction (or have your agent present) with your client.  Registered Broker and/or its agent must accompany and remain with their client throughout the entire bidding and purchase process.  Participating brokers are required to sign the purchase documentation.  Any Registered Broker who fails to sign the purchase documentation at the Auction shall not be entitled to any commission.  A complete file of all Registered Brokers and their prospects will be available at the post-Auction processing area.  Commissions will be paid upon closing.  No commission on any Property will be paid to a Registered Broker acting as a principal in the purchase of any Property.  There are no exceptions to the above broker participation rules.

## 6.  GENERAL AUCTION INFORMATION

Sellers and Auctioneer reserve the right to deny any person admittance to or expel anyone from the Auction site for interference with the Auction activities, nuisance, canvassing, solicitation, or any other reason.  Seller and Auctioneer have the right to postpone or cancel the Auction, to withdraw any Property from the Auction and to change any terms of the Auction or particular conditions of sale upon announcement prior to or during the course of the Auction.

Announcements made by the Auctioneer or its announcer at the Auction shall supersede and take precedence over all prior oral or written terms and conditions – including these Terms and Conditions.  The Auctioneer may postpone or cancel the Auction, rearrange the order or sequence of the Auction,

modify the Auction Terms and Conditions, reject any or all bids and/or advance the bidding.  In the event of a dispute among Bidders, the Auctioneer shall make the sole and final decision to either accept the final bid or to re-offer and resell the Property in dispute.

Each attendee of the Auction shall be deemed to have consented to the issuance of press releases and other public communications by Seller, Auctioneer or their agents regarding the Auction and the Properties offered or sold at the Auction.

The respective rights and obligations of the parties with respect to these Auction Terms and Conditions and the conduct of the Auction shall be governed by, interpreted and enforced under the laws of the state in which the auction is held.  By bidding at the Auction, whether present, in person or by agent, each Bidder shall be deemed to have irrevocably (a) submitted to the courts of competent jurisdiction in the county and state in which the auction is held (including the federal courts) in connection with any suit, proceeding or other legal process relating to the Auction and/or the offering or sale of any Property ("Action"), (b) agreed that any Action may be heard in any such court, (c) waived the defense of any inconvenient forum to the maintenance of any Action in any such court, and (d) agreed to be subject to suit, service and legal process of such court in connection with any Action.  Upon execution of the Purchase Agreement, all rights and remedies with respect to the Property covered by such Purchase Agreement shall be governed by such Purchase Agreement.

Offers made at the Auction are void where prohibited by law.  Any information on any website, in any brochure, e-mail or postcard and any and all information available regarding the Properties shall not constitute an offer to sell or a solicitation of any offer to buy any of the Properties referenced herein.  In addition, and without limitation of the foregoing, any website or brochure shall not constitute an offer to sell or a solicitation of any offer to buy nor shall there be any sales of any of the Properties in any state in which such offer, solicitation, or sale would be unlawful prior to the registration or qualification under the applicable security laws of that state.

For purposes of compliance with The Foreign Investment in Real Property Tax Act, Seller represents that Seller is not a non-resident alien, foreign corporation, foreign partnership, foreign trust or foreign estate and agrees to execute an affidavit to this effect at the time of closing.

**7.  KEY THINGS TO REMEMBER**

In order to make the Auction the best possible for all attendees and Bidders, please remember the following:

1. Be registered to bid – and Register early at www.USHomeAuction.com.
2. Do your research prior to the Auction.  Visit the Properties and review all document available pertaining to each Property during the open houses.
3. Bring necessary down payment funds – Cash or a Cashiers Check (made payable to you) in the amount of Five Thousand Dollars ($5,000) for each Property you wish to buy - as well as any pre-approved financing documents.
4. Bring your checkbook for covering the remainder of any Earnest Money Deposit.
5. Bring a valid form of identification for all parties to the transaction, which must be a picture ID issued by a government agency (i.e., driver's license) and all necessary corporate, LLC, trust or partnership documents (if applicable).
6. All parties who wish to participate in the transaction must be in attendance.

*Register Early……See you at the Auction!!*

Auction Calendar | FAQs | How Does The Auction Work | Register Here | Company Information | Financing Information | Broker Cooperation
Privacy Policy  |  Contact Us  | SiteMap | Licenses and Disclosures

Copyright © 2007-2008 Real Estate Disposition Corporation. All Rights Reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.

# EXHIBIT "2"

**Exhibit "2"**

**REDC #12: Phoenix 30 minute TV Spot**

A: Real Estate Disposition Corporation, America's source for lender foreclosed homes, is pleased to announce a lender foreclosed home auction event right here in the phoenix area. Starting bids will begin as low as 50% of the previously valued price. You can buy foreclosed homes at auction prices –at your price. This is not a seminar. We are not selling information about some future event. This is a real auction with hundreds of lender foreclosed homes available to the public. This is the event you've been waiting for. Hundreds of lender foreclosed homes at auction prices. Prime properties. Prime locations. Auction prices. Hundreds of homes throughout the greater Phoenix area will be auctioned on Sunday, November 18th at the Sheraton wild horse pass hotel in chandler. Financing is available right at the event. Down payments as low as 5% and no prepayment penalty. Optional loan prequalification available. Go to www.ushomeauction.com or call the number on your screen now to request your complete brochure, view a complete listing of homes, photos, open house dates and to register for this auction event. All at www.ushomeauction.com. Open house dates for most homes take place on November 3, November 10 and November 11. Please visit www.ushomeauction.com for details. First time buyers? Looking for a new home? Real estate investor? Everyone is welcome. The call, the brochure, registration, pre-qualification and admission are all free. You've got nothing to lose. Visit www.ushomeauction.com or call now.

H: Hello- Im Wendy Walsh for Real Estate Disposition Corporation. Did you know that Real Estate is the number one investment vehicle in America? You've probably seen the advertising for Real Estate *seminars* and TV commercials selling strategies on how to *get rich quick* by buying and selling Real Estate. The one thing they all seem to have in common is that you need to find and buy Foreclosed and distressed homes. Well during today's program Real Estate Disposition Corporation, the premier source for lender foreclosed houses, will show you that the best real estate source is not found in a seminar, it's not found in an instructional video. WE ARE THE SOURCE. Our auction events are where YOU can buy Lender-foreclosed homes at auction prices…that is, at YOUR price! Yes, we go direct to the lenders. These lenders DO NOT want to own these homes. They're MOTIVATED to sell them at auction events. These houses must be sold and they must be sold right NOW. Now, here are some of the lender foreclosed homes scheduled to be live at our upcoming auction event.

A: Now, here are just a few examples of the valuable foreclosed homes scheduled to be auctioned live at our upcoming auction event…

[HOMES]

…Stay tuned, we will be showing more of the actual homes scheduled at the auction in a few minutes.

H: This is your chance to get into that first home, upgrade to a better home, add to your real estate investment portfolio or buy a home to rent or sell. Our auctions are coming to

your area soon. You can visit ushomeauction.com or call now for your free auction brochure and reserve your spot at the Lender Foreclosed Home Auction! Yes. You can buy foreclosed homes at auction prices – that is, at your price. Now remember this is not a seminar. We're not selling information about some future event. This is a real auction featuring hundreds of foreclosed homes. This is the event you've been waiting for. Foreclosed homes at auction prices. Hundreds of homes will be sold. Prime properties prime locations at auction prices. And financing is available right at the event. With down payments as low as 5% with no points and no prepayment penalty. Optional loan prequalification is also available. All you have to do is go to www.ushomeauction.com or call the number on your screen right now to request your free brochure, view open house dates, maps and to register for this event. Are you a first time buyer? Are you a real estate investor? Or maybe you're just frustrated with current home prices. Well if so then you must attend one of these auction events. Don't wait, act right now. Homes for all auctions have open house dates. Everyone is welcome. You see the call, the brochure, the registration, the prequalification, admission…they're all free. So you see you've got nothing to lose. Just visit www.ushomeauction.com or you can call right now. When we come back we'll talk about how these auctions work. So stay tuned.

A: Real Estate Disposition Corporation, America's source for lender foreclosed homes, is pleased to announce a lender foreclosed home auction event right here in the phoenix area. Starting bids will begin as low as 50% of the previously valued price. You can buy foreclosed homes at auction prices –at your price. This is not a seminar. We are not selling information about some future event. This is a real auction with hundreds of lender foreclosed homes available to the public. This is the event you've been waiting for. Hundreds of lender foreclosed homes at auction prices. Prime properties. Prime locations. Auction prices. Hundreds of homes throughout the greater Phoenix area will be auctioned on Sunday, November 18th at the Sheraton wild horse pass hotel in chandler. Financing is available right at the event. Down payments as low as 5% and no prepayment penalty. Optional loan prequalification available. Go to www.ushomeauction.com or call the number on your screen now to request your complete brochure, view a complete listing of homes, photos, open house dates and to register for this auction event. All at www.ushomeauction.com. Open house dates for most homes take place on November 3, November 10 and November 11. Please visit www.ushomeauction.com for details. First time buyers? Looking for a new home? Real estate investor? Everyone is welcome. The call, the brochure, registration, pre-qualification and admission are all free. You've got nothing to lose. Visit www.ushomeauction.com or call now.

A: Now, here are just a few examples of the valuable foreclosed homes scheduled to be auctioned live at our upcoming auction event…

[HOMES]

…Stay tuned, we will be showing more of the actual homes scheduled at the auction in a few minutes.

H: Welcome back to our show. During this part of today's show we are going to show you how easy it is for you to participate in this great auction of lender foreclosed houses:

First, go to www.USHomeAuction.com or call the number on your screen right now for a free brochure and to register for the auction event. Once you're registered, you have the option of pre-qualifying for financing with our experienced national lender. Pre-qualification for financing is at no cost and with no obligation and our lender offers competitive, no-hassle financing right at the auction and NO Pre-payment penalties. So, start doing your research immediately on our detailed web site at www.USHomeAuction.com. Then, pick the homes you're interested in and inspect them on your scheduled open house dates. On auction day all you have to do is arrive at our auction site about 30 minutes early to get your bidder number and to attend our bidding seminar and practice auction. See how easy it is to buy the home of your dreams at the Lender Foreclosed Home Auction? Yes it really is just that simple. And there are so many reasons to buy foreclosed homes at auction. First and foremost you set your OWN price. You are not at the mercy of a seller's unrealistic "asking price". Second, our partners are the lenders who own these homes and these Lenders are in the business of lending. NOT home ownership. They are VERY motivated to sell them and sell them now! Third, there is no long negotiation period with offers going back and forth and back and forth. And of course as a Buyer you are guaranteed a free and clear title insured by a national title company. Yes, only REDC lender-foreclosed auctions can offer this huge selection of homes at rock-bottom auction prices. In fact these Home auctions are perfect for families and individuals looking for their first or second home and bargain-seeking investors looking for income properties. Visit www.USHomeAuction.com and register now. You've got nothing to lose. The brochure is free, the registration is free and attendance at the auction is absolutely free. When we come back we will be showing you some of the actual homes scheduled to be auctioned. Stay tuned.

A: Now, here are just a few examples of the valuable foreclosed homes scheduled to be auctioned live at our upcoming auction event...

[HOMES]

...Stay tuned, we will be showing more of the actual homes scheduled at the auction in a few minutes.

H: Welcome back to our show. In a moment we are going to show you some of the great homes scheduled for auction at our upcoming auction event. Yes --- This really is your chance to buy homes at auction prices...at the price that YOU set. Our huge auction event is a real auction of lender-foreclosed homes that MUST be sold. Don't be fooled by companies selling you *information* about upcoming auctions or tapes and CDs telling you to buy foreclosed and distressed properties. REDC is the premier source for real lender-foreclosed homes. These are PRIME properties in PRIME locations at AUCTION prices. Yes -- Anything can happen when you have a MOTIVATED seller. That's the thing, and believe me, these lenders are seriously MOTIVATED. Now, here are just a few examples

of the lender foreclosed-homes scheduled to be auctioned live at our upcoming auction
event!

A: Now, here are just a few examples of the valuable foreclosed homes scheduled to be
auctioned live at our upcoming auction event...

[Homes]

...Stay tuned, we will be showing more of the actual homes scheduled at the auction in a
few minutes.

H: So what do you think? Now is the perfect time to pick up that phone and call for more
information on this great lender foreclosed housing auction opportunity. Don't wait ----
Call right Now !!!! When we come back we will be telling you about REDC and showing
you more of the ACTUAL homes scheduled for auction. So don't go away. We will be
right back.

A: Real Estate Disposition Corporation, America's source for lender foreclosed homes, is
pleased to announce a lender foreclosed home auction event right here in the phoenix
area. Starting bids will begin as low as 50% of the previously valued price. You can buy
foreclosed homes at auction prices –at your price. This is not a seminar. We are not
selling information about some future event. This is a real auction with hundreds of
lender foreclosed homes available to the public. This is the event you've been waiting
for. Hundreds of lender foreclosed homes at auction prices. Prime properties. Prime
locations. Auction prices. Hundreds of homes throughout the greater Phoenix area will be
auctioned on Sunday, November 18th at the Sheraton wild horse pass hotel in chandler.
Financing is available right at the event. Down payments as low as 5% and no
prepayment penalty. Optional loan prequalification available. Go to
www.ushomeauction.com or call the number on your screen now to request your
complete brochure, view a complete listing of homes, photos, open house dates and to
register for this auction event. All at www.ushomeauction.com. Open house dates for
most homes take place on November 3, November 10 and November 11. Please visit
www.ushomeauction.com for details. First time buyers? Looking for a new home? Real
estate investor? Everyone is welcome. The call, the brochure, registration, pre-
qualification and admission are all free. You've got nothing to lose. Visit
www.ushomeauction.com or call now.

H: So you may be wondering, who exactly is REDC and how did they get all these
foreclosed homes in one area to be auctioned? Well the answer is easy. Since 1990,
REDC has been the nation's premier real estate auction marketing company. In fact they
have sold in excess of one BILLION dollars of real estate assets by working directly with
the lenders who own these foreclosed homes. Yes, this is a one time event that you
MUST see to believe. REDC is your source for foreclosed homes at auction prices. And
remember, anyone can master the auction process. So don't be intimidated, we make it
easy to buy homes at an REDC auction by making it a very simple process. And
remember, when you buy at auction you set YOUR price! You've heard the old adage

"Buy Low, Sell High" right? Well, the REDC lender-foreclosed home auction just may
be one of those opportunities in life where you actually can buy low. Of course there are
many factors to help you determine if now may be the perfect time to buy a home at
auction:

1.  When you buy a house at auction, the bidders set the price.
2.  Interest rates are low.
3.  While many traditional home sellers lose their motivation to sell when prices
    adjust and pull their houses off the market out of fear...

Our lenders are VERY MOTIVATED, because THEY MUST SELL THESE HOMES
AND THEY MUST SELL THEM NOW. Here are some more examples of the great
selection of lender foreclosed homes scheduled to be auctioned live at our upcoming
auction event!

[HOMES]

...Stay tuned, we will be showing more of the actual homes scheduled at the auction in a
few minutes.

H: When we come back we will talk about the REDC auction process and show even
more examples of these lender foreclosed home buying opportunities. So Stay tuned, we
will be right back.

A: Real Estate Disposition Corporation, America's source for lender foreclosed homes, is
pleased to announce a lender foreclosed home auction event right here in the phoenix
area. Starting bids will begin as low as 50% of the previously valued price. You can buy
foreclosed homes at auction prices –at your price. This is not a seminar. We are not
selling information about some future event. This is a real auction with hundreds of
lender foreclosed homes available to the public. This is the event you've been waiting
for. Hundreds of lender foreclosed homes at auction prices. Prime properties. Prime
locations. Auction prices. Hundreds of homes throughout the greater Phoenix area will be
auctioned on Sunday, November 18th at the Sheraton wild horse pass hotel in chandler.
Financing is available right at the event. Down payments as low as 5% and no
prepayment penalty. Optional loan prequalification available. Go to
www.ushomeauction.com or call the number on your screen now to request your
complete brochure, view a complete listing of homes, photos, open house dates and to
register for this auction event. All at www.ushomeauction.com. Open house dates for
most homes take place on November 3, November 10 and November 11. Please visit
www.ushomeauction.com for details. First time buyers? Looking for a new home? Real
estate investor? Everyone is welcome. The call, the brochure, registration, pre-
qualification and admission are all free. You've got nothing to lose. Visit
www.ushomeauction.com or call now.

H: Welcome back to our show. So how does the REDC auction process work? Well one
of the most important elements is that the foreclosed homes we are auctioning are owned

by Lenders. And since Lenders DON'T want to own homes they have partnered with REDC to get all of these houses off their books in one HUGE auction event. Remember, the lenders ARE the sellers and they're the ones who are very motivated...This may just be your perfect real estate Buying opportunity. The big question is of course who will be the new owners of these homes? Anyone looking to buy their first home perhaps, upgrade to a better home, move to a new neighborhood, or buy a home to simply rent or sell. Or if you are a professional or first-time real estate investor. You MUST attend this huge lender-foreclosed home auction event. Don't be one of those who looks back and say *I Woulda-I Coulda-Shoulda*. Why don't you just call or log on now for your free brochure and to register for the REDC Lender Foreclosed Home Auction. Need even more encouragement? Here are EVEN more examples of the valuable foreclosed homes scheduled to be auctioned live at our upcoming auction event!

[HOMES]

H: These homes and many more MUST be sold during this great auction event so call and Register right NOW! Yes, Real Estate Disposition Corporation, America's premier lender foreclosed housing source is the one to call for more information about these amazing upcoming auction events. So what are you waiting for? Pick up that phone and call right now. And thanks for watching our show today. I'm Wendy Walsh.

# EXHIBIT "3"

**Exhibit "3"**

Daniel J. Callahan (Bar No. 91490)
Brian J. McCormack (Bar No. 167547)
Marc P. Miles (Bar No. 197741)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
(714) 241-4444

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Real Estate Disposition Corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV08-1331 SJO (Ex) |
| v. | |
| National Home Auction Corporation, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

The DVD's containing Plaintiff REDC's and Defendant NHA's television commercials (in varying lengths) are attached to the Complaint as follows: REDC's 30-minute (Ex. 3), REDC's 2-minute (Ex. 4), REDC's 1-minute (Ex. 5), REDC's 30-second (Ex. 6), Defendant NHA's 30-minute (Ex. 11) and NHA's 30-second (Ex. 12).

**Document Description:**

☐  Administrative Record

☑  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐  Other

**Reason:**

☐  Under Seal

☑  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☐  Per Court order dated _____

☐  Manual Filing required (*reason*):

_____February 27, 2008_____        _____Marc P. Miles_____
Date                                                      Attorney Name

                                                         ___Plaintiff Real Estate Disposition Corporation___
                                                         Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

# EXHIBIT "4"

**Exhibit "4"**

Daniel J. Callahan (Bar No. 91490)
Brian J. McCormack (Bar No. 167547)
Marc P. Miles (Bar No. 197741)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
(714) 241-4444

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Real Estate Disposition Corporation <br><br> PLAINTIFF(S) <br><br> v. <br><br> National Home Auction Corporation, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV08-1331 SJO (Ex) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

The DVD's containing Plaintiff REDC's and Defendant NHA's television commercials (in varying lengths) are attached to the Complaint as follows: REDC's 30-minute (Ex. 3), REDC's 2-minute (Ex. 4), REDC's 1-minute (Ex. 5), REDC's 30-second (Ex. 6), Defendant NHA's 30-minute (Ex. 11) and NHA's 30-second (Ex. 12).

**Document Description:**

☐     Administrative Record

☑     Exhibits

☐     Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐     Other

**Reason:**

☐     Under Seal

☑     Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐     Electronic versions are not available to filer

☐     Per Court order dated _____

☐     Manual Filing required (*reason*):

| | |
|---|---|
| _____February 27, 2008_____ | _____Marc P. Miles_____ |
| Date | Attorney Name |
| | _Plaintiff Real Estate Disposition Corporation_ |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

# EXHIBIT "5"

**Exhibit "5"**

Daniel J. Callahan (Bar No. 91490)
Brian J. McCormack (Bar No. 167547)
Marc P. Miles (Bar No. 197741)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
(714) 241-4444

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Real Estate Disposition Corporation | CASE NUMBER: |
| PLAINTIFF(S) | CV08-1331 SJO (Ex) |
| v. | |
| National Home Auction Corporation, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

The DVD's containing Plaintiff REDC's and Defendant NHA's television commercials (in varying lengths) are attached to the Complaint as follows: REDC's 30-minute (Ex. 3), REDC's 2-minute (Ex. 4), REDC's 1-minute (Ex. 5), REDC's 30-second (Ex. 6), Defendant NHA's 30-minute (Ex. 11) and NHA's 30-second (Ex. 12).

**Document Description:**

☐     Administrative Record

☑     Exhibits

☐     Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐     Other

**Reason:**

☐     Under Seal

☑     Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐     Electronic versions are not available to filer

☐     Per Court order dated _____

☐     Manual Filing required (*reason*):

| | |
|---|---|
| _____February 27, 2008_____ | _____Marc P. Miles_____ |
| Date | Attorney Name |
| | Plaintiff Real Estate Disposition Corporation |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

# EXHIBIT "6"

**Exhibit "6"**

Daniel J. Callahan (Bar No. 91490)
Brian J. McCormack (Bar No. 167547)
Marc P. Miles (Bar No. 197741)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
(714) 241-4444

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Real Estate Disposition Corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>National Home Auction Corporation, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV08-1331 SJO (Ex)<br><br>---<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

      The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

      **List Documents:**

The DVD's containing Plaintiff REDC's and Defendant NHA's television commercials (in varying lengths) are attached to the Complaint as follows: REDC's 30-minute (Ex. 3), REDC's 2-minute (Ex. 4), REDC's 1-minute (Ex. 5), REDC's 30-second (Ex. 6), Defendant NHA's 30-minute (Ex. 11) and NHA's 30-second (Ex. 12).

      **Document Description:**

☐    Administrative Record

☑    Exhibits

☐    Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐    Other

      **Reason:**

☐    Under Seal

☑    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☐    Per Court order dated _____

☐    Manual Filing required (*reason*):

| | |
|---|---|
| _____February 27, 2008_____ | _____Marc P. Miles_____ |
| Date | Attorney Name |
| | _Plaintiff Real Estate Disposition Corporation_ |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

# EXHIBIT "7"

**Exhibit "7"**

## PURCHASE AGREEMENT WITH JOINT ESCROW INSTRUCTIONS

This Purchase Agreement with Joint Escrow Instructions (this "*Agreement*") is executed by and between the Buyer and Seller, who agree as follows:

1. <u>KEY TERMS</u>:

    A.  **SELLER:**    _____

    B.  **BUYER:**    _____

    _____

    _____

    Home Phone No.:_____

    Cell Phone No.:    _____

    Work Phone No.:_____

    Email Address:    _____

    C.  **PURCHASE PRICE:**

    Total Purchase Price Calculation:

    Winning Bid Amount:    _____

    <u>plus</u> Buyer's Premium (5%):    _____

    <u>equals</u> TOTAL PURCHASE PRICE:    _____

    Earnest Money Deposit* from Buyer: _____

    *Earnest Money Deposit Components:

    ☐    Check if first property acquired at auction (*Earnest Money Deposit to be 5% of Total Purchase Price or $5,000, whichever is greater.  First $5,000 of Earnest Money Deposit shall be in the form of a cashier's check or cash.)

    ☐    Check if <u>NOT</u> first property acquired at auction (*Earnest Money Deposit to be 15% of Total Purchase Price or $10,000, whichever is greater.  First $10,000 of Earnest Money Deposit shall be in the form of a cashier's check or cash.)

    D.  **PROPERTY:**

    Property Address:    _____

    _____, CA _____

    Legal Description of Property:    See Exhibit A (if the legal description of the Property is not complete or is inaccurate, this Agreement shall not be invalid and the legal description shall be completed or corrected to meet the requirements of the title company issuing the owner's title policy referenced below).

-1-

E.  CLOSING DATE: _____ (subject to *Section 6A*)

F.  ESCROW HOLDER: _____

_____

_____

Telephone: _____

Facsimile: _____

G.  TITLE INSURANCE COMPANY: _____

H.  OCCUPANCY STATUS:

☐  Check if Property is occupied and Buyer has a seven (7) day right of inspection after vacancy under **Section 8H(1)** below.

☐  Check if Property is a multi-family unit Property that is fully or partially occupied and Buyer has NO right of inspection under **Section 8H(1)** below.

☐  Check if Property is vacant and Buyer has NO right of inspection.

2.  PURCHASE AND SALE. On and subject to the terms of this Agreement, Seller agrees to sell to Buyer and Buyer agrees to purchase from Seller the real property identified above in *Section 1* and a legal description of which is attached hereto as Exhibit A and incorporated by this reference *(the "Property")* for the price identified above in *Section 1* as the Total Purchase Price *(the "Purchase Price")*. The Property includes the permanent improvements thereon, including those items which California law provides is part of the Property, at the Close of Escrow. Seller makes no representation or warranty as to the existence or condition of such items. Seller makes no representation or warranty as to the existence, condition, ownership or right of possession of any personal property located on the premises.

3.  PAYMENT OF PURCHASE PRICE. Buyer shall pay Seller the Total Purchase Price as follows:

A.  Buyer will hand Escrow Holder identified in *Section 1* above (the *"Escrow Holder"*) (or cause to be handed to Escrow Holder) the Earnest Money Deposit described above in *Section 1* (the *"Earnest Money Deposit"*) on the date Buyer signs this Agreement. The Earnest Money Deposit is to be comprised of (1) a cashier's check or cash in the amount of Five Thousand Dollars ($5,000) (or Ten Thousand Dollars ($10,000) as may be required by Seller) plus (2) a cashier's check, cash or personal check equal to the difference between the total Earnest Money Deposit minus the value of the cashier's check or cash in 3(A)(1) above.

B.  Prior to Close of Escrow as determined under *Section 6A* below, Buyer shall deposit with the Escrow Holder in immediately available funds an amount equal to the balance of the Total Purchase Price, plus Buyer's share of closing costs and pro rations, plus Buyer's expenses provided herein.

4.  FINANCING.

Buyer represents and warrants as follows (check one):

(1) ☐    **All Cash Transaction.** Buyer has provided Seller with verifiable evidence that Buyer has sufficient funds that are immediately available to pay all amounts required of Buyer under this Agreement to complete Buyer's acquisition of the Property on or before the Close of Escrow. Notwithstanding any reference to a New First Mortgage/Trust Deed Loan elsewhere in this Agreement, this sale and Escrow are NOT contingent upon Buyer obtaining a New First Mortgage/Trust Deed Loan (defined below) or any other financing (i.e., the sale shall be on an all cash basis), nor will Escrow be extended for that purpose or any other purpose (except as otherwise expressly permitted elsewhere in this Agreement), Buyer acknowledging that time is of the essence in this Agreement. If Buyer fails to close the Escrow for any reason related to Buyer's inability to fully pay the Purchase Price and/or all other sums required under this Agreement or for

any other reason other than Seller's default under this Agreement, Buyer will be in default under this Agreement and the provisions of *Section 12* of this Agreement shall apply.

(2) ☐    <u>Designated Financing</u>. Concurrently with executing this Agreement, Buyer will apply for a loan to be secured by a first priority deed of trust encumbering the Property (the "*New First Trust Deed Loan*") with the auctions' designated lender ("*Designated Lender*") which, when combined with the Earnest Money Deposit and additional funds of Buyer, immediately verifiable and available, will be sufficient to pay all amounts Buyer is required to pay under this Agreement to complete the purchase of the Property on or before the Close of Escrow. If, through no fault of Buyer, Buyer is unable to qualify for a New First Mortgage/Trust Deed loan from the Designated Lender, then Buyer or Seller may cancel this Agreement and escrow shall be terminated. Buyer must cooperate with such designated lender and provide information requested on a timely basis to ensure Buyer's good faith compliance in qualifying for financing with such designated lender. Upon cancellation under this paragraph, Escrow Holder shall return to Buyer any Earnest Money Deposit given by Buyer to Escrow Holder, less document, administrative and processing fees, if any, incurred by Escrow Holder toward the purchase of the Property. Upon Escrow Holder's receipt of signed cancellation instructions from Seller, Buyer and Seller shall be relieved of any further liability and/or obligation each to the other under this Agreement. In the event Buyer has failed, in good faith, to timely secure financing from the designated lender, Buyer shall be in default of this agreement and the provisions of *Section 12* of this Agreement shall apply.

(3) ☐    <u>Third Party Financing</u>. Buyer has provided Seller with verifiable evidence that Buyer has pre-qualified for a loan to be secured by a first priority deed of trust encumbering the Property (the "*New First Mortgage Loan/Trust Deed Loan*") from _____
_____ ("*Lender*") which, when combined with the Earnest Money Deposit and additional funds of Buyer, immediately verifiable and available, will be sufficient to pay all amounts Buyer is required to pay under this Agreement to complete the purchase of the Property on or before the Close of Escrow. Notwithstanding any reference to a New First Mortgage/Trust Deed Loan elsewhere in this Agreement, this sale and Escrow are NOT contingent upon Buyer obtaining a New First Mortgage/Trust Deed Loan or any other financing (i.e., the sale shall be on an all cash basis), nor will Escrow be extended for that purpose or any other purpose (except as otherwise expressly permitted elsewhere in this Agreement), Buyer acknowledging that time is of the essence in this Agreement. If Buyer fails to close the Escrow for any reason related to Buyer's inability to fully pay the Purchase Price and/or all other sums required under this Agreement (including without limitation Buyer's failure to obtain financing) or for any other reason other than Seller's default under this Agreement, Buyer will be in default under this Agreement and the provisions of *Section 12* of this Agreement shall apply.

Regardless of whether Buyer elects to pay all cash or obtain financing from the Designated Lender or a third party lender, Buyer will also execute an authorization allowing Seller and/or its agent to check and report to Seller regarding Buyer's current credit status. If Buyer is obtaining a New First Mortgage/Trust Deed Loan, Buyer acknowledges that Buyer is doing so at Buyer's sole cost and expense. Buyer understands and agrees that the obtaining of any financing is and shall remain Buyer's (and not Seller's) obligation. Buyer acknowledges that the Close of Escrow may be subject to and contingent upon the requirements of the applicable lender. Buyer's execution of the applicable lender's loan documents shall evidence Buyer's full approval of the terms and conditions contained therein. Escrow Holder is authorized and instructed to follow the directions of the applicable lender providing the New First Mortgage/Trust Deed Loan in connection with said loan and to deliver a copy of this Agreement and any amendments thereto to the applicable lender. Buyer hereby authorizes the lender to release copies of any written loan approval and commitment to Escrow Holder and/or Seller.

Real Estate Disposition Corporation is not providing financial or lending services in this transaction. Neither Real Estate Disposition Corporation nor Seller are affiliated with the designated lender unless otherwise disclosed pursuant to applicable law.

5.  **OPENING OF ESCROW**.  Seller and Buyer shall open an escrow related to this Agreement for the sale of the Property, and bearing the escrow number designated in *Section 1G* above (this *"Escrow"*) immediately upon execution of this Agreement by the parties by depositing a fully executed copy of this Agreement with the Escrow Holder.  This Agreement shall constitute joint escrow instructions to the Escrow Holder.  Escrow shall be "open" upon the occurrence of the following: (A) Escrow Holder has received this Agreement executed by Buyer and Seller herein; and (B) Escrow Holder has received the Earnest Money Deposit from Buyer.

6.  **CLOSE OF ESCROW.**

    A.  **CLOSING DATE**.  Escrow Holder shall close the transaction contemplated by this Agreement (the *"Close of Escrow"*) on the earlier to occur of (1) the Closing Date specified in *Section 1* above or (2) before thirty (30) days after the date this Agreement is executed.  Escrow Holder is instructed to close Escrow on such date, subject to each of the following:

        (i) Seller may, at Seller's sole and absolute option, automatically extend the Close of Escrow by up to two (2) successive periods of thirty (30) days each,

        (ii) Escrow shall not be closed if Seller is unable to deliver fee title to Buyer as required in this Agreement at or prior to the Close of Escrow, in which case such inability shall be deemed no fault of Seller, and Seller may cancel this Agreement and the provisions of *Section 6F(2)* below and *Section 10* shall apply,

        (iii) if the Property is occupied as of the Closing Date specified in Section 1 above, the Close of Escrow shall be automatically extended to the date which is thirty (30) days after Seller's delivery of the "Notification to the Buyer of Vacancy" referenced in *Section 8G(1)* below, and

        (iv) this Agreement has not been cancelled or terminated as permitted elsewhere hereunder.

    If Buyer requests an extension at least five (5) days prior to the scheduled Close of Escrow, Seller in its sole and absolute discretion (after consultation with its broker) may grant a ten (10) day extension of the Close of Escrow for a non-refundable extension fee of Five Thousand Dollars ($5,000).  This fee will not be credited towards the Purchase Price and must be deposited with Escrow Holder one (1) business day after Seller's granting of such extension.  Escrow Holder is hereby instructed to immediately deliver such non-refundable extension fee to Seller upon receipt, and Seller shall be entitled to such fee without condition.

    B.  **CONDITIONS PRECEDENT**.  The Close of Escrow is further subject to each of the following conditions precedent (the failure of any of which shall not, in and of itself, relieve any party of its obligations set forth elsewhere in this Agreement):  (1) Seller shall have delivered the Seller's Deliveries set forth in *Section 6E* below, (2) Buyer shall have delivered the Buyer's Deliveries set forth in *Section 6E* below, (3) Seller has not given written notice to Escrow Holder that Buyer is in default of this Agreement, (4) if applicable, Buyer shall not have delivered a notice of cancellation pursuant to *Section 8G(1)* below (occupied properties only), and (5) the Title Insurance Company identified in *Section 1* above (the *"Title Company"*) shall have irrevocably committed to issue to Buyer an owner's policy of title insurance covering the Property showing liability in the amount of the Purchase Price and showing fee title to the Property vested as stated above in *Section 1B* above, subject to any and/or all of the following (the failure of which shall not be deemed a default of Seller):

        (1)  Title Company's standard exceptions.

        (2)  The following encumbrances and other matters:
            (i)  Liens for all current general and special real property taxes and assessments not yet due and payable ;
            (ii)  Covenants, conditions, restrictions, reservations, rights, rights of way, and easements of record, if any;
            (iii)  The lien of supplemental taxes, if any assessed pursuant to the provisions of Chapter 3.5 (commencing with Section 75) of the Revenue and Taxation Code of the State of California;
            (iv)  New First Trust Deed (if any) to be recorded in the amount set forth above in *Section 1*;
            (v)  The standard exceptions in the printed form of the CLTA or ALTA Standard Coverage Owner's

Title Insurance Policy or Lender's Title Insurance Policy and any other exceptions or other matters contained or disclosed in the preliminary title report with respect to the Property (the "*Title Report*");

(vi) Any state of facts an accurate survey and/or a personal inspection of the Property may disclose;

(vii) Any laws, regulations, ordinances (including, but not limited to zoning, building and environmental) as to the use, occupancy, subdivision or improvement of the Property adopted or imposed by any governmental body, or the effect of any noncompliance with or any violation thereof; and

(viii) Rights of existing tenants and/or occupants of the Property, if any.

C.   <u>CLOSING INSTRUCTIONS TO ESCROW HOLDER</u>.  At the Close of Escrow, Escrow Holder is hereby irrevocably instructed to complete the following:

(1)  Record the Deed conveying title to the Property to Buyer (for the purposes of this Agreement and the transactions contemplated by this Agreement the term "*Deed*" shall mean a Quitclaim deed or other form of deed acceptable to Seller in Seller's sole and absolute discretion);

(2)  Pay all fees, costs deed and transfer taxes for the sale of the Property which are required to be paid by Seller under this Agreement, the portion of any fees charged by the Escrow Holder which are payable by Seller (if any) and other expenses relating to the sale of the Property which are required to be paid by Seller under this Agreement;

(3)  Pay all fees, costs and transfer taxes for the sale of the Property which are required to be paid by Buyer under this Agreement, the portion of any fees charged by the Escrow Holder which are payable by Buyer (if any) and other expenses relating to the sale of the Property which are required to be paid by Buyer under this Agreement

(4)  Pay all property management and broker related fees to be paid by Seller, including fees to the broker identified on the signature page of this Agreement (the "*Broker*") as well as under any separate written agreement executed by Seller; and

(5)  Pay to Seller the balance of the Purchase Price and any other funds remaining after the Close of Escrow.

D.   <u>PREVIOUS ESCROW/TRANSACTION</u>.  If there was an escrow previously opened at any escrow company, and/or a separate contract exists by and between Seller and any third party, covering the sale of the Property ("*Previous Transaction*"), the Close of Escrow under this Agreement is subject to and contingent upon Seller's ability to successfully cancel said Previous Transaction, if any, prior to or concurrently with the Close of Escrow.  This condition precedent shall be deemed satisfied when Escrow Holder is in possession of a copy of signed cancellation instructions from the buyer and seller in the Previous Transaction.  Failure to cancel said Previous Transaction shall not be deemed a default of Seller hereunder and the provisions of *Section 6F(2)* and *Section 10* shall apply.

E.   <u>DELIVERIES TO ESCROW HOLDER</u>.

(1)  <u>BY SELLER</u>.  Prior to the Close of Escrow, Seller shall deposit with the Escrow Holder (the "*Seller's Deliveries*"): (i) a Deed transferring Seller's interest in the Property to Buyer executed by Seller and acknowledged pursuant to law, (ii) a Non-Foreign Transferor Declaration executed by Seller or evidence reasonably acceptable to Escrow Holder that Seller is exempt from the withholding requirements of the Foreign Investment in Real Property Tax Act (FIRPTA), Internal Revenue Code Section 1445, (iii) a California Nonresident Withholding Exemption Certificate for Real Estate Sales, Form 593-C (Cal FIRPTA) or evidence reasonably acceptable to Escrow Holder that Seller is exempt from the withholding requirements of the California Revenue and Taxation Code.

(2)  <u>BY BUYER</u>.  Prior to close of the Escrow, Buyer shall deposit with the Escrow Holder (the "*Buyer's Deliveries*"): (i) immediately available good funds, as defined in *Section 6E(3)*, below, in an amount equal to the Purchase Price less the Earnest Money Deposit previously deposited into

Escrow, plus Buyer's share of closing costs and pro rations provided herein, plus Buyer's expenses set forth in *Section 11* below, (ii) a Preliminary Change of Ownership Statement completed and executed by Buyer that complies with Section 480.3 of the California Revenue and Taxation Code, (iii) any and all other instruments required by Lender, Escrow Holder or otherwise to consummate Buyer's acquisition of the Property.

(3) <u>FINAL FUNDS TO CLOSE ESCROW.</u> All parties acknowledge that good funds are required to close this Escrow. California law defines "good funds" as cash or electronic transfer (wired funds) such that Escrow Holder can disburse the funds on the same business day as the business day of the deposit. In the case of deposit with the Escrow Holder in the form of cashier's or certified checks drawn on California depositories, the Escrow Holder can disburse the funds on the next business day after the business day of receipt. Out-of-state checks and all drafts are subject to waiting periods that can delay escrow and do not constitute good funds until the money is actually transferred to the Escrow Holder's account.

F.   <u>CANCELLATION OF ESCROW.</u>

(1) <u>DEFAULT.</u> If, due to a failure of a party to perform any of its obligations hereunder, the Escrow does not close by no later than the date provided above in *Section 6A* for Close of Escrow, then the non-defaulting party may cancel the Escrow by written notice to the defaulting party and the Escrow Holder and the defaulting party shall pay all cancellation fees of the Escrow Holder and the Title Company. The parties shall be further subject to the provisions of *Section 12* below.

(2) <u>NO DEFAULT.</u> If any of the conditions precedent to the Close of Escrow are not satisfied or waived by the date for Close of Escrow, and both parties have performed all of their respective obligations hereunder, then either party may cancel the Escrow by written notice to the other party and the Escrow Holder. In such event, Escrow Holder shall return to Buyer (as Buyer's sole and exclusive remedy) the Earnest Money Deposit less an amount equal to Buyer's expenses set forth in *Section 11* below, and Seller and Buyer shall each bear one-half of the cancellation fees of the Escrow Holder and the Title Company. Upon return of the Earnest Money Deposit as provided in this Section, this Agreement shall be terminated, and Buyer and Seller shall be released from any further obligation, each to the other, in connection with this Agreement. Buyer grants Seller the unilateral right to execute cancellation instructions in the event that Seller elects to cancel Escrow.

G.   <u>ADDITIONAL ESCROW INSTRUCTIONS.</u> Seller and Buyer have read and agreed to all of the additional escrow instructions attached hereto as Exhibit C and incorporated in this Agreement, if any.

7.   <u>BUYER'S INSPECTION.</u>

A.   <u>REPRESENTATIONS/WARRANTIES.</u> Buyer represents and warrants to Seller that: (1) (subject to *Section 8G*) prior to the execution of this Agreement Buyer has had adequate time and access to the Property to conduct a complete and thorough inspection of the Property, all title matters concerning the Property and all agreements relating to the Property, (2) Buyer has conducted and completed such inspections, or has freely and voluntarily waived the right to conduct any such inspections, (3) Buyer is purchasing the Property based solely upon Buyer's own inspection of the Property, (4) Buyer is satisfied in all respects as to the Property and the condition thereof, including, without limitation, its location, its insurability, its physical condition, its environmental condition, the structural integrity of any and all improvements on the Property, all title matters concerning the Property, all applicable homeowners association documents and rules and regulations, and all other matters with respect to the Property, and (5) Buyer is aware of all laws, ordinances and requirements affecting the use, condition and ownership of the Property, including, without limitation, all applicable zoning and land use regulations. Seller makes no representation or warranty, and Buyer has investigated to Buyer's satisfaction, regarding the location of the Property in an earthquake fault zone, seismic hazard zone, state responsibility area (fire hazard area), very high fire hazard severity zone, or area of potential flooding, or whether the Property is subject to any flood disaster insurance requirements.

B. <u>BUYER INDEMNITY AND SELLER PROTECTION FOR ENTRY UPON PROPERTY</u>. In connection with any due diligence, inspection, visit and/or investigation of the Property ("*Buyer's Inspection*") by Buyer or any person/entity on Buyer's behalf, Buyer shall (1) keep the Property free and clear of liens, (2) repair all damage arising from Buyer's Inspection, and (3) indemnify, defend and hold Seller harmless from all liability, claims, demands, damages and/or costs directly or indirectly arising therefrom. Buyer shall carry, or require anyone acting on Buyer's behalf to carry, policies of liability, workers' compensation and other applicable insurance, defending and protecting Seller from liability for any injuries to persons or property occurring during any Buyer Inspection prior to Close of Escrow.

8. <u>DISCLOSURES</u>.

A. <u>POST-FORECLOSURE TRANSACTION</u>. Buyer acknowledges that the purchase of the Property results from a transfer made by a beneficiary under a deed of trust who acquired the Property at a sale conducted pursuant to a power of sale under a deed of trust, or deed in lieu thereof, as described in California Civil Code §§1102.2(c) and 1103(a)(2). Therefore, Seller is exempt from requirements regarding the making of certain disclosures, including without limitation disclosures under the Real Estate Transfer Disclosure Statement (see Civil Code Section 1102, et. seq.), and under the Natural Hazards Disclosure Statement (see Civil Code Section 1103, et. seq.). As a result, any rights Buyer may have had in connection with such Disclosure Statements under California law shall not be available including without limitation any right to terminate this Agreement under Civil Code Section 1102, et.seq. Further, Seller is not familiar with the condition of the Property, other than as may be disclosed in any inspection reports obtained by or on behalf of Seller, Seller's representatives or agents or that Seller may have received otherwise. Any such reports furnished by Seller or its agents in connection herewith shall be for informational purposes only, are not made part of this Agreement, and Seller makes no representations or warranties about their accuracy or completeness.

B. <u>OTHER DISCLOSURES</u>.

    (1)     If the Property is subject to a special assessment lien imposed by a public body payable in installments which continue beyond Closing, the Buyer shall be responsible for and pay all amounts which become due after closing.

    (2)     Radon is a naturally occurring radioactive gas that when accumulated in a building in sufficient quantities may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon or radon testing may be obtained from your County Public Health unit.

    (3)     Mold is naturally occurring and may cause health risks or damage to property. If Buyer is concerned or desires additional information regarding mold, Buyer should contact an appropriate professional.

    (4)     LEAD-BASED PAINT DISCLOSURE. If the Property was built prior to 1978, the Seller shall (i) notify the Buyer of any known lead-based paint ("LBP") or LBP hazards in the Property; (ii) provide the Buyer with any LBP risk assessments or inspections of the Property in the Seller's possession; (iii) provide the Buyer with the Disclosure of Information on LBP and Lead-Based Paint Hazards, and any report, records, pamphlets, and/or other materials references therein, including the pamphlet "Protect Your Family From Lead In Your Home" (collectively "LBP Information"). Buyer shall return a signed copy of the Disclosure of Information on LBP and Lead-Based Paint Hazards to Seller prior to Closing of Escrow.

             LBP Information was provided prior to Agreement Acceptance and Buyer acknowledges the opportunity to conduct LBP risk assessments or inspections during the Inspections. Buyer hereby waives the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint or lead-based paint hazards.

                                  **Buyer's Initials** \_\_\_\_ / \_\_\_\_

    (5)    BUYER SHOULD NOT EXECUTE THIS AGREEMENT UNTIL BUYER HAS RECEIVED AND READ THE HOMEOWNERS' ASSOCIATION DISCLOSURE OR CONDOMINIUM RIDER, IF APPLICABLE. BY EXECUTING THIS AGREEMENT, BUYER ACKNOWLEDGES THAT BUYER HAS RECEIVED AND READ THE HOMEOWNERS' ASSOCIATION DISCLOSURE OR CONDOMINUM RIDER.

    (6)    PROPERTY TAX DISCLOSURE SUMMARY; BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGER REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.

C.   **RECEIPT OF DISCLOSURES.**  Buyer acknowledges and agrees that Buyer has received and/or had adequate opportunity to read and understand all disclosures and documents regarding the Property made available by Seller in print or electronic form  (the "*Disclosures*"), including without limitation:

    (1)  the pamphlet "Protect Your Family From Lead in Your Home", the pamphlet "Homeowners Guide to Earthquake Safety", and the pamphlet "Environmental Hazards: A Guide for Homeowners, Buyers, Landlords, and Tenants";

    (2)  The documents and information  made available on the internet at **www.USHomeAuction.com**;

    (3)  The written disclosures made available at the Property and at the location where the sale of the Property is conducted; and

    (4)  The disclosures listed on Exhibits attached to this Agreement.

Buyer understands and acknowledges that any information provided by or on behalf of Seller with respect to the Property, including without limitation, all information in the Disclosures and the Brochure as defined in *Section 8C* below was obtained from a variety of sources and that Seller and Seller's broker(s) have not made any independent investigation or verification of such information and make no representations as to the accuracy or completeness of such information. **Buyer shall not have the right to cancel this Agreement by reason of any information, facts, condition or other aspect of the Property discovered by Buyer subsequent to Buyer's execution of this Agreement.** Buyer further waives the right under 42 U.S.C. § 4852d and any other applicable law to conduct a risk assessment or inspection for the presence of lead-based paint hazards.

D.   **BROCHURE.**  Buyer represents and warrants that Buyer has received, read and accepts the terms and conditions pertaining to the sale of the Property which are set forth in the Auction Brochure (the "*Brochure*"), which terms and conditions are incorporated herein by reference.  In the event of any conflict or inconsistency between the terms and conditions of this Agreement and the terms and conditions of the Brochure, the terms and conditions of this Agreement shall control and prevail in all respects.

E.   **NO REPAIRS.**  Buyer acknowledges and agrees that Seller shall make no repairs or improvements of any kind to the Property and that nothing disclosed by Seller shall require Seller to correct or improve any condition disclosed or make repairs of any kind to the Property.  Any and all additional smoke detector(s) required by local ordinance in addition to those required by California law, if any, shall be installed by Seller at Seller's sole cost and expense prior to the Close of Escrow.

F.   **PRELIMINARY TITLE REPORT and CC&Rs.**  Buyer represents and warrants that Buyer has read, received and approved copies of (1) a preliminary title report for the Property, (2) the recorded covenants, conditions, restrictions, reservations, rights, rights of way and easements of record, if any, affecting the Property, and (3) any and all other matters disclosed in the preliminary title report.

G. **EXECUTION OF DISCLOSURES BY BUYER**. Buyer shall execute, deliver and deposit into escrow prior to Close of Escrow all federal, state and local disclosures concerning the Property that Buyer is required to execute under applicable laws and regulations or required by the Escrow Holder.

H. **OCCUPIED PROPERTY**. Seller makes no representations or warranties as to whether the Property is occupied as of the Close of Escrow.

(1) If the Property is occupied, Seller will endeavor (but shall not be obligated) to evict or remove the occupants prior to Close of Escrow. Upon eviction/removal of such tenants/occupants, Seller will provide Buyer with a "Notification to the Buyer of Vacancy." Buyer will then have seven (7) calendar days to do a physical inspection of the premises and approve or decline this transaction. If Buyer chooses to cancel the purchase solely as a result of such inspection, Buyer shall provide written notice of cancellation to Seller and the auction company (address correspondence to: Seller, c/o Real Estate Disposition Corporation, One Mauchly, Irvine, CA 92618) within three (3) business days following the seven (7) calendar day inspection period. After delivering such notice of cancellation, the terms of *Section 6F(2)* above shall apply. Failure to inspect the Property and/or provide notice of cancellation within the required timeframe shall be deemed an approval of the sale for these purposes and a waiver of any right to cancel based on such inspection. If the Property consists of two or more multi-family units, then Buyer shall not have a right of inspection under this *Section 8H(1)*.

(2) As noted above, the Property may be subject to leasehold interests of various tenants. Seller has included in the Disclosures true copies of all leases and amendments, if any, in Seller's possession. Seller makes no warranties or representations as to whether or not other leases of the property are or will be in force; whether or not anyone else has a right of possession; whether or not any rent concessions were given to any tenant; whether or not any other agreements were made with the tenants; whether or not any rent charged violates any applicable rent control ordinance, statute, or law; whether or not any other violations of any applicable ordinance, statute or law exist; and whether or not Seller or any tenant is in default under any lease. Because the Property was acquired by Seller through foreclosure, trustee's sale pursuant to a power of sale under a deed of trust, power of sale under a mortgage, sheriff's sale or deed in lieu of foreclosure, Seller has no security deposits or last month's rent to surrender to Buyer. Buyer shall be responsible for notifying tenants of the transfer of ownership of the Property, and shall be liable to any and all tenants for repayment of any outstanding security deposit, less lawful deductions. This provision shall survive the Closing of Escrow and shall not be deemed to have merged into any of the documents executed or delivered at closing. Buyer shall defend, indemnify and hold harmless Seller, its affiliates, parent companies, officers, directors, shareholders, agents, attorneys and representatives from and against any claims, demands, actions or expenses, including reasonable attorney's fees, arising out of any and all actions concerning security deposits, and for any eviction or unlawful detainer or other litigation arising out of the tenancy, occupancy or lease of the Property after Close of Escrow.

(3) Buyer shall be responsible for installing new locks on the Property immediately after the closing, and Buyer shall hold Seller and Seller's representatives and agents harmless from and indemnify Seller and Seller's representatives and agents against any and all damages, claims, liens, liabilities, costs, injuries, attorney's fees and expenses of every kind and nature that may be made against Seller as a result of Buyer's failure to install new locks on the Property.

9.  **"AS IS" SALE**. BUYER IS ACQUIRING THE PROPERTY "AS IS", IN ITS PRESENT STATE AND CONDITION, WITH ALL DEFECTS, BOTH PATENT AND LATENT, AND WITH ALL FAULTS OF THE PROPERTY WHETHER KNOWN OR UNKNOWN, PRESENTLY EXISTING OR THAT MAY HEREAFTER ARISE INCLUDING, WITHOUT LIMITATION , ALL EXISTING CONDITIONS, IF ANY, OF LEAD PAINT, MOLD OR OTHER ENVIRONMENTAL OR HEALTH HAZARDS ("ENVIRONMENTAL MATTERS"). SELLER MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER, EITHER EXPRESS OR IMPLIED, ORAL OR WRITTEN, WITH RESPECT TO THE PROPERTY, INCLUDING WITHOUT LIMITATION: (A) THE VALUE, NATURE, QUALITY OR CONDITION OF THE PROPERTY, INCLUDING, WITHOUT LIMITATION, THE WATER, SOIL AND GEOLOGY; (B) THE INCOME TO BE DERIVED FROM THE PROPERTY; (C) THE SUITABILITY OF THE PROPERTY FOR ANY AND ALL PURPOSES, ACTIVITIES AND USES

WHICH BUYER MAY CONDUCT THEREON; (D) THE COMPLIANCE OF OR BY THE PROPERTY OR ITS OPERATION WITH ANY LAWS, RULES, ORDINANCES OR REGULATIONS OF ANY APPLICABLE GOVERNMENTAL AUTHORITY OR BODY; (E) THE HABITABILITY, MERCHANTABILITY, MARKETABILITY, PROFITABILITY OR FITNESS FOR A PARTICULAR PURPOSE OF THE PROPERTY; (F) THE MANNER OR QUALITY OF THE CONSTRUCTION OR MATERIALS, IF ANY, INCORPORATED INTO THE PROPERTY; (G) THE MANNER, QUALITY, STATE OF REPAIR OR LACK OF REPAIR OF THE PROPERTY; (H) THE EXISTENCE OF ANY VIEW FROM THE PROPERTY OR THAT ANY EXISTING VIEW WILL NOT BE OBSTRUCTED IN THE FUTURE; (I) ANY OTHER MATTER WITH RESPECT TO THE PROPERTY, (J) THE STRUCTURAL INTEGRITY OF ANY IMPROVEMENTS ON THE PROPERTY, (K) THE CONFORMITY OF THE IMPROVEMENTS TO ANY PLANS OR SPECIFICATIONS FOR THE PROPERTY THAT MAY BE PROVIDED TO BUYER, (L) THE CONFORMITY OF THE PROPERTY TO APPLICABLE ZONING OR BUILDING CODE REQUIREMENTS, (M) THE EXISTENCE OF SOIL INSTABILITY, PAST SOIL REPAIRS, SUSCEPTIBILITY TO LANDSLIDES, SUFFICIENCY OF UNDER-SHORING, SUFFICIENCY OF DRAINAGE, OR ANY OTHER MATTER AFFECTING THE STABILITY OR INTEGRITY OF THE LAND OR ANY BUILDINGS OR IMPROVEMENTS SITUATED THEREON, OR (N) WHETHER THE PROPERTY IS LOCATED IN A SPECIAL STUDIES ZONE UNDER THE PUBLIC RESOURCES CODE OR A SEISMIC HAZARDS ZONE OR A STATE FIRE RESPONSIBILITY AREA, OR A SPECIAL FLOOD HAZARD ZONE OR FLOOD PLAIN, OR IN THE PRESENCE OF WETLANDS OR SHORELAND. BUYER ACKNOWLEDGES THAT THE PROPERTY MAY NOT BE IN COMPLIANCE WITH APPLICABLE ZONING, BUILDING, HEALTH OR OTHER LAW OR CODES, AND NEITHER SELLER NOR ANY PERSON ACTING AS SELLER'S REPRESENTATIVE OR AGENT HAS OCCUPIED THE PROPERTY AND THAT THE PROPERTY MAY NOT BE IN HABITABLE CONDITION.

BUYER FURTHER ACKNOWLEDGES AND AGREES THAT, WITHOUT LIMITATION, SELLER HAS NOT MADE, DOES NOT MAKE, AND SPECIFICALLY DISCLAIMS ANY REPRESENTATIONS REGARDING COMPLIANCE WITH THE AMERICANS WITH DISABILITIES ACT OR WITH ANY ENVIRONMENTAL PROTECTION, POLLUTION OR LAND USE LAWS, RULES, REGULATIONS, ORDERS OR REQUIREMENTS, AS DEFINED BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY REGULATIONS OR THE DISPOSAL OR EXISTENCE, IN OR ON THE PROPERTIES, OF ANY HAZARDOUS SUBSTANCE, AS DEFINED BY THE COMPREHENSIVE ENVIRONMENTAL RESPONSE COMPENSATION AND LIABILITY ACT OF 1980, AS AMENDED, AND REGULATIONS PROMULGATED THEREUNDER.

UPON CLOSE OF ESCROW, BUYER ACKNOWLEDGES AND AGREES THAT SELLER AND ITS AGENTS AND ASSIGNS HAVE NO FURTHER RESPONSIBILITY, OBLIGATION OR LIABILITY TO BUYER. BUYER AGREES THAT SELLER AND ITS AGENTS AND ASSIGNS SHALL HAVE NO LIABILITY FOR ANY CLAIM OR LOSSES BUYER OR BUYER'S SUCCESSORS AND ASSIGNS MAY INCUR AS A RESULT OF DEFECTS THAT MAY NOW OR MAY HEREAFTER EXIST WITH RESPECT TO THE PROPERTY, AND BUYER SHALL HOLD HARMLESS, INDEMNIFY AND DEFEND SELLER FROM ANY SUCH CLAIM.

BUYER AND ANYONE CLAIMING BY, THROUGH OR UNDER THE SAME HEREBY FULLY AND IRREVOCABLY RELEASES SELLER AND ITS EMPLOYEES, OFFICERS, DIRECTORS, REPRESENTATIVES, ATTORNEYS, BROKERS AND AGENTS FROM ANY AND ALL CLAIMS THAT HE/SHE/IT OR THEY MAY NOW HAVE OR HEREAFTER ACQUIRE AGAINST SELLER AND ITS EMPLOYEES, OFFICERS, DIRECTORS, REPRESENTATIVES, ATTORNEYS, BROKERS AND AGENTS FOR ANY COST, LOSS, LIABILITY, DAMAGE, EXPENSE, DEMAND, ACTION OR CAUSE OF ACTION ARISING FROM OR RELATING TO ANY CONSTRUCTION DEFECTS, ERRORS, OMISSIONS OR OTHER CONDITIONS, INCLUDING ENVIRONMENTAL MATTERS, AFFECTING THE PROPERTY, OR ANY PORTION THEREOF. THIS RELEASE INCLUDES CLAIMS OF WHICH BUYER IS PRESENTLY UNAWARE OR DOES NOT PRESENTLY SUSPECT TO EXIST IN HIS/HER/ITS FAVOR WHICH, IF KNOWN BY BUYER, WOULD MATERIALLY AFFECT BUYER'S RELEASE OF SELLER. BUYER SPECIFICALLY WAIVES THE PROVISIONS OF CALIFORNIA CIVIL CODE SECTION 1542 WHICH PROVIDES AS FOLLOWS:

"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."

10. <u>CONVEYANCE OF TITLE.</u> Insurable title shall be delivered to Buyer by Deed on a form acceptable to Seller in Seller's sole and absolute discretion. Seller shall be under no obligation to remove any exception or to bring any action or proceeding or bear any expense in order to enable Seller to convey title to the Property in accordance with this Agreement or otherwise make the title to the Property insurable. **IF, FOR ANY REASON, SELLER IS UNABLE TO DELIVER INSURABLE TITLE TO BUYER OR UNWILLING TO CURE ANY DEFECTS OF TITLE AT THE CLOSE OF ESCROW AND SUCH ESCROW CLOSING DATE IS NOT EXTENDED OR OTHERWISE AMENDED IN THE SOLE AND ABSOLUTE DISCRETION OF SELLER AS SET FORTH ELSEWHERE IN THIS AGREEMENT, THEN EITHER PARTY MAY CANCEL THE ESCROW BY WRITTEN NOTICE TO THE OTHER PARTY AND THE ESCROW HOLDER. IN SUCH EVENT, ESCROW HOLDER SHALL RETURN TO BUYER (AS BUYER'S SOLE AND EXCLUSIVE REMEDY) THE EARNEST MONEY DEPOSIT LESS AN AMOUNT EQUAL TO BUYER'S EXPENSES SET FORTH IN *SECTION 11* BELOW, AND SELLER AND BUYER SHALL EACH BEAR ONE-HALF OF THE CANCELLATION FEES OF THE ESCROW HOLDER AND THE TITLE COMPANY. UPON RETURN OF THE EARNEST MONEY DEPOSIT AS PROVIDED IN THIS SECTION, THIS AGREEMENT SHALL BE TERMINATED, AND BUYER AND SELLER SHALL BE RELEASED FROM ANY FURTHER OBLIGATION, EACH TO THE OTHER, IN CONNECTION WITH THIS AGREEMENT. BUYER GRANTS SELLER THE UNILATERAL RIGHT TO EXECUTE CANCELLATION INSTRUCTIONS IN THE EVENT THAT SELLER ELECTS TO CANCEL ESCROW.**

11. <u>COSTS AND PRORATIONS.</u>

    A.  <u>PRORATIONS.</u> The Escrow Holder shall prorate all real property taxes, assessments and like charges, rents, homeowner association regular, special and emergency dues and assessments imposed prior to Close of Escrow, payments on bonds, Mello-Roos payments and other special assessment district bonds and assessments. Seller shall provide Escrow Holder with any rent rolls in Seller's possession that would assist Escrow Holder in prorating rents. If the regular homeowner association dues were paid prior to the Close of Escrow for a period of time subsequent to the Close of Escrow, then Buyer shall pay to Seller that portion of the assessment attributable to the period of time after the date of the Close of Escrow. Any homeowners' association transfer fees or document fees payable in connection with the sale of the Property from Seller to Buyer shall be paid by Buyer. Insurance premiums will not be prorated. Seller cannot endorse or assign existing insurance policies (if any) to Buyer, and Seller may cancel any existing insurance on the Property as of the close of escrow.

    B.  <u>SELLER'S EXPENSES.</u> Seller shall pay the premium for the owner's title insurance policy identified in Section 6B above, Seller's share of prorations under *Section 11A* above, any documentary transfer tax, real property transfer taxes or deed tax that may be imposed by the State, County and/or City in which the Property is located. Escrow Holder is hereby authorized to pay from Seller's proceeds Seller's expenses set forth in this Section.

    C.  <u>BUYER'S EXPENSES.</u> Buyer shall pay all costs of credit reports, loan fees, loan points and other costs of obtaining the New First Mortgage/Trust Deed Loan, lender's title insurance charges for the policy of the lender of the New First Mortgage/Trust Deed Loan, all escrow fees and charges unless otherwise required by law or agreed to in writing by Seller, tax service fees, recordation fees for the grant deed and any deed of trust, Buyer's share of prorations and charges under *Section 11A* above, and first month's condominium/homeowner's association membership fees and assessments, if any, and other closing costs of Buyer. Any and all termite clearances and reports and any inspections required by any lender, and/or repairs recommended or required by any termite and/or property inspection report including, but not limited to, any roof certifications shall all be at the sole cost and expense of Buyer. Buyer authorizes Escrow Holder to debit the Buyer's account in the amount of Twenty Dollar ($20.00) fee at the Close of Escrow in the event Buyer fails to deposit with Escrow Holder a change of ownership statement. The foregoing costs and expenses shall be paid by Escrow Holder on Buyer's behalf from funds deposited into Escrow by Buyer.

    D.  <u>KEYS AND REMOTES.</u> At Close of Escrow Seller shall provide Buyer with a key to the front door of the Property to the extent in Seller's possession. Any and all keys, including garage door keys, pool keys, security keys, and mail box keys, may not be provided by Seller and, if not provided, Buyer must obtain same at their own expense. All remote control devices must also be obtained by Buyer at Buyer's own expense.

E. **PRE-CLOSING EXPENSES.** Buyer and Seller are aware that the Escrow Holder may incur certain expenses during the course of processing this Escrow which must be paid prior to the Close of Escrow. Such costs may include, but are not limited to, demand request fees, homeowner association document fees, courier fees, overnight mail service and City building reports, if applicable. Escrow Holder is authorized and instructed to release funds for payment of such costs prior to the Close of Escrow from funds deposited into Escrow by Buyer. The parties acknowledge that said funds are not refundable and Escrow Holder is specifically released from all responsibility and/or liability for payment of any funds pre-released through the Escrow. At Close of Escrow, Escrow Holder is authorized to charge the appropriate party for costs incurred or credit either one if necessary.

F. **POST-CLOSING TAX ADJUSTMENTS.** Buyer agrees to pay any shortages in taxes directly to the taxing authority, if such shortages were attributable to the time period from and after the Close of Escrow. Seller agrees to pay any shortages in taxes attributable to periods of time prior to the Close of Escrow upon notification of such shortages by Buyer to Seller. Seller shall have no obligation to pay such shortages unless Buyer notifies Seller in writing and submits the tax bill to Seller not later than ten (10) days from the date of the Close of Escrow.

12. **DEFAULT AND REMEDIES.** By initialing below, Buyer and Seller elect for this entire Section to apply:

A. **BUYER DEFAULT.** BUYER AND SELLER AGREE THAT IF BUYER FAILS TO COMPLETE THIS PURCHASE BY REASON OF ANY DEFAULT OF BUYER, AS DETERMINED BY SELLER IN ITS SOLE DISCRETION: (1) SELLER SHALL BE RELEASED FROM OBLIGATION TO SELL THE PROPERTY TO THE BUYER, AND (2) BUYER AND SELLER EXPRESSLY AGREE THAT IT WOULD BE EXTREMELY DIFFICULT TO DETERMINE SELLER'S ACTUAL DAMAGES AS A RESULT OF SUCH A DEFAULT BY BUYER, THEREFORE THE PARTIES AGREE THAT SELLER SHALL RETAIN AS LIQUIDATED DAMAGES FOR BREACH OF THIS AGREEMENT AN AMOUNT EQUAL TO THE EARNEST MONEY DEPOSIT OR THE MAXIMUM ALLOWABLE AMOUNT PURSUANT TO LAW, WHICHEVER IS GREATER. (PROVIDED, HOWEVER, THE AMOUNT RETAINED SHALL BE NO MORE THAN THREE PERCENT (3%) OF THE TOTAL PURCHASE PRICE IF THE PROPERTY IS A DWELLING WITH NO MORE THAN FOUR UNITS, ONE OF WHICH BUYER INTENDS TO OCCUPY AS BUYER'S RESIDENCE, ANY EXCESS SHALL BE PROMPTLY RETURNED TO BUYER). NOTWITHSTANDING ALL OF THE FOREGOING, SELLER RETAINS THE RIGHT TO PROCEED AGAINST BUYER FOR ENFORCEMENT OF BUYER'S INDEMNIFICATION/DEFENSE/HOLD HARMLESS OBLIGATIONS UNDER THIS AGREEMENT. IN ANY AND EVERY EVENT BUYER SHALL NOT HAVE THE RIGHT TO SEEK OR OBTAIN SPECIFIC ENFORCEMENT OF THIS AGREEMENT.

B. **SELLER DEFAULT.** BUYER AND SELLER AGREE THAT IF SELLER IS UNABLE TO PERFORM AS REQUIRED BY THIS AGREEMENT, THEN THIS AGREEMENT MAY BE CANCELLED UPON SELLER'S WRITTEN NOTICE TO BUYER. IN SUCH EVENT, BUYER'S DEPOSIT SHALL BE RETURNED TO BUYER; SUCH RETURN OF BUYER'S DEPOSIT SHALL BE BUYER'S SOLE AND EXCLUSIVE REMEDY IN SUCH EVENT.

C. **WAIVER OF SPECIFIC PERFORMANCE REMEDY.** AS A MATERIAL PART OF THE CONSIDERATION TO BE RECEIVED BY SELLER UNDER THIS AGREEMENT, BUYER WAIVES ALL RIGHTS TO FILE AND MAINTAIN AN ACTION AGAINST SELLER FOR SPECIFIC PERFORMANCE AND TO RECORD A LIS PENDENS AGAINST THE PROPERTY IF A DISPUTE ARISES CONCERNING THIS AGREEMENT. BUYER AGREES THAT THE PROPERTY IS NOT UNIQUE AND THAT IN THE EVENT OF SELLER'S DEFAULT OR MATERIAL BREACH OF THE AGREEMENT, BUYER CAN BE ADEQUATELY AND FAIRLY COMPENSATED SOLELY BY RECEIVING A RETURN OF BUYER'S DEPOSIT. UPON RETURN OF BUYER'S DEPOSIT, THE AGREEMENT SHALL BE TERMINATED, BUYER AND SELLER HEREBY IRREVOCABLY INSTRUCT ESCROW HOLDER TO RETURN ALL FUNDS AND DOCUMENTS TO THE PARTY THAT DEPOSITED THEM WITHOUT FURTHER DIRECTION.

SELLER'S INITIALS _____/_____                    BUYER'S INITIALS _____/_____

13. <u>ARBITRATION OF DISPUTES.</u>  BUYER AND SELLER AGREE THAT ANY DISPUTE OR CLAIM IN LAW OR EQUITY ARISING BETWEEN THEM OUT OF THIS AGREEMENT SHALL BE DECIDED BY NEUTRAL, BINDING ARBITRATION HELD IN ORANGE COUNTY CALIFORNIA, WITH AND UNDER THE COMMERCIAL DISPUTE RESOLUTION RULES OF JAMS OR THE AAA.  IN ADDITION, ANY DISPUTE ARISING OUT OF THIS AGREEMENT, INCLUDING ITS INTERPRETATION, ENFORCEABILITY, AND THE ARBITRABILITY OF DISPUTES BETWEEN THE PARTIES WILL BE DECIDED BY THE ARBITRATOR.  JUDGMENT UPON THE AWARD RENDERED BY THE ARBITRATOR(S) MAY BE ENTERED IN ANY COURT HAVING JURISDICTION THEREOF.

BY SIGNING IN THE SPACE BELOW, BUYER AND SELLER ARE AGREEING TO HAVE ANY DISPUTE ARISING OUT OF THE MATTERS INCLUDED IN THE "ARBITRATION OF DISPUTES PROVISION" DECIDED BY NEUTRAL BINDING ARBITRATION AS PROVIDED BY CALIFORNIA LAW AND ARE GIVING UP ANY RIGHTS BUYER AND SELLER MIGHT POSSESS TO HAVE THE DISPUTE LITIGATED IN A COURT OR JURY TRIAL.  BY SIGNING IN THE SPACE BELOW, BUYER AND SELLER ARE GIVING UP THEIR JUDICIAL RIGHTS TO DISCOVERY AND APPEAL, UNLESS THOSE RIGHTS ARE SPECIFICALLY INCLUDED IN THE "ARBITRATION OF DISPUTES" PROVISION.  IF EITHER PARTY REFUSES TO SUBMIT TO ARBITRATION AFTER AGREEING TO THIS PROVISION, THAT PARTY MAY BE COMPELLED TO ARBITRATE UNDER THE AUTHORITY OF THE CALIFORNIA CODE OF CIVIL PROCEDURE. BUYER'S AND SELLER'S AGREEMENT TO THIS ARBITRATION PROVISION IS VOLUNTARY.

WE HAVE READ AND UNDERSTAND THE FOREGOING AND AGREE TO SUBMIT DISPUTES ARISING OUT OF THE MATTERS INCLUDED IN THE "ARBITRATION OF DISPUTES' PROVISION TO NEUTRAL ARBITRATION.

SELLER'S SIGNATURE: _____     BUYER'S SIGNATURE: _____

BUYER'S SIGNATURE: _____

14. <u>RISK OF LOSS.</u>  If any material portion of the Property is damaged or destroyed prior to the Close of Escrow, Seller shall give Buyer written notice thereof.  Buyer shall have the option, exercisable within ten (10) business days after receipt of such written notice, to either (a) terminate this Agreement, or (b) consummate this Agreement in accordance with its terms.  In any event, Seller shall not be deemed in default under this Agreement as a result of such damage or destruction.  Buyer shall be deemed to have waived its right to terminate this Agreement if Buyer does not notify Seller in writing of its election to terminate this Agreement within ten (10) business days after receipt of Seller's written notice of material damage.  Notwithstanding the foregoing, any termination notice given by Buyer under this Section shall be rendered ineffective if, within five (5) calendar days after Seller's receipt of such written notice, Seller delivers to Buyer Seller's written agreement to repair at its sole cost and expense all such damage.  In such event the Close of Escrow shall be deemed automatically extended to the third (3rd) business day following Seller's completion of such repair.  Buyer shall not be entitled to any insurance proceeds or obtain any rights which respect to any claims Seller may have with regard to insurance maintained by Seller with respect to the Property.

15. <u>JOINT ESCROW INSTRUCTIONS TO ESCROW HOLDER.</u>  The following paragraphs, or applicable portions thereof, of this Agreement constitute the joint escrow instructions of Buyer and Seller to Escrow Holder, which Escrow Holder is to use along with any related additional escrow instructions as referred to in *Section 6G*, general provisions and/or mutual instructions to close the Escrow.  The paragraphs from this Agreement are 1, 3, 4, 5, 6, 10, 11 and 16.

16. <u>MISCELLANEOUS MATTERS.</u>

    A.  <u>ASSIGNMENT OF BUYER'S INTEREST.</u>  Buyer may not assign his, her, their and/or its right, title or interest in this transaction without the express prior written consent of the Seller which may be withheld in the sole and absolute discretion of Seller.

    B.  <u>MULTIPLE LISTING SERVICE.</u>  If Broker is a participant of an Association/Board multiple listing service ("*MLS*"), the Broker is authorized to report the sale, its price, terms, and financing for the publication, dissemination, information and use of the MLS, its parent entity, authorized members, participants and subscribers.

C. **TITLES, HEADINGS, AND CAPTIONS.** All titles, headings, and captions used in this Agreement have been included for administrative convenience only and do not constitute matters to be construed in interpreting this Agreement.

D. **OTHER AGREEMENTS.** This Agreement constitutes the entire agreement between Buyer and Seller concerning the subject matter hereof and there are no oral or other written agreements between Buyer and Seller. All negotiations are merged into this Agreement. This Agreement shall not be modified or amended except by an instrument in writing signed by Buyer and Seller. No oral promises, representations (express or implied), warranties or agreements made by the Seller or Broker shall be deemed valid or binding upon the Seller unless expressly included in this agreement.

E. **ATTORNEYS' FEES.** In any action, proceeding or arbitration arising out of this Agreement, the prevailing party shall be entitled to reasonable attorney's fees and costs.

F. **SEVERABILITY/INTERPRETATION.** In the event that any portion of this Agreement shall be judicially determined to be invalid or unenforceable, the same shall, to that extent, be deemed severable from this Agreement and the invalidity or unenforceability thereof shall not affect the validity and enforceability of the remaining portion of this Agreement. The remainder of this Agreement shall remain in full force and effect and shall be construed to fulfill the intention of the parties hereto. Buyer and Seller acknowledge that each party has reviewed this Agreement and has had adequate opportunity to consult legal counsel with respect thereto and that the rule of construction to the effect that any ambiguities are to be resolved against the drafting party shall not be employed in the interpretation of this Agreement or any amendments hereto.

G. **TIME IS OF THE ESSENCE.** Time is of the essence for the performance of each and every covenant of Buyer under this Agreement and the satisfaction of each and every condition imposed upon Buyer under this Agreement.

H. **GOVERNING LAW.** All questions with respect to the construction of this Agreement, and the rights and liabilities of the parties hereto, shall be governed by the laws of the State of California in the courts of Orange County, California. The state and federal courts located in Orange County, California shall be proper forums for any legal controversy between the parties arising in connection with this Agreement, which courts shall be the exclusive forums for all such suits, actions or proceedings. The parties further irrevocably consent to the service of process in connection with any such controversy by the mailing by registered or certified mail, postage prepaid, at the respective addresses set forth in, or designated pursuant to, this Agreement.

I. **COUNTERPARTS.** This Agreement may be executed in multiple counterparts by the parties hereto. All counterparts so executed shall constitute one agreement binding upon all parties, notwithstanding that all parties are not signatories to the original or the same counterpart. Each counterpart shall be deemed an original Agreement all of which shall constitute one agreement to be valid as of the date of this Agreement.

J. **FURTHER ASSURANCES.** The parties hereto hereby agree to execute such other documents, and to take such other actions as may reasonably be necessary, to further the purposes of this Agreement.

K. **GENDER/NUMBER/REFERENCES TO SELLER.** Whenever the context indicates that such is the intent, words in the singular number shall include the plural and vice versa, and the masculine shall include the feminine and vice versa. Pronouns shall be deemed to refer to all genders. All provisions herein for the benefit of Seller shall be deemed to be for the benefit of Seller and all of Seller's agents and sub-agents (including without limitation Real Estate Disposition Corporation, auctioneer(s) and any Seller's broker(s)) and each of their respective officers, directors, shareholders, employees, attorneys, representatives, affiliates, subsidiaries.

L. **SURVIVAL OF INDEMNIFICATION/DEFENSE/HOLD HARMLESS.** Any indemnification, defense or hold harmless obligation of Buyer for the benefit of Seller in this Agreement shall survive the Close of Escrow and/or termination of this Agreement.

-14-

M. **FULL PERFORMANCE.** Seller's delivery of the Deed to the Property to Escrow Holder shall be deemed to be full performance and discharge of all of Seller's obligations under this Agreement.

N. **ADDITIONAL DOCUMENTS.** All parties signing this Agreement hereby acknowledge receipt of a copy of this Agreement.

O. **AGREEMENT NOT RECORDABLE; PERSONS BOUND; NOTICE; FACSIMILE.** Neither this Agreement nor any notice of it shall be recorded in any public records. This Agreement shall bind and inure to the benefit of the parties and their successors in interest. All notices, approvals, and other communications contemplated, given, or required under this Agreement shall be in writing and shall be deemed given and received upon receipt if: (a) delivered personally; or (b) mailed by registered or certified mail return receipt requested, postage prepaid; (c) sent by a nationally recognized overnight courier; or (d) if delivered via facsimile transmission, provided receipt is confirmed by telephone or by a statement generated by the transmitting machine, in any case to the Parties at the following addresses or facsimile numbers (or at such address or facsimile number for a Party as will be specified by like notice). Notice to the Buyer shall be given as set forth in section 1B herein and to the Seller at SELLER, c/o Real Estate Disposition Corporation, One Mauchly, Irvine, CA 92618, facsimile number (949) 454-7456.

Executed as of the date first above written:

SELLER:                                          BUYER(S):

_____                 _____

By: _____                 Print Name: _____

Title: _____

SELLER:                                          _____

_____                 Print Name: _____

By: _____

Title: _____

BUYER'S BROKER (if any):                         **ESCROW HOLDER ACKNOWLEDGEMENT:**

Broker/Agent hereby represents that it has registered    Escrow Holder acknowledges receipt of a copy of
at the Auction as a Registered Broker/Agent and is       this Agreement and deposit in the amount of
not a principal in the transaction (as such              $_____ and agrees to act as Escrow
terms are defined in the Brochure):                      Holder subject to Paragraph 15 of this Agreement,
                                                         the terms of Escrow Holder's general provisions set
                                                         forth in Exhibit C, and any supplemental escrow
_____                          instructions agreed upon by the parties.

By: _____

License Number:_____                  By:_____

-15-

**EXHIBIT A**

**LEGAL DESCRIPTION OF THE PROPERTY**

EXHIBIT B

ADDITIONAL DISCLOSURES

Real Estate Agency Relationship
Water Heater Statement of Compliance
Smoke Detector Statement of Compliance
Federal Lead Based Paint Disclosure (if pre-1978)
Agent's Visual Inspection Disclosure
Agent's Inspection Disclosure REDC
Pamphlet: "Protect Your Family From Lead in Your Home"
Pamphlet "Homeowners Guide to Earthquake Safety"
Pamphlet "Residential Environmental Hazards: A Guide for Homeowners, Buyers, Landlords, and Tenants"
Meagan's Law (Registered Sex Offender Database)

If Applicable:
Death on Property in Last 3 Years
Release of Illegal Controlled Substance Remediation Order ("Drug Lab" Clean Up Order)
FHA/HUD Inspection Notice

THIS IS A POST-FORECLOSURE TRANSACTION

Buyer acknowledges that the purchase of the Property results from a transfer made by a beneficiary under a deed of trust who acquired the Property at a sale conducted pursuant to a power of sale under a deed of trust, or deed in lieu thereof, as described in California Civil Code §§1102.2(c) and 1103(a)(2).  Therefore, Seller is exempt from requirements regarding the making of certain disclosures, including without limitation disclosures under the Real Estate Transfer Disclosure Statement (see Civil Code Section 1102, et. seq.), and under the Natural Hazards Disclosure Statement (see Civil Code Section 1103, et. seq.).  As a result, any rights Buyer may have had in connection with such Disclosure Statements under California law shall not be available including without limitation any right to terminate this Agreement under Civil Code Section 1102, et. seq.  Further, Seller is not familiar with the condition of the Property, other than as may be disclosed in any inspection reports obtained by or on behalf of Seller, Seller's representatives or agents or that Seller may have received otherwise.  Any such reports or disclosures furnished by Seller or its agents in connection herewith shall be for informational purposes only, are not made part of this Agreement, and Seller makes no representations or warranties about their accuracy or completeness.

ANY REPORTS FURNISHED BY SELLER OR ITS AGENTS IN CONNECTION WITH THE PROPERTY ARE FOR INFORMATIONAL PURPOSES ONLY AND SELLER MAKES NO REPRESENTATIONS OR WARRANTIES ABOUT THEIR ACCURACY OR COMPLETENESS.

TO SELLER'S ACTUAL KNOWLEDGE, IT KNOWS OF NO FACTS THAT COULD ADVERSELY AND SIGNIFICANTLY AFFECT BUYER'S USE AND ENJOYMENT OF THE PROPERTY OR ANY INTENDED USE OF THE PROPERTY OF WHICH SELLER IS AWARE.

CALIFORNIA SEX OFFENDER INFORMATION.  Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov.  Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.  The public is authorized to gain access to certain sex offender information through the California Sex Offender Registry or by contacting local law enforcement offices in the community where the property is located.  For a list of California law enforcement agencies, visit http://www.meganslaw.ca.gov/pdf/LEAcontact.pdf  or contact:

Exhibit B

Buyer's Initials    _____/_____

California Department of Justice
Sex Offender Tracking Program
P. O. Box 903387
Sacramento, CA 94203-3870

(916) 227-4974
MegansLaw@doj.ca.gov

**AIRPORT NOISE.** Buyers should investigate the impact of airport flight paths and the noise levels at different times of the day over that property. For more information on airport noise, visit the California Department of Transportation, Division of Aeronautics.

**SMOKE DETECTOR STATEMENT OF COMPLIANCE.** Whenever a sale (or exchange) of a single family dwelling occurs, the seller must provide the buyer with a written statement representing that the property is in compliance with California law regarding smoke detectors. The State Building Code mandates that all existing dwelling units have a smoke detector installed in a central location outside each sleeping area. In a two-story home with bedrooms on both floors, at least two smoke detectors would be required. *(Health and Safety Code Section 13113.8; California Building Code Section 1210; State Fire Marshall Regulation 92-04)*

*Seller hereby represents that the property sold pursuant to this Agreement is in compliance with California law regarding smoke detectors.*

**CERTIFICATION REGARDING WATER HEATER'S SECURITY AGAINST EARTHQUAKE.** The seller hereby certifies that the water heater has been braced, anchored or strapped to resist falling or horizontal movement due to earthquake motion pursuant to the minimum standards set forth in the California Plumbing Code. *(Health and Safety Code Section 19211)*

**BUILDING & ZONING CODES.** Buyer(s) should consult the local jurisdiction for information on building and zoning codes or information about transportation beltways and/or planned or anticipated land use within proximity of the subject property.

**METHAMPHETAMINE CONTAMINATION .** Seller has no actual knowledge of any potential contamination or suspected contamination by methamphetamine laboratory activity nor of any order prohibiting its use or habitation.

**ENVIRONMENTAL HAZARDS.** Seller is not aware of a defect or hazard however this does not mean that it does not exist. It is the buyer's responsibility to be informed and take additional steps to further investigate. Some potential hazards that may be found in California include:
Radon (www.epa.gov/radon)
Floods http://www.epa.gov/ebtpages/emernaturaldisastefloods.html
Methamphetamine Labs (Cal. Health & Safety § 25400.10 et. seq.)

Wood-Burning Devices (http://www.epa.gov/iaq/pubs/combust.html)
Underground Storage Tanks (http://www.epa.gov/ebtpages/industoragetanks undergroundstoragetanks.html)
Well & Septic Systems (http://www.epa.gov/ebtpages/wategroundwaterwells.html)
Contaminated Soils http://www.epa.gov/ebtpages/pollsoilcontaminants.html
Groundwater (www.epa.gov/safewater/protect/citguide.html)
For more information on environmental hazards, visit www.epa.gov.

Exhibit B
Buyer's Initials            _____/_____

**EXHIBIT C**

**ADDITIONAL ESCROW INSTRUCTIONS**

Exhibit C

# EXHIBIT "8"

**Exhibit "8"**

## TERMS AND CONDITIONS

Note: For those properties identified as being new builder liquidation, please review the property specific listing at
www.USHomeAuction.com for terms and conditions.

The Auction will be conducted by Real Estate Disposition Corporation ("Auctioneer"). Auctioneer, as used in these Terms and Conditions, shall include but not be limited to, any and all of its agents, employees, representatives, officers and directors. These Terms and Conditions generally describe the Auction of real properties (individually, a "Property" and collectively, the "Properties") owned by the various selling entities ("Seller"). The Sellers of the Properties listed herein have instructed Auctioneer to auction the listed Properties on the Terms and Conditions set forth below. Prospective purchasers who register in accordance with the instructions below will be deemed "Bidders" at the Auction. Winning Bidders (each a "Winning Bidder") will be required to execute a Purchase Agreement (the "Purchase Agreement"), which Purchase Agreement will incorporate many of these Terms and Conditions.

These Terms and Conditions are organized into the following sections:

1.    Registration
2.    Due Diligence
3.    Bidding and Buying at the Auction
4.    Financing Your Purchase
5.    Broker/Agent Participation
6.    General Auction Information
7.    Key Things to Remember

## 1. REGISTRATION

Registration is required in order to bid at the Auction and there is no fee to register. In order to register for the Auction, please go to **www.USHomeAuction.com** and fill out the on-line Registration Form. Remember to print it and bring it with you on the date of the auction. You may also mail your Registration Form to Attn: REDC Registration, One Mauchly, Irvine, CA 92618. Your Registration Form should be received no later than two (2) business days prior to Auction day. If received, we will endeavor to update you with any pertinent information. Prospective purchasers who register on Auction day will be required to complete the Registration Form at that time. We highly recommend registering well in advance of Auction day to enhance your chances of being notified of any pertinent changes that may take place prior to Auction day. Upon arriving at the Auction, you will be required to confirm your registration subject to meeting the minimum requirements set forth herein, including, but not limited to, verification that you have in your possession Cash or a Cashier's Check (made payable to you) of no less than Five Thousand Dollars ($5,000) for the Property you intend to purchase. Prospective purchasers who intend to purchase more than one Property must have Cash or a Cashier's Check (made payable to you) of no less than Ten Thousand Dollars ($10,000) for each Property beyond their first purchase. Upon confirmation of your registration, you will be given a bidder card with which to bid at the Auction.

## 2. DUE DILIGENCE

Inspection. Each Property is scheduled to have at least three (3) open houses (except for Occupied Properties – see below for Occupied Property inspection details). All Bidders (whether pre-registered or registering on Auction day) must fully complete their Property due diligence prior to the Auction. Winning Bidders shall represent, covenant, and warrant that they are purchasing the Property relying solely on their independent inspection of the Property in its existing condition. Neither Sellers nor Auctioneer shall be liable for any allowance, adjustment or revision based upon the failure of the Property, appliances, or floor plans to conform to any specific standards. Any information provided by Sellers or Auctioneer regarding sizes, floor plans, square footage and/or bedrooms/bathrooms for the Properties are approximations only and are based on information available. Actual sizes, floor plans, square footage and/or bedroom/bathrooms may vary. In addition, the information provided in connection with the term "Previously valued to" refers to the higher of (a) the appraised value of the Property in connection with the most recent mortgage on the Property, (b) the most recent asking price, (c) the assessed value or (d) the most recent broker price opinion.

YOU SHOULD PERSONALLY INSPECT ALL PROPERTIES YOU ARE INTERESTED IN PURCHASING. EACH PROSPECTIVE PURCHASER ASSUMES ALL RISKS ASSOCIATED WITH ANY SUCH INSPECTION. YOUR INSPECTION SHOULD INCLUDE A THOROUGH PHYSICAL INSPECTION OF THE PROPERTY AND OF THE DOCUMENTS WHICH HAVE BEEN MADE AVAILABLE ON-LINE AT THE AUCTION WEBSITE (WWW.USHOMEAUCTION.COM), AT THE PROPERTY SITE ON THE OPEN HOUSE DATES AND/OR AT THE AUCTION. EACH PROPERTY IS BEING SOLD "AS IS, WHERE IS, AND WITH ALL FAULTS", WITH NO GUARANTEE OR WARRANTY WHATSOEVER, AND IN ACCORDANCE WITH THE CONDITIONS HEREINAFTER DESCRIBED AND AS FURTHER DESCRIBED IN THE PURCHASE AGREEMENT (SEE BELOW FOR MORE DETAILS). IT IS THE RESPONSIBILITY OF ALL BIDDERS TO INSPECT EACH PROPERTY(IES) THEY DESIRE TO BID UPON PRIOR TO THE AUCTION AND TO SATISFY THEMSELVES AS TO ITS PHYSICAL CONDITION. YOU MAY WISH TO CONSULT WITH A LICENSED REAL ESTATE BROKER OR CONTRACTOR IN CONNECTION WITH ANY PROSPECTIVE BID. ALL SALES ARE SUBJECT TO THE TERMS AND CONDITIONS CONTAINED IN THE PURCHASE AGREEMENT. NO SALE WILL BE CONTINGENT UPON INSPECTION OF THE PROPERTY AFTER THE AUCTION UNLESS OTHERWISE SPECIFICALLY PERMITTED UNDER THE PURCHASE AGREEMENT. NO PROPERTIES WILL BE OPEN FOR INSPECTION OR ACCESS AFTER THE AUCTION UNTIL CLOSING HAS OCCURRED. PLEASE BID ACCORDINGLY.

Occupied Properties. Unless otherwise indicated in the Auction brochure or on the Auction website, an "Occupied Property" shall mean a single family residence that is occupied and unavailable for inspection prior to the auction (excludes a Property that consists of two or more multi-family units of which some or all units are occupied and unavailable for inspection prior to the auction). Please do not disturb the current tenants. As with all other Properties, Occupied Properties will be offered at Auction and will be sold on an "AS-IS, WHERE IS, AND WITH ALL FAULTS" basis (see below for more details). The only contingency for the sale of these Occupied Properties shall be a seven (7) calendar day inspection period which shall begin upon the receipt by Winning Bidder of a "Notification to the Buyer of Vacancy." Winning Bidder will then have seven (7) calendar days to do a physical inspection of the premises and approve or decline said transaction. If Winning Bidder chooses to cancel the purchase as a result of such inspection, Winning Bidder must provide written notice to Auctioneer (address correspondence to: Real Estate Disposition Corporation, One Mauchly, Irvine, CA 92618) within three (3) business days following the expiration of the seven (7) calendar day inspection period. Notice shall be deemed given when sent. After delivering such notice of cancellation, Winning Bidder's only remedy shall be the return of all funds deposited and neither Winning Bidder nor Seller shall have any further obligation to one another. Failure to inspect the

Property and/or provide notice of cancellation within the required timeframe shall be deemed an approval of the sale for these purposes and a waiver of any right to cancel based on such inspection.

Inspection Indemnity.  In connection with any due diligence, inspection, visit and/or investigation of the Property by prospective purchasers, Bidders and/or Winning Bidders or any person/entity on their behalf (the "Inspectors"), shall (1) keep the Property free and clear of liens, (2) repair all damage arising from such inspection, and (3) indemnify, defend and hold Seller and Auctioneer harmless from all liability, claims, demands, damages and/or costs directly or indirectly arising therefrom.  Inspectors shall carry, or require anyone acting on Inspector's behalf to carry, policies of liability, workers' compensation and other applicable insurance, defending and protecting Seller and Auctioneer from liability for any injuries to persons or property occurring during any inspection prior to close of the transaction.

Documents.  Prospective purchasers are advised to visit the Auction website at www.USHomeAuction.com in order to thoroughly review (a) the Purchase Agreement, (b) disclosure documentation (if any) and (c) other pertinent information (if any).  Such documents ("Property Information Packages") may also be available at the Properties during the open houses, and shall be available at the Auction locations on the date of the Auction.

Exclusion/Disclaimer of Warranty.  Neither Seller nor Auctioneer makes any representations or warranties as to the accuracy or completeness of any information contained on-line at the Auction website, in the Auction brochure or in the Property Information Packages available at the Property and/or the Auction.

Upon registering as a Bidder and bidding at the Auction, each Bidder shall be deemed to represent, warrant and agree that with respect to each Property it bids upon (a) that such Bidder has examined, or has had the opportunity to examine, the Property and is familiar with the physical condition thereof and has conducted such investigation of the Property as the Bidder has considered appropriate, (b) neither Auctioneer nor Seller, nor any affiliate, agent, officer, employee or representative of either of them has made any verbal or written representations, warranties, promises or guarantees whatsoever to the Bidder, expressed or implied, and in particular, that no such representations, warranties, guarantees, or promises have been made with respect to the physical condition, operation, or any other matter or thing affecting or related to the Property and/or the offering or sale of the Property, (c) Bidder has not relied upon any representations, warranties, guarantees or promises or upon any statements made or any information provided concerning the Property, including but not limited to on-line at the Auction website, in the Auction brochure or in the Property Information Packages provided or made available by Auctioneer, or by Seller, or their respective agents, employees or representatives, and (d) Bidder has determined to make its bid after having made and relied solely on its own independent investigation, inspection, analysis, appraisal and evaluation of the Property and the facts and circumstances related thereto.

Upon registering as a Bidder and bidding at the Auction, each Bidder shall also be deemed to represent, warrant and agree that (x) any information provided or to be provided by or on behalf of the Sellers with respect to the Properties including, without limitation, all information contained on-line at the Auction website, in the Auction brochure and in the Property Information Packages being made available to Bidder by Sellers and Auctioneer, was obtained from a variety of sources and that Sellers and Auctioneer have not made any independent investigation or verification of such information, and make no representations as to the accuracy or completeness of such information, (y) without limiting the generality of the foregoing, neither Auctioneer nor Sellers shall be under any obligation to disclose to any Bidder, and shall have no liability for its failure to disclose to any Bidder, any information known to them relating to any Property except as may be required by law, and (z) Sellers and Auctioneer are not liable or bound in any manner by any oral or written statements, representations or information pertaining to the Properties, or the operation thereof, furnished by any real estate broker, agent, employee, servant or other person.

"AS IS, WHERE IS AND WITH ALL FAULTS".  ALL OF THE PROPERTIES WILL BE SOLD BY
SELLER AND AUCTIONEER "AS IS, WHERE IS AND WITH ALL FAULTS" AS MORE
PARTICULARLY DESCRIBED IN THE PURCHASE AGREEMENT.  WITHOUT LIMITING ANY
OTHER PROVISION OF THESE TERMS AND CONDITIONS OR THE PURCHASE AGREEMENT,
ALL PROSPECTIVE PURCHASERS/BIDDERS ACKNOWLEDGE AND AGREE THAT THEY ARE
BIDDING FOR AND, IF THE WINNING BIDDER, ACQUIRING THE PROPERTY IN ITS PRESENT
STATE AND CONDITION AS OF AUCTION DAY, WITH ALL DEFECTS, BOTH PATENT AND
LATENT, AND WITH ALL FAULTS OF THE PROPERTY WHETHER KNOWN OR UNKNOWN,
PRESENTLY EXISTING OR THAT MAY HEREAFTER ARISE, INCLUDING, WITHOUT
LIMITATION , ALL EXISTING CONDITIONS, IF ANY, OF LEAD PAINT, MOD OR OTHER
ENVIRONMENTAL OR HEALTH HAZARDS. . ALL PROSPECTIVE PURCHASERS/BIDDERS
ACKNOWLEDGE AND AGREE THAT SELLERS AND AUCTIONEER HAVE NOT MADE, DO NOT
MAKE AND SPECIFICALLY NEGATE AND DISCLAIM ANY REPRESENTATIONS, WARRANTIES,
PROMISES, COVENANTS, AGREEMENTS OR GUARANTIES OF ANY KIND OR CHARACTER
WHATSOEVER,  WHETHER EXPRESS OR IMPLIED, ORAL OR WRITTEN, PAST, PRESENT OR
FUTURE, OF, AS TO, CONCERNING OR WITH RESPECT TO THE PROPERTY, INCLUDING
WITHOUT LIMITATION:  (A) THE VALUE, NATURE, QUALITY OR CONDITION OF THE
PROPERTY, INCLUDING, WITHOUT LIMITATION, THE WATER, SOIL AND GEOLOGY; (B) THE
INCOME TO BE DERIVED FROM THE PROPERTY; (C) THE SUITABILITY OF THE PROPERTY
FOR ANY AND ALL PURPOSES, ACTIVITIES AND USES WHICH BIDDER MAY CONDUCT
THEREON; (D) THE COMPLIANCE OF OR BY THE PROPERTY OR ITS OPERATION WITH ANY
LAWS, RULES, ORDINANCES OR REGULATIONS OF ANY APPLICABLE GOVERNMENTAL
AUTHORITY OR BODY; (E) THE HABITABILITY, MERCHANTABILITY, MARKETABILITY,
PROFITABILITY OR FITNESS FOR A PARTICULAR PURPOSE OF THE PROPERTY; (F) THE
MANNER OR QUALITY OF THE CONSTRUCTION OR MATERIALS, IF ANY, INCORPORATED
INTO THE PROPERTY; (G) THE MANNER, QUALITY, STATE OF REPAIR OR LACK OF REPAIR
OF THE PROPERTY; (H) THE EXISTENCE OF ANY VIEW FROM THE PROPERTY OR THAT ANY
EXISTING VIEW WILL NOT BE OBSTRUCTED IN THE FUTURE; (I) ANY OTHER MATTER WITH
RESPECT TO THE PROPERTY, (J) THE STRUCTURAL INTEGRITY OF ANY IMPROVEMENTS
ON THE PROPERTY, (K) THE CONFORMITY OF THE IMPROVEMENTS TO ANY PLANS OR
SPECIFICATIONS FOR THE PROPERTY THAT MAY BE PROVIDED TO BIDDER, (L) THE
CONFORMITY OF THE PROPERTY TO APPLICABLE ZONING OR BUILDING CODE
REQUIREMENTS, (M) THE EXISTENCE OF SOIL INSTABILITY, PAST SOIL REPAIRS,
SUSCEPTIBILITY TO LANDSLIDES, SUFFICIENCY OF UNDER-SHORING, SUFFICIENCY OF
DRAINAGE, OR ANY OTHER MATTER AFFECTING THE STABILITY OR INTEGRITY OF THE
LAND OR ANY BUILDINGS OR IMPROVEMENTS SITUATED THEREON, OR (N) WHETHER THE
PROPERTY IS LOCATED IN A SPECIAL STUDIES ZONE UNDER THE PUBLIC RESOURCES
CODE OR A SEISMIC HAZARDS ZONE OR A STATE FIRE RESPONSIBILITY AREA, OR A
SPECIAL FLOOD HAZARD ZONE.  BIDDER ACKNOWLEDGES THAT THE PROPERTY MAY NOT
BE IN COMPLIANCE WITH APPLICABLE ZONING, BUILDING, HEALTH OR OTHER LAW OR
CODES, AND NEITHER SELLER, AUCTIONEER NOR ANY OF THEIR RESPECTIVE
REPRESENTATIVES OR AGENTS HAS OCCUPIED THE PROPERTY AND THAT THE PROPERTY
MAY NOT BE IN HABITABLE CONDITION.  ALL PROSPECTIVE PURCHASERS/BIDDERS
FURTHER ACKNOWLEDGE AND AGREE THAT, WITHOUT LIMITATION, SELLER AND
AUCTIONEER HAVE NOT MADE, DO NOT MAKE, AND SPECIFICALLY DISCLAIM ANY
REPRESENTATIONS REGARDING COMPLIANCE WITH THE AMERICANS WITH DISABILITIES
ACT OR WITH ANY ENVIRONMENTAL PROTECTION, POLLUTION OR LAND USE LAWS,
RULES, REGULATIONS, ORDERS OR REQUIREMENTS, AS DEFINED BY THE U.S.
ENVIRONMENTAL PROTECTION AGENCY REGULATIONS OR THE DISPOSAL OR EXISTENCE,
IN OR ON THE PROPERTIES, OF ANY HAZARDOUS SUBSTANCE, AS DEFINED BY THE
COMPREHENSIVE ENVIRONMENTAL RESPONSE COMPENSATION AND LIABILITY ACT OF
1980, AS AMENDED, AND REGULATIONS PROMULGATED THEREUNDER.  EACH
PROSPECTIVE PURCHASER/BIDDER AND ANYONE CLAIMING BY, THROUGH OR UNDER THE

SAME HEREBY FULLY AND IRREVOCABLY RELEASES SELLERS AND AUCTIONEER, THEIR RESPECTIVE EMPLOYEES, OFFICERS, DIRECTORS, REPRESENTATIVES, ATTORNEYS AND AGENTS FROM ANY AND ALL CLAIMS THAT HE/SHE/IT OR THEY MAY NOW HAVE OR HEREAFTER ACQUIRE AGAINST SELLERS AND AUCTIONEER, THEIR RESPECTIVE EMPLOYEES, OFFICERS, DIRECTORS, REPRESENTATIVES, ATTORNEYS AND AGENTS FOR ANY COST, LOSS, LIABILITY, DAMAGE, EXPENSE, DEMAND, ACTION OR CAUSE OF ACTION ARISING FROM OR RELATING TO ANY CONSTRUCTION DEFECTS, ERRORS, OMISSIONS OR OTHER CONDITIONS, INCLUDING ENVIRONMENTAL MATTERS, AFFECTING THE PROPERTIES, OR ANY PORTION THEREOF. THIS RELEASE INCLUDES CLAIMS OF WHICH PROSPECTIVE PURCHASER/BIDDER IS PRESENTLY UNAWARE OR DOES NOT PRESENTLY SUSPECT TO EXIST IN HIS/HER/ITS FAVOR WHICH, IF KNOWN BY PROSPECTIVE PURCHASER/BIDDER, WOULD MATERIALLY AFFECT PROSPECTIVE PURCHASER'S/BIDDER'S RELEASE OF SELLERS AND AUCTIONEER. EACH PROSPECTIVE PURCHASER/BIDDER SPECIFICALLY WAIVES THE PROVISIONS OF CALIFORNIA CIVIL CODE SECTION 1542, AND OTHER APPLICABLE STATE STATUTES WHICH PROVIDE AS FOLLOWS: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR." EACH PROSPECTIVE PURCHASER/BIDDER SHOULD CONSIDER THESE MATTERS WHEN REGISTERING AS A BIDDER AND PLACING BIDS.

Property Conveyance. All Properties are to be conveyed as fee simple title, with title insurance by standard title policies (as applicable), subject to current taxes, rights-of-way, assessments, easements and other conditions of record, and any exceptions written in the Preliminary Title Report and other standard title exclusions.

### 3. BIDDING AND BUYING AT THE AUCTION

Reserve Price. All Properties have a Reserve Price, meaning the Seller of each Property has established an unpublished, minimum selling price. The starting bid is not the Reserve Price. In order to become the Winning Bidder for a Property, a Bidder must meet or exceed the Reserve Price and have the highest bid, and such highest bid must be accepted by the Seller (see "Subject to Confirmation" section below). Except where prohibited by law, the Auctioneer may open bidding on any Property by placing a bid on behalf of the Seller and may further bid on behalf of the Seller, up to the amount of the Reserve Price, by placing successive or consecutive bids for a Property, or by placing bids in response to other bidders. If no bidders meet the Reserve Price, the Seller is under no obligation to sell the Property. The Seller may withdraw a Property at any time prior to the announcement of the completion of the sale by the Auctioneer. Auctioneer is not acting as an agent for any Bidder in any capacity, and is acting exclusively as the Seller's agent.

Buyer's Premium. The total purchase price will include a buyer's premium equal to five percent (5%) of the winning bid amount. Therefore, the actual total purchase price on the Auction day (and at the closing) is equal to the winning bid amount plus five percent (5%) (the "Total Purchase Price"). The Total Purchase Price does not include other amounts payable by the Buyer during closing, such as escrow/closing fees, property taxes, insurance, etc. The buyer's premium is the fee the Auctioneer charges the bidders to bring the Property to auction and it helps pay for the auction marketing costs and other general auction expenses.

Bidding and Winning. The bidder card given to you at the outset of the Auction upon qualifying as a Bidder shall be used by you during the Auction to bid on Properties. To purchase a particular Property at the Auction, one must be acknowledged by the Auctioneer as the Winning Bidder (the bidder to whom the Auctioneer acknowledges the Property as being "SOLD" to), and such property is not identified as being sold subject to confirmation (see below). Winning Bidder shall immediately thereafter sign the Winning Bidder Confirmation Form and will be escorted to the contract writing area.

If a Winning Bidder refuses to execute the Winning Bidder Confirmation Form and/or enter the contract writing area within ten (10) minutes of Auctioneer's acknowledgment of the winning bid, then Auctioneer or Seller can declare the Winning Bidder to be in default. In such event, the Winning Bidder's bid shall be null and void and Auctioneer and Seller shall have absolutely no further liability or obligation to that Bidder. Furthermore, Auctioneer reserves the right to immediately put the Property back up for sale at the Auction. Once in the contract writing area, Winning Bidder will be presented with, and have an opportunity to review, the Purchase Agreement and applicable closing documents. The Purchase Agreement will contain the exact terms and conditions of the sale. Additionally, Winning Bidder must agree to be bound by all terms, provisions and conditions of the Purchase Agreement and the related conveyance and loan documents, if any, for each particular Property. As between Winning Bidder and Seller, the Purchase Agreement supersedes any and all other documents or information (including without limitation these Terms and Conditions) and serves as the governing document for the sale of each Property.

Subject to Confirmation. In the event the winning bid amount is not immediately accepted by the Seller, the Auctioneer will inform the Winning Bidder that acceptance of their winning bid amount is "subject to confirmation." Winning Bidder acknowledges and agrees that Winning Bidder's purchase is subject to, and contingent upon, the REO management of Seller approving the purchase, which shall be given or denied at their sole and absolute discretion within fifteen (15) business days following the execution of the Purchase Agreement. Winning Bidder will receive a refund of monies deposited in the event Seller chooses to cancel the transaction.

Payment of Deposit and Remaining Balance. Upon executing the Purchase Agreement, as its initial Earnest Money Deposit, Winning Bidder shall be required to pay (a) five percent (5%) of the Total Purchase Price on any first Property purchase and (b) fifteen percent (15%) of the Total Purchase Price for any purchase beyond the first Property purchase. For any first purchase, the Earnest Money Deposit shall be no less than Five Thousand Dollars ($5,000) and the first Five Thousand Dollars ($5,000) of the Earnest Money Deposit must be paid by Cash or a Cashier's Check (made payable to you). For any further purchases, the Earnest Money Deposit shall be no less than Ten Thousand Dollars ($10,000) and the first Ten Thousand Dollars ($10,000) of the Earnest Money Deposit must be paid by Cash or a Cashier's Check (made payable to you). Any Earnest Money Deposit owed above the initial Five Thousand Dollars ($5,000) or Ten Thousand Dollars ($10,000), as applicable, may be paid by cash or personal check. All monies will be immediately deposited with an escrow agent/holder or closing attorney at the Auction. The balance of the Total Purchase Price, along with all other costs and/or fees, must be paid as required in the Purchase Agreement. Regardless of the amount financed, the Earnest Money Deposit amounts required on auction day will not change.

Closing. All sales are expected to close with the designated escrow company or closing attorney no later than thirty (30) days after the date of the Auction unless extended (see Extensions below), unless otherwise specifically designated in the description of an individual Property (i.e., for Occupied Properties) and/or as otherwise may be set forth in the Purchase Agreement. Winning Bidders shall be required to pay customary and normal closing costs, including, but not limited to, closing/escrow fees, recording fees, normal pro-rations, lender's title insurance premium and fees, loan fees, document preparation fees, all documentary transfer taxes customarily imposed on buyers, and Homeowner's Association fees, if applicable.

Cancellation/Liquidated Damages. If Winning Bidder fails to comply with any of the foregoing, or subsequently defaults under the Purchase Agreement, the sale may be canceled by the Seller and the Buyer shall be required to pay damages as set forth in the Purchase Agreement.

Extensions. In certain cases, the Auctioneer and Seller may grant an extension of the closing date, the terms and conditions of which are set forth in the Purchase Agreement. This fee **WILL NOT** be credited towards the Total Purchase Price. All extension requests are evaluated by the Auctioneer

and Seller on a case-by-case basis and may be granted or denied in their sole and ab solute
discretion.

<u>Vesting</u>. Winning Bidders taking title in the name of an entity (not an individual person) must provide,
at the time of purchase at the Auction, certain entity formation documents (this is not an all-inclusive
list and escrow/title agent or closing attorney may require additional docum entation prior to closi ng).

1.      For Corporations provide:
       a. Articles of Incorporation;
       b. By-laws; and
       c. Resolution authoriz ing the Corporation and party signing the Purchase A greement
       to act on behalf of Corporation in this transactio n.

2.      For Limited Liability Companies ("LLC") provide:
       a. Articles of Organization;
       b. Operating Agreement; and
       c. Resolution authoriz ing the LLC and party signing Purchase Agreement to act on
       behalf of LLC in this transaction.

3.      For Trusts, provide Declaration of Trust and evidence that party signing contract is
       Trustee of the Trust.

4.      For Partnerships, provide Partnership Agreem ent/evidence of authority of party signing
       contract to do so.

### 4. FINANCING YOUR PURCHASE

Financing will be made available at the Auction, subject to credit approval, sati sfaction of the
finance lender's requirements and execution of all documentation acceptable to Seller and the
finance lender. Auctioneer's designated financing lender(s) may not provide financing on all
Properties due to a particular Property 's physical condition. Potential financing information will
be made available on-line at www.USHomeAuction.com. It is highly recommended that you
pre-qualify to expedite the closing process. Winning Bidders who apply, but do not qualify, for
financing through designated lender( s) will receive a refund of their Earnest Money Deposit
and the sale will be immediately canceled and Sell er will have no further obligation to Winning
Bidder. All loans financed by the designated lender(s) shall be secured by a first priority deed
of trust on the Property financed. Other loan f ees may apply. Availability of loan programs on
selected Properties may be limited and may require a greater down payment. We encourage
you to contact the designated lender(s) for pre-qualification procedures and/or current rates or
fees. Nothing herein shall be construed as a commitment to lend to any Winning Bidder by the
designated lender(s). RED C does not provide lending or f inancial services. Neither REDC
nor Seller are affiliated with the designated lender unless otherwise disclosed pursuant to
applicable law.

If a Winning Bidder desires to use third-party financing (financing other than through designated
lender(s)), then the sale WILL NOT be contingent upon financing, nor will the closing be extended f or
that purpose. Winning Bidders choosing to use third-party financing must present at the Auction a
written, unconditional lending commitment from their lender of choice, in the minimum of the full
amount they intend to finance. Winning Bidders who do not wish to apply for financing through
Auctioneer's designated lenders, m ust still fill out an authoriz ation with such designated lender to
confirm the credit status of such Winning Bidder. All Winning Bidders are deem ed to irrevocably
consent to and authorize the Auctioneer's lender and their agents and/or any third party to the

purchase transaction, to obtain any type of credit report of Buyer's history at the Auction or at any time prior to the closing of the transaction.

Winning Bidders intending to use cash to complete their purchase must provide Seller, on the Auction day, with proof of sufficient funds to cover the entire transaction (i.e. bank statement and/or investment statement for stocks/bonds).

## 5.  BROKER/AGENT PARTICIPATION

We invite real estate broker and agent participation.  A one percent (1%) commission, based on the winning bid amount, will be paid by REDC to Brokers/Agents who have duly registered as a "Registered Broker/Agent" on-line at www.USHomeAuction.com prior to the Auction day, who register on auction day, and whose client(s) successfully purchase the Property and close the transaction.  To qualify for a commission and become a Registered Broker/Agent, you must:

   1.   Fully complete the Broker/Agent Participation Form on-line at
        www.USHomeAuction.com and bring a copy of it (printed from the website) to the
        Auction along with a copy of your valid real estate license.  You are required to
        personally check in at the broker/agent registration desk prior to the start of the
        auction. If you are an Agent, you must also bring a letter, signed by your Broker on
        company letterhead, confirming your attendance at the auction with your client which
        sets forth commission payment information including broker license number and name;

   2.   Inspect each Property with your client;

   3.   Identify yourself, remain with your client, and execute all necessary documentation
        during the entire Auction and post-Auction process; and

   4.   Be present at the Auction with your client. You must sign in on each day of the auction
        and identify your client at that time. Registered Broker/Agent must accompany and
        remain with your client throughout the entire bidding and purchase process.
        Participating Brokers/Agents are required to sign the purchase documentation.  Any
        Registered Broker/Agent who fails to sign the purchase documentation at the Auction
        shall not be entitled to any commission.  Commissions will be paid upon closing.  No
        commission will be paid to a Registered Broker or Agent acting as a principal in the
        purchase of any Property.  There are no exceptions to the Broker/Agent participation
        rules.

## 6.  GENERAL AUCTION INFORMATION

Sellers and Auctioneer reserve the right to deny any person admittance to or expel anyone from the Auction site for interference with the Auction activities, nuisance, canvassing, solicitation, or any other reason.  Seller and Auctioneer have the right to postpone or cancel the Auction, to withdraw any Property from the Auction and to change any terms of the Auction or particular conditions of sale upon announcement prior to or during the course of the Auction.

Announcements made by the Auctioneer or its announcer at the Auction shall supersede and take precedence over all prior oral or written terms and conditions – including these Terms and Conditions. The Auctioneer may postpone or cancel the Auction, rearrange the order or sequence of the Auction, modify the Auction Terms and Conditions, reject any or all bids and/or advance the bidding.  In the event of a dispute among Bidders, the Auctioneer shall make the sole and final decision to either accept the final bid or to re-offer and resell the Property in dispute.

Each attendee of the Auction shall be deemed to have consented to the issuance of press releases and other public communications by Seller, Auctioneer or their agents regarding the Auction and the Properties offered or sold at the Auction.

The respective rights and obligations of the parties with respect to these Auction Terms and Conditions and the conduct of the Auction shall be governed by, interpreted and enforced under the laws of the state in which the auction is held. By bidding at the Auction, whether present, in person or by agent, each Bidder shall be deemed to have irrevocably (a) submitted to the courts of competent jurisdiction in the county and state in which the auction is held (including the federal courts) in connection with any suit, proceeding or other legal process relating to the Auction and/or the offering or sale of any Property ("Action"), (b) agreed that any Action may be heard in any such court, (c) waived the defense of any inconvenient forum to the maintenance of any Action in any such court, and (d) agreed to be subject to suit, service and legal process of such court in connection with any Action. Upon execution of the Purchase Agreement, all rights and remedies with respect to the Property covered by such Purchase Agreement shall be governed by such Purchase Agreement.

Offers made at the Auction are void where prohibited by law. Any information on any website, in any brochure, e-mail or postcard and any and all information available regarding the Properties shall not constitute an offer to sell or a solicitation of any offer to buy any of the Properties referenced herein. In addition, and without limitation of the foregoing, any website or brochure shall not constitute an offer to sell or a solicitation of any offer to buy nor shall there be any sales of any of the Properties in any state in which such offer, solicitation, or sale would be unlawful prior to the registration or qualification under the applicable securities laws of that state.

For purposes of compliance with The Foreign Investment in Real Property Tax Act, Seller represents that Seller is not a non-resident alien, foreign corporation, foreign partnership, foreign trust or foreign estate and agrees to execute an affidavit to this effect at the time of closing.

## 7. KEY THINGS TO REMEMBER

In order to make the Auction the best possible for all attendees and Bidders, please remember the following:

1. Be registered to bid -- and Register early at www.USHomeAuction.com.

2. Do your research prior to the Auction. Visit the Properties and review all documentation available pertaining to each Property during the open houses.

3. Bring necessary Earnest Money Deposit funds -- Cash or a Cashiers Check (made payable to you) in the amount of Five Thousand Dollars ($5,000) for your first purchase and in the amount of Ten Thousand Dollars ($10,000) for each subsequent purchase - as well as any pre-approved financing documents.

4. Bring your checkbook for covering the remainder of any Earnest Money Deposit.

5. Bring a valid form of identification for all parties to the transaction, which must be a picture ID issued by a government agency (i.e., driver's license) and all necessary corporate, LLC, trust or partnership documents (if applicable).

6. All parties who wish to participate in the transaction must be in attendance.

*Register Early......See you at the Auction!!*

# EXHIBIT "9"

**Exhibit "9"**



**QUESTIONS ABOUT OUR AUCTIONS**
CALL US TOLL FREE
**800-813-0715**

| HOME | AUCTION DATES | HOW IT WORKS | FINANCING | F.A.Q.'s | AGENTS & BROKERS |

**HUGE SAVINGS!   LIMITED TIME...DON'T WAIT!**

## REAL ESTATE
## FORECLOSURE AUCTIONS
### HUGE INVENTORY
## ALL PROPERTIES MUST GO!

### Upcoming Auctions

| Fresno, CA | Sunday, February 24th |
| Ontario, CA | Sunday, March 9th |
| Los Angeles, CA | Sunday, March 16th |
| Denver, CO | Sunday, April 6th |
| More Auction Dates | Coming Soon!!! |

**REGISTER NOW**

---

**1 DAY AUCTION - FRESNO, BAKERSFIELD & MORE!**



» Over 100 Properties must be sold!
» Sunday - February 24th, 2008
» Open House Dates: 2/9, 2/16, 2/17
» Registration Begins: 8:30 AM
» Auction Location: Fresno, CA

**1 DAY AUCTION - ONTARIO & SURROUNDING AREAS!**



» Over 150 Properties *+ 17 Builder Closeouts!*
» Sunday - March 9th, 2008
» Open House Dates: 2/23, 3/1, 3/2
» Registration Begins: 8:30 AM
» Auction Location: Ontario, CA

**1 DAY AUCTION - LOS ANGELES, SAN DIEGO & MORE!**



» Over 100 Properties must be sold!
» Sunday - March 16th, 2008
» Open House Dates: 3/1, 3/8, 3/9
» Registration Begins: 8:30 AM
» Auction Location: Los Angeles, CA

**1 DAY AUCTION - DENVER & SURROUNDING AREAS!**

» Over 150 Properties must be sold!
» Sunday - April 6th, 2008
» Open House Dates: 3/23, 3/29, 3/30
» Registration Begins: 8:30 AM
» Auction Location: Denver, CO

---



**AMERICA'S CHOICE FOR HOME AUCTION FINANCING**

**RMA**

**RESIDENTIAL**
MORTGAGE ACCEPTANCE

FINANCING AS LOW AS 5% DOWN.
PRE-QUALIFY AND SAVE UP TO
$1,000 ON CLOSING COSTS.

Title and Escrow Services
**Fidelity National Title**
Insurance Company

All Homes Sold will Include A Home Warranty


AMERICAN HOME SHIELD®

The **right choice** in home warranties.

**ABOUT NATIONAL HOME AUCTION**
**NATIONAL HOME AUCTION (NHA)** is a recognized leader in accumulating premier properties from lenders and developers who are motivated to sell these properties quickly...at prices that you determine through a competitive bidding process.  We've partnered with some of the biggest names in real estate to ensure that everything you need to close your transaction including financing, title, escrow and homeowners insurance is available at our auctions.  Plus, NHA includes a FREE home warranty with every auction property sold!  Whether you're a first time home buyer or seasoned real estate investor, take advantage of this great opportunity to buy real estate at a NHA auction near you.

---

**TODAY'S REAL ESTATE MARKET!**
The number of properties in foreclosure and builder closeout has increased dramatically.  Instead of waiting months to sell these properties one at a time, public lenders and developers have turned to real estate auctions as the preferred way to sell large numbers of foreclosed properties and builder closeouts during a single event.

This creates an excellent opportunity for buyers in all price ranges to pick up premier properties at true auction prices.  In fact, buyers nationwide have embraced home auctions as one of the easiest and most efficient ways to buy real estate today.  You can get started now.  Use our powerful online search tools to find the home or investment property of your dreams then register to reserve your seat at the auction.  We'll see you there!

Copyright © 2007 National Home Auction Corporation. All rights reserved.          Website Terms & Conditions | Privacy Policy | Licenses

Broker Participation | Auction dates | How it works | Financing | Agents & Brokers | FAQ | Contact Us | Site Map | About NHAC | Home





QUESTIONS ABOUT OUR AUCTIONS
CALL US TOLL FREE
800-813-0715

| HOME | AUCTION DATES | HOW IT WORKS | FINANCING | F.A.Q.'s | AGENTS & BROKERS |

Get the latest information about our upcoming auctions by adding your e-mail address below!

| your email please |

Select State     **SUBSCRIBE**



FREQUENTLY ASKED QUESTIONS

**REGISTER NOW**

**WHAT OTHERS ARE SAYING?**
Click on the video image below to learn more

  

**TODAY'S REAL ESTATE MARKET!**
The number of properties in foreclosure and builder closeout has increased dramatically. Instead of waiting months to sell these properties one at a time, public lenders and developers have turned to real estate auctions as the preferred way to sell large numbers of foreclosed properties and builder closeouts during a single event.

This creates an excellent opportunity for buyers in all price ranges to pick up premier properties at true auction prices. In fact, buyers nationwide have embraced home auctions as one of the easiest and most efficient ways to buy real estate today.  You can get started now.  Use our powerful online search tools to find the home or investment property of your dreams then register to reserve your seat at the auction.  We'll see you there!

☐ Question: Is there any cost to attend the auction?

☐ Question: How long does each auction last?

☐ Question: Where do you get the properties offered at the auction?

☐ Question: What types of properties are sold at the auction?

☐ Question: Should I register to bid at the auction?

☐ Question: Is experience needed to bid at one of the auctions?

☐ Question: Can I bring my real estate agent to the auction?

☐ Question: Should I inspect the property prior to bidding at the auction?

☐ Question: Do you really offer a FREE home warranty?

☐ Question: How will I obtain financing if I'm the winning bidder?

☐ Question: Can I use my own lender?

☐ Question: Are there any liens on the properties being sold at auction?

☐ Question: When will I receive title to the property I purchased?

☐ Question: Can I purchase more than one property at this auction?

☐ Question: Can I cancel the transaction if I change my mind?

☐ Question: What do I need to bring to the auction event?

☐ Question: What is the 5% Buyers Premium?

---

**Question: Is there any cost to attend the auction?**
No, there is no cost to register, pre-qualify for financing or attend a NHA auction event.  Certain locations may charge a nominal fee for parking. **Top**

---

**Question: How long does each auction last?**
We pace the auction to sell a property every 2 to 3 minutes, or 20 to 30 properties per hour. Enough time to comfortably place your bid without being rushed.  That means each auction will last approximately 6-8 hours.  Properties are sold in the order shown in the guide.  You are free to come in and out of the auction but be sure to be in your seat before the property you are interested in buying is put up for bid. **Top**

---

**Question: Where do you get the properties offered at the auction?**
National Home Auction obtains properties through a variety of sources including developers looking to close out their projects and financial institutions looking to sell foreclosed residential properties. This creates an excellent opportunity for buyers in all price ranges to pick up premier properties at competitive auction prices.. **Top**

---

**Question: What types of properties are sold at auction?**
NHA offers a variety of residential properties at each auction to satisfy the diverse needs of first time home buyers, homeowners looking for second homes or vacation homes and real estate investors looking to add to their real estate holdings. You'll find a great selection of homes in all price ranges including: single family, condominiums and one to four multi-family units. . **Top**

---

**Question: Should I register to bid at the auction?**
Yes, registration is required to bid and guarantees you a seat at the auction.  You can register today on our website; it's simple and only takes a minute. Plus, it's FREE! There is absolutely no obligation on your

part. We suggest registering at least 5 days prior to the auction to make sure you receive any last minute updates or changes.  On-site registration is available space permitting but not recommended. Don't be disappointed.  Register in advance and guarantee yourself a seat at the event.  If you plan on attending more than one auction, you must register separately for each auction so we hold a seat for you at each event.Top

**Question: Is experience needed to bid at one of the auctions?**
No! Bidding on a property is simple and fun with no obligation unless you are the winning bidder. Our experienced event staff will be happy to answer any questions or assist you in any way we can.  In addition, we conduct a "Bidding and Auction information session" 30 minutes prior to the start of the auction to help familiarize you with the process and pace of the event.. Top

**Question: Can I bring my real estate agent to the auction?**
Yes. Your real estate agent or broker can stay with you through the entire process of bidding, winning the property and signing all necessary documents.  They must register on the agents and brokers page of our website and comply with all other terms and conditions to receive their 1% commission from National Home Auction.  Top

**Question: Should I inspect the property prior to bidding at the auction?**
ABSOLUTELY! It is important to make an informed purchasing decision. You will want to visit and thoroughly inspect the property prior to the auction.  The open house dates for each property are shown on the property details page on the website and in the auction brochure.  Also, be sure to review all the related property information and disclosure documents. When you bid on a property at the auction, you are representing and certifying that you have inspected the property prior to bidding and have reviewed and accepted all applicable property information and disclosures.Top

**Question: Do you really offer a FREE home warranty?**
Yes!  National Home Auction includes a FREE one-year home warranty with every auction property sold. The warranty is underwritten by American Home Shield, America's largest home warranty company.  The warranty plan covers heating systems, electrical systems, plumbing, hot water heaters, dishwashers, ceiling fans and more!  You must still thoroughly inspect the property before you buy, but you can buy in confidence knowing that you have a home warranty to help with any unforeseen issues covered by your plan for the next 12 months.Top

**Question: How will I obtain financing if I'm the winning bidder?**
National Home Auction is pleased to offer competitive financing solutions at the event. Lender representatives will be available immediately after your winning bid to assist with the fixed or variable rate financing program that's right for you.  Better yet, you can get pre-qualified prior to the event and **save up to $1,000 on closing costs.**  It's easy!  Just click the box on the online registration form and a lender representative will take care of the details for you.  You'll be able to bid and buy in confidence on auction day. Top

**Question: Can I use my own lender?**
Yes, you may use your own lender.  However, if you choose to utilize a lender other than those designated by National Home Auction, there is no contingency for financing. Auctions have a fast 21-day escrow close.  Failure to obtain financing approval within the specified escrow time frame may result in monetary penalties. We encourage you to utilize our designated lenders.  They offer a comprehensive set of competitive loan programs for all borrower types and qualifications with the financial strength and resources to complete the transaction in the short 21-day escrow period. Top

**Question: Are there any liens on the properties being sold at auction?**
No. Free and clear title on everything sold at auction is guaranteed by the lenders. You will receive a title insurance policy from Fidelity National Title, the country's largest title company, as part of your transaction.  Top

**Question: When will I receive title to the property I purchased?**
Closings will occur within 21 days or less.  Title will transfer to you at closing.. Top

**Question: Can I purchase more than one property at this auction?**
Yes, you can! We have set aside a special area on the auction floor where you can complete the documentation on one purchase and still actively bid on any additional properties that come up for sale. Top

**Question: Can I cancel the transaction if I change my mind?**
No! Once the auctioneer closes the bidding and you are the winner, a legal binding contract is established that can not be cancelled by either the buyer or the seller except for legal cause. There is no rescission, free look, or cooling off period. It is very important and required for you to conduct all your due diligence prior to the auction. Top

**Question: What do I need to bring to the auction event?**
Be sure to register in advance for each auction event and bring a $5,000 cashiers check made payable to yourself in order to bid at any of the auctions. If you are the winning bidder, you will need a personal or business check to make up the balance of your 5% total deposit on auction day. Valid identification is required for all individuals wishing to be a party to the transaction. Also, if you pre-qualified for financing with an approved auction lender be sure to bring copies of the documents requested to get your additional coupon for $500 off closing costs. Top

**Question: What is the 5% Buyers Premium?**
The 5% Buyers Premium is a standard practice utilized by major auction companies to help offset the costs to promote the auction and inform you of this tremendous buying opportunity. That means the seller can offer a more favorable purchase opportunity for you.

For example: You are the winning bidder on a property at $250,000. The buyers premium would be $12,500 (5% of the winning bid amount) making the final selling price $262,500.Top

Copyright © 2007-2008 National Home Auction Company, LLC. All Rights Reserved. Reproduction without express written permission is prohibited.

Website Terms & Conditions | Privacy Policy

Auction dates | How it works | Financing | Agents & Brokers | FAQ | Contact Us | Site Map | About NHA | Home



QUESTIONS ABOUT OUR AUCTIONS
CALL US TOLL FREE
800-813-0715

| HOME | AUCTION DATES | HOW IT WORKS | FINANCING | F.A.Q.'s | AGENTS & BROKERS |
|------|---------------|--------------|-----------|----------|-------------------|

**EMAIL NOTIFICATION**

Get the latest information about our upcoming auctions by adding your e-mail address below!

your email please

Select State    **SUBSCRIBE**



HOW IT WORKS

## REGISTER NOW

**TODAY'S REAL ESTATE MARKET!**
The number of properties in foreclosure and builder closeout has increased dramatically. Instead of waiting months to sell these properties one at a time, public lenders and developers have turned to real estate auctions as the preferred way to sell large numbers of foreclosed properties and builder closeouts during a single event.

This creates an excellent opportunity for buyers in all price ranges to pick up premier properties at true auction prices. In fact, buyers nationwide have embraced home auctions as one of the easiest and most efficient ways to buy real estate today. You can get started now. Use our powerful online search tools to find the home or investment property of your dreams then register to reserve your seat at the auction. We'll see you there!

National Home Auction seeks to make purchasing real estate at an auction comfortable and easy.

**Pick the Event to Wish to Attend**
Visit the Auction Dates page to learn when and where the next Lender Foreclosure Auction will be held.

**Review Properties**
Determine which properties meet your criteria through our powerful on-line tools. Properties will have written descriptions, maps, pictures, open house dates and all relevant legal disclosures and documentation.

**Inspect Properties**
Attend the open house date of your choice and thoroughly inspect each property you would like to bid on. Review all disclosures and legal documents. **Do your due diligence and make an informed buying decision.**

**Register for the Auction**
Registration is free and easy. Simply click the link at the bottom of this page. You can also pre-qualify for financing with no cost or obligation. Our lenders offer competitive financing options with as little as 5% down on approved credit. Learn more by clicking on the Pre-Qualify box.

**Attend the Auction**
Registration and admission to the auction are FREE. We require you to **bring a $5,000.00 cashier's check made payable to yourself**, and cash or personal check to put down the required 5% deposit on any property you buy. A valid I.D. for all parties in the transaction is required.

**Check in to get your Bidder's Paddle**
Check in at the auction and show us your $5,000.00 cashiers check, you will keep it. A numbered auction bidder paddle will be given to you. This will be used by you to bid during the auction. Should you be the lucky winning bidder for a particular home, we will be able to identify you with your paddle.

**Pre-Auction Information**
Auction bidding is exciting and fast paced. To give you an idea of just how the auction works, 30 minutes prior to the start of the auction, we will conduct a Bidding and Auction information session. We will also have many assistants throughout the audience to assist you in bidding, they will be available the entire auction. In addition, a staffed information booth is available to you throughout the event.

**Bidding on Properties**
When a property you are interested in comes up for auction, raise your paddle to place your bid. As the bidding continues, bid up to your maximum amount. If you are the winning bidder, GREAT JOB! You are now the owner of that property! A 5% "Buyers Premium" will be added to all wining bid amounts to establish the final sales price. For example: Your winning bid is $150,000; a Buyers Premium of 5% of the $150,000 ($7,500) is added to your winning bid which makes the Full Sales Price $157,500. Very simple and easy!

**Winning a Property**
After you win, you will sign the Winning Bidder Acknowledgement. An escort will take you to the documentation area which will show the property you purchased as well as the winning bid amount. All financing and documentation arrangements will be done here. You will sign over your $5,000.00 cashiers check to be deposited into the trust account of a title and escrow company. Your personal check to equal 5% of the purchase price will also be deposited. Escrow will be opened, financing arrangements made, and you are finished!

**Winning Bid 5% Deposit Example**
For example: Winning Bid= $250,000, plus $12,500 Buyers Premium (5% of the winning bid amount) = Final Selling Price of $262,500. Total down-payment due at signing = $13,125 (5% of $262,500) less your cashiers check of $5000 = $8,125 remaining to be paid by personal check.

**What to Bring with you to the Auction**

- Be sure to bring all of the following if you plan to purchase a property at the auction!

- A $5,000 cashier's check (or cash equivalent) made payable to yourself.
- The available funds to write a personal check for the balance of the required 5% deposit.
- Valid identification for all persons in the transaction.

**We look forward to seeing you at one of our exciting auction events!**

Copyright © 2007-2008 National Home Auction Company, LLC. All Rights Reserved.
Reproduction without express written permission is prohibited.

Website Terms & Conditions | Privacy Policy | Licenses

Auction dates | How it works | Financing | Agents & Brokers | FAQ | Contact Us | Site Map | About NHA | Home



**National Home Auction**
CORPORATION



QUESTIONS ABOUT OUR AUCTIONS
CALL US TOLL FREE
**800-813-0715**

| HOME | AUCTION DATES | HOW IT WORKS | FINANCING | F.A.Q.'s | AGENTS & BROKERS |

### EMAIL NOTIFICATION

Get the latest information about our upcoming auctions by adding your e-mail address below!

your email please

Select State ▾     **SUBSCRIBE**

**AGENTS & BROKERS REGISTRATION**

**REGISTER NOW**

**TODAY'S REAL ESTATE MARKET!**
The number of properties in foreclosure and builder closeout has increased dramatically. Instead of waiting months to sell these properties one at a time, public lenders and developers have turned to real estate auctions as the preferred way to sell large numbers of foreclosed properties and builder closeouts during a single event.

This creates an excellent opportunity for buyers in all price ranges to pick up premier properties at true auction prices.  In fact, buyers nationwide have embraced home auctions as one of the easiest and most efficient ways to buy real estate today.  You can get started now.  Use our powerful online search tools to find the home or investment property of your dreams then register to reserve your seat at the auction.  We'll see you there!

### Welcome Real Estate Brokers and Agents

Home Auctions have experienced phenomenal growth...and **you are invited to participate in the success.** City by city across the country, Home Auctions have drawn standing room only crowds of buyers. Not fence sitters. Real buyers looking to purchase property on the spot, at the price they are willing to pay, without negotiations or contingencies. Modern-day real estate professionals have discovered that many of their own clients embrace the auction process, resulting in new homes for their clients and extra commissions for them.

We want and encourage your participation at our auctions. Join us for an exciting auction event and bring your clients with you. **We offer all active licensed real estate brokers and agents a 1% commission that will be paid to you once your client successfully purchases the property and closes escrow.** To get started, just complete the short Broker Registration Application below to let us know you're coming.

Here's what we ask of you:

- Accompany your clients as they inspect the properties.
- Present a printed copy of the Broker Registration Application and your active Real Estate Sales/Broker License at the check in table on auction day.
- Stay with your clients through the bidding and purchase process.
- Sign all necessary documentation for purchasing the property.

You will not be required to attend the closing. No commission will be paid if you are acting in any way as a principal in the purchase of a property. A signed affidavit stating that you are not a principal is required. A prospective buyer may register with only one broker or agent.

NOTE: Be sure to review the Terms and Conditions. As broker or agent, it is your responsibility to ensure you and your clients follow all auction procedures .

### REGISTRATION FORM ( All Fields are Required )

| | | | |
|---|---|---|---|
| Company Name: | | | |
| First Name: | | Last Name: | |
| Address: | | City: | |
| State: | Please Choose One ▾ | Zip Code: | |
| Office Phone: | | Alt Phone: | |
| Fax: | | Email: | |
| Broker's license number: | | | |
| Please choose the auction you would like to attend: | | Please Choose One ▾ | |

☐ I have read, approved and agree to the above terms and conditions regarding the Auction Broker Participation Program. I understand this application and my registration pertain ONLY to the sale of properties at the above named auction.

**Please Remember...** You must bring a copy of this form with you to the auction!

**SUBMIT FORM TO REGISTER NOW**

Copyright © 2007-2008 National Home Auction Company, LLC. All Rights Reserved. Reproduction without express written permission is prohibited.

Website Terms & Conditions | Privacy Policy | Licenses

Auction dates | How it works | Financing | Agents & Brokers | FAQ | Contact Us | Site Map | About NHA | Home



QUESTIONS ABOUT OUR AUCTIONS
CALL US TOLL FREE
800-813-0715



| HOME | AUCTION DATES | HOW IT WORKS | FINANCING | F.A.Q.'s | AGENTS & BROKERS |
|------|---------------|--------------|-----------|----------|-------------------|

Get the latest information about our upcoming auctions by adding your e-mail address below!

your email please

Select State    **SUBSCRIBE**



AUCTION DETAILS

Auction Dates > Auction Details

**FILTER BY AUCTION EVENT**

☑ Fresno Convention Center - February 24th    ☑ Ontario Convention Center - March 9th
☑ CANCELLED Ontario Convention Center    ☑ San Diego Manchester Grand Hyatt - March 15th
☑ Los Angeles Convention Center - March 16th    ☑ Denver Convention Center - April 5th
☑ Denver Convention Center

**FILTER BY PROPERTY DETAILS**

| Item Number: | Bedrooms: --Any-- | Bathrooms: --Any-- | Property Type: --Any-- |
|---|---|---|---|
| Address: | City: --Any-- | State: --Any-- | Zip Code: --Any-- |

Items per page 50

Refresh    Export to Excel

All Homes Sold will Include A Home Warranty

AHS    AMERICAN HOME SHIELD®
The **right choice** in home warranties...

**REGISTER NOW**

| Page 1 of 8 | << Previous | 1 | 2 | 3 | Next >> |
|---|---|---|---|---|---|

---

**Property #: 001**



1831 San Gabriel Ave, Clovis, CA, 93611

Square Footage: 2,104
Property Type: Single Family
Starting Bid: $99,000
Previous Value: $310,500

**PROPERTY DETAILS**

---

**Property #: 002**



2746 San Gabriel Ave, Clovis, CA, 93611

Square Footage: 3,099
Property Type: Single Family
Starting Bid: $149,000
Previous Value: $515,000

**PROPERTY DETAILS**

---

**Property #: 003**



733 Jasmine Ave, Clovis, CA, 93611

Square Footage: 2,287
Property Type: Single Family
Starting Bid: $139,000
Previous Value: $350,000

**PROPERTY DETAILS**

---

**Property #: 004**



2821 Paula Ave, Clovis, CA, 93612

Square Footage: 1,441
Property Type: Single Family
Starting Bid: $79,000
Previous Value: $213,000

**PROPERTY DETAILS**

---

**Property #: 005**



109 South Joaquin Street, Coalinga, CA, 93210

Square Footage: 1,257
Property Type: Single Family

---

**Property #: 006**



4681 East Nevada Ave, Fresno, CA, 93702

Square Footage: 1,232
Property Type: Single Family

---

**Property #: 006b**



3136 East El Monte Way, Fresno, CA, 93702

Square Footage: 1,416
Property Type: Single Family

---

**Property #: 007**



2220 North Jackson Ave, Fresno, CA, 93703

Square Footage: 1,299
Property Type: Single Family

Starting Bid: $67,000

Previous Value: $180,000

**PROPERTY DETAILS**

Starting Bid: $59,000

Previous Value: $176,867

**PROPERTY DETAILS**

Starting Bid: $68,000

Previous Value: $260,000

**PROPERTY DETAILS**

Starting Bid: $74,000

Previous Value: $250,000

**PROPERTY DETAILS**

| Property #: **007b** | Property #: **008** | Property #: **009** | Property #: **010** |









2928 East Home Ave, Fresno, CA, 93703

Square Footage: 1,024

Property Type: Single Family

Starting Bid: $29,000

Previous Value: $212,160

**PROPERTY DETAILS**

Removed from Auction, , CA,

Square Footage: N/A

Property Type:

Starting Bid: N/A

Previous Value: N/A

**PROPERTY DETAILS**

4074 North Crystal Ave, Fresno, CA, 93705

Square Footage: 1,395

Property Type: Single Family

Starting Bid: $57,000

Previous Value: $275,400

**PROPERTY DETAILS**

1144 West Santa Ana Ave, Fresno, CA, 93705

Square Footage: 1,662

Property Type: Single Family

Starting Bid: $77,000

Previous Value: $306,000

**PROPERTY DETAILS**

| Property #: **011** | Property #: **011b** | Property #: **011c** | Property #: **012** |









2710 West Rialto Ave, Fresno, CA, 93705

Square Footage: 1,770

Property Type: Single Family

Starting Bid: $74,000

Previous Value: $239,850

**PROPERTY DETAILS**

1326 West Fountain Way, Fresno, CA, 93705

Square Footage: 1,586

Property Type: Single Family

Starting Bid: $72,000

Previous Value: $265,200

**PROPERTY DETAILS**

303 East Bullard Ave #104, Fresno, CA, 93710

Square Footage: 816

Property Type: Condo

Starting Bid: $49,000

Previous Value: N/A

**PROPERTY DETAILS**

2251 East Lester Ave, Fresno, CA, 93720

Square Footage: 2,352

Property Type: Single Family

Starting Bid: $134,000

Previous Value: $403,674

**PROPERTY DETAILS**

| Property #: **013** | Property #: **014** | Property #: **015** | Property #: **016** |









3115 West Hampton, Fresno, CA, 93722

Square Footage: 1,225

Property Type: Single Family

Starting Bid: $74,000

Previous Value: $260,100

**PROPERTY DETAILS**

5162 West Willis Ave, Fresno, CA, 93722

Square Footage: 1,479

Property Type: Single Family

Starting Bid: $76,000

Previous Value: $216,000

**PROPERTY DETAILS**

7653 North Ivanhoe Ave, Fresno, CA, 93722

Square Footage: 1,519

Property Type: Single Family

Starting Bid: $97,000

Previous Value: $252,000

**PROPERTY DETAILS**

4508 West Yale Ave, Fresno, CA, 93722

Square Footage: 1,513

Property Type: Single Family

Starting Bid: $82,000

Previous Value: $278,460

**PROPERTY DETAILS**

Property #: **017**



4369 West Providence Ave, Fresno, CA, 93722

Square Footage: 1,416

Property Type: Single Family

Starting Bid: $86,000

Previous Value: $304,470

**PROPERTY DETAILS**

Property #: **017b**



2358 North Hazel Ave, Fresno, CA, 93722

Square Footage: 2,104

Property Type: Single Family

Starting Bid: $94,000

Previous Value: $316,200

**PROPERTY DETAILS**

Property #: **018**



2275 South Winery Ave, Fresno, CA, 93725

Square Footage: 1,581

Property Type: Single Family

Starting Bid: $65,000

Previous Value: $234,600

**PROPERTY DETAILS**

Property #: **020**



5693 East Madison Ave, Fresno, CA, 93727

Square Footage: 1,830

Property Type: Single Family

Starting Bid: $90,000

Previous Value: $285,000

**PROPERTY DETAILS**

Property #: **021**



5140 East Kings Canyon Rd #127, Fresno, CA, 93727

Square Footage: 832

Property Type: Condo

Starting Bid: $52,000

Previous Value: $139,900

**PROPERTY DETAILS**

Property #: **022**



5527 East Pontiac Way, Fresno, CA, 93727

Square Footage: 1,611

Property Type: Single Family

Starting Bid: $86,000

Previous Value: $300,390

**PROPERTY DETAILS**

Property #: **023**



4875 East White Ave, Fresno, CA, 93727

Square Footage: 1,296

Property Type: Single Family

Starting Bid: $64,000

Previous Value: $245,000

**PROPERTY DETAILS**

Property #: **024**



14167 West G ST, Kerman, CA, 93630

Square Footage: 1,284

Property Type: Single Family

Starting Bid: $84,000

Previous Value: $208,900

**PROPERTY DETAILS**

Property #: **025**



15863 C Street, Kerman, CA, 93630

Square Footage: 2,598

Property Type: Single Family

Starting Bid: $128,000

Previous Value: $388,110

**PROPERTY DETAILS**

Property #: **026**



15515 West Kearney Blvd., Kerman, CA, 93630

Square Footage: 1,710

Property Type: Condo

Starting Bid: $64,000

Previous Value: $189,000

**PROPERTY DETAILS**

Property #: **027**



Removed from Auction, , CA, 

Square Footage: N/A

Property Type: 

Starting Bid: N/A

Previous Value: N/A

**PROPERTY DETAILS**

Property #: **028**



860 Sterling Ave, Sanger, CA, 93657

Square Footage: 1,275

Property Type: Single Family

Starting Bid: $68,000

Previous Value: $195,763

**PROPERTY DETAILS**

Property #: **029**

Property #: **030**

Property #: **031**

Property #: **032**









| | | | |
|---|---|---|---|
| 3839 Primrose Street, Selma, CA, 93662 | 1457 Grove Street, Selma, CA, 93662 | 116 Deborah Way, Chowchilla, CA, 93610 | 2271 Bay Court, Madera, CA, 93637 |
| Square Footage: 1,627 | Square Footage: 1,053 | Square Footage: 1,248 | Square Footage: 1,875 |
| Property Type: Single Family | Property Type: Single Family | Property Type: Single Family | Property Type: Single Family |
| Starting Bid: $117,000 | Starting Bid: $63,000 | Starting Bid: $72,000 | Starting Bid: $103,000 |
| Previous Value: $341,700 | Previous Value: $201,960 | Previous Value: $215,000 | Previous Value: $306,000 |
| **PROPERTY DETAILS** | **PROPERTY DETAILS** | **PROPERTY DETAILS** | **PROPERTY DETAILS** |

Property #: **033**    Property #: **034**    Property #: **035**    Property #: **036**









| | | | |
|---|---|---|---|
| 36860 Avenue 16, Madera, CA, 93638 | 17874 San Ramon Rd, Madera Area, CA, 93638 | 653 4th Street, Hollister, CA, 95023 | 885 Via Vaquero Norte, San Juan Batista, CA, 95045 |
| Square Footage: 2,447 | Square Footage: 1,448 | Square Footage: 1,200 | Square Footage: 3,550 |
| Property Type: Single Family | Property Type: Single Family | Property Type: Single Family | Property Type: Single Family |
| Starting Bid: $147,000 | Starting Bid: $88,000 | Starting Bid: $120,000 | Starting Bid: $375,000 |
| Previous Value: $358,900 | Previous Value: $234,090 | Previous Value: $525,300 | Previous Value: $1,090,000 |
| **PROPERTY DETAILS** | **PROPERTY DETAILS** | **PROPERTY DETAILS** | **PROPERTY DETAILS** |

Property #: **037**    Property #: **038**    Property #: **039**    Property #: **040**











| | | | |
|---|---|---|---|
| 202 Cedar Ave, Greenfield, CA, 93927 | Removed from Auction, , CA, | 115 Washington Drive, Salinas, CA, 93905 | 1848 Delancy Dr, Salinas, CA, 93906 |
| Square Footage: 1,942 | Square Footage: N/A | Square Footage: 798 | Square Footage: 1,161 |
| Property Type: Single Family | Property Type: | Property Type: Single Family | Property Type: Single Family |
| Starting Bid: $174,000 | Starting Bid: N/A | Starting Bid: $80,000 | Starting Bid: $148,000 |
| Previous Value: $663,000 | Previous Value: N/A | Previous Value: $520,500 | Previous Value: $566,100 |
| **PROPERTY DETAILS** | **PROPERTY DETAILS** | **PROPERTY DETAILS** | **PROPERTY DETAILS** |

Property #: **042**    Property #: **043**    Property #: **044**    Property #: **045**



[1864 Palm Ave, Soledad, CA, 93960](#)

Square Footage: 1,100

Property Type: Single Family

Starting Bid: $140,000

Previous Value: $408,366

**PROPERTY DETAILS**



[Removed from auction. , CA, ](#)

Square Footage: N/A

Property Type:

Starting Bid: N/A

Previous Value: N/A

**PROPERTY DETAILS**



[791 Lassen Drive, Hanford, CA, 93230](#)

Square Footage: 1,012

Property Type: Single Family

Starting Bid: $81,000

Previous Value: $202,900

**PROPERTY DETAILS**



[949 Golf Avenue, Lemoore, CA, 93245](#)

Square Footage: 1,830

Property Type: Single Family

Starting Bid: $100,000

Previous Value: $254,794

**PROPERTY DETAILS**

Property #: **045b**



[279 Carolyn Street, Farmersville, CA, 93223](#)

Square Footage: 1,130

Property Type: Single Family

Starting Bid: $63,000

Previous Value: $170,000

**PROPERTY DETAILS**

Property #: **045c**




[42206 Mynatt Drive, Three Rivers, CA, 93271](#)

Square Footage: N/A

Property Type: Single Family

Starting Bid: $80,000

Previous Value: $238,500

**PROPERTY DETAILS**




| Page 1 of 8 | << Previous | 1 | 2 | 3 | Next >> |

Copyright © 2007-2008 National Home Auction Company, LLC. All Rights Reserved. Reproduction without express written permission is prohibited.

Website Terms & Conditions | Privacy Policy

Auction dates | How it works | Financing | Agents & Brokers | FAQ | Contact Us | Site Map | About NHA | Home





QUESTIONS ABOUT OUR AUCTIONS
CALL US TOLL FREE
800-813-0715

| HOME | AUCTION DATES | HOW IT WORKS | FINANCING | F.A.Q.'s | AGENTS & BROKERS |

Get the latest information about our upcoming auctions by adding your e-mail address below!

your email please

Select State    **SUBSCRIBE**

**REGISTER NOW**

**WHAT OTHERS ARE SAYING?**
Click on the video image below to learn more

  

**TODAY'S REAL ESTATE MARKET:**
The number of properties in foreclosure and builder closeout has increased dramatically. Instead of waiting months to sell these properties one at a time, public lenders and developers have turned to real estate auctions as the preferred way to sell large numbers of foreclosed properties and builder closeouts during a single event.

This creates an excellent opportunity for buyers in all price ranges to pick up premier properties at true auction prices. In fact, buyers nationwide have embraced home auctions as one of the easiest and most efficient ways to buy real estate today. You can get started now. Use our powerful online search tools to find the home or investment property of your dreams then register to reserve your seat at the auction. We'll see you there!



PROPERTY DETAILS

Auction Dates > Auction Details > Property Details





Item #: **001**

Starting Bid: $99,000

Previously Valued*: $310,500

Address: 1831 San Gabriel Ave, Clovis, CA 93611

Property Type:Single Family

Year Built: 1973

Approx. Square Footage: 2,104

No. of Bedrooms: 4

No. of Baths: 2

HOA Dues: N/A

Lot Size: 0.20

Occupancy Status: Vacant

Financing Available: yes

Additional Comments:
Four bedroom home with in-ground pool and spa.
* See Terms and Conditions

**AUCTION DAY INFORMATION**

**WHEN:**
Sunday, February 24, 2008

**WHERE:**
Fresno Convention Center - February 24th
Exhibit Halls I & II
848 M Street
Fresno, CA 93721

**REGISTRATION BEGINS:** 8:30 AM
**AUCTIONS BEGIN:** 9:30 AM

**OPEN HOUSE DATES & TIMES**

Saturday, February 9th
Saturday, February 16th
Sunday, February 17th

Open House Times:
11:00am - 4:00pm

**OTHER PROPERTY INFORMATION**

**Property Documents:**
Preliminary Title Report

**Additional Property Documents:**
Terms and Conditions
Earthquake Safety (English)
Lead Paint EPA Info (English)
Residential Hazards (English)
Earthquake Safety(Spanish)
Lead Paint EPA Info (Spanish)
Residential Hazards (Spansh)
**Purchase Agreement**

**Tools**
Area Map & Directions
Print This Listing
Email This Listing

**REGISTER TODAY!**

**IMPORTANT AUCTION REMINDERS**

Copyright © 2007-2008 National Home Auction Company, LLC. All Rights Reserved. Reproduction without express written permission is prohibited.

Website Terms & Conditions | Privacy Policy

Auction dates | How it works | Financing | Agents & Brokers | FAQ | Contact Us | Site Map | About NHA | Home



QUESTIONS ABOUT OUR AUCTIONS
CALL US TOLL FREE
**800-813-0715**

| HOME | AUCTION DATES | HOW IT WORKS | FINANCING | F.A.Q.'s | AGENTS & BROKERS |

### EMAIL NOTIFICATION

Get the latest information about our upcoming auctions by adding your email address below!

your email please

Select State    **SUBSCRIBE**



ABOUT US

**REGISTER NOW**

**National Home Auction (NHA)** is a recognized leader in accumulating premier properties from lenders and developers who are motivated to sell these properties at our auctions...at prices determined through a true bidding process.

### TODAY'S REAL ESTATE MARKET!

The number of properties in foreclosure and builder closeout has increased dramatically. Instead of waiting months to sell these properties one at a time, public lenders and developers have turned to real estate auctions as the preferred way to sell large numbers of foreclosed properties and builder closeouts during a single event.

This creates an excellent opportunity for buyers in all price ranges to pick up premier properties at true auction prices.  In fact, buyers nationwide have embraced home auctions as one of the easiest and most efficient ways to buy real estate today.  You can get started now.  Use our powerful online search tools to find the home or investment property of your dreams then register to reserve your seat at the auction.  We'll see you there!

**Home Auction Buyers**

Our goal is to bring home auction buyers the best real estate buying opportunities nationwide. It begins with our unsurpassed access to premier lender foreclosure and builder closeout properties. Once these homes are committed to the auction process and loaded into our database, our user friendly on-line tools make searching properties fast and easy. Photos, descriptions, inspection reports, maps, directions and open house dates are included on-line. Or, you can call to request a brochure showing all the properties in the auction. Either way, inspect the properties during the open house dates and you are ready to make an informed buying decision.

We make bidding and buying auction property convenient too. You can bid and win property in advance of the auction event through our proprietary pre-auction on-line bidding system or experience the fun and excitement when you attend and win property at a live auction event. In either case, you will have the opportunity to pre-qualify for financing with some of the countries top lenders so you can bid and buy with confidence. Best of all, you don't need to be a real estate professional to take part in our auctions. Whether you're a first time home buyer or seasoned real estate investor, National Home Auction makes the process of buying auction property easy and fun for everyone.

**Home Auction Sellers**

Our goal is to bring lender foreclosure and builder closeout sellers the best large-scale real estate selling opportunities nationwide. National Home Auction makes all this happen through an experienced team of dedicated and motivated pre-event professionals who have proven records in the fields of advertising and promotion, print and electronic production and media placement. NHA's event marketing team is supported by an equally qualified and dedicated team of real estate professionals with extensive experience in property acquisition and auction sales, as well as, mortgage lending, escrow and title. In addition, we offer auction buyers more opportunities to bid and win properties, helping you sell these assets quickly at their true market value.

For more information or to request our brochure and DVD explaining how your company can take advantage of National Home Auction "Real Estate Auction Program" please contact us at 800-821-0982 or email us at assetsales@nhacauctions.com.

Copyright © 2007-2008 National Home Auction Company, LLC. All Rights Reserved.
Reproduction without express written permission is prohibited.

Website Terms & Conditions | Privacy Policy | Licenses

Auction dates | How it works | Financing | Agents & Brokers | FAQ | Contact Us | Site Map | About NHA | Home



**QUESTIONS ABOUT OUR AUCTIONS**
**CALL US TOLL FREE**
**800-813-0715**

| HOME | AUCTION DATES | HOW IT WORKS | FINANCING | F.A.Q.'s | AGENTS & BROKERS |
|---|---|---|---|---|---|



BIDDER REGISTRATION

### EMAIL NOTIFICATION
Get the latest information about our upcoming auctions by adding your e-mail address below!

your email please

Select State ▾    **SUBSCRIBE**

**REGISTER NOW**

### TODAY'S REAL ESTATE MARKET!
The number of properties in foreclosure and builder closeout has increased dramatically. Instead of waiting months to sell these properties one at a time, public lenders and developers have turned to real estate auctions as the preferred way to sell large numbers of foreclosed properties and builder closeouts during a single event.

This creates an excellent opportunity for buyers in all price ranges to pick up premier properties at true auction prices.  In fact, buyers nationwide have embraced home auctions as one of the easiest and most efficient ways to buy real estate today.  You can get started now.  Use our powerful online search tools to find the home or investment property of your dreams then register to reserve your seat at the auction.  We'll see you there!

Please complete the contact information below to receive our brochure and register for one of our auctions.

First Name: _____    Last Name: _____

Address: _____    City: _____

State: [ Please Select One ▾ ]    Zip Code: _____

Phone: _____    Email: _____

Best Time to call:    [ Please Select One ▾ ]

Please choose the auction you would like to attend:    [ Please Select One ▾ ]

How did you hear about our auctions?    [ Please Select One ▾ ]

○ Request Brochure only    ● Request Brochure and Register for Event

We plan to: ● Pay Cash ○ Use Auction Approved Lender ○ Arrange Our Own Financing

**Terms & Conditions**

☐ By clicking here and registering for a National Home Auction event, Bidder acknowledges that they have read and accepted all **Terms & Conditions** as set forth in the auction brochure or website. Winning Bidders will be required to acknowledge in writing that they have inspected the property and reviewed all property disclosures relating to the property prior to bidding at the auction. The information supplied in this form does not constitute a loan application or commitment to lend from Residential Mortgage Acceptance or any other lender presented to Bidder by National Home Auction. I have also read the **AFFILIATED BUSINESS DISCLOSURE STATEMENT NOTICE** and understand that National Home Auction Company LLC is referring me/us to purchase the above-described settlement service(s) and may receive a financial or other benefit as the result of this referral.

**SUBMIT FORM**

Copyright © 2007-2008 National Home Auction Company, LLC. All Rights Reserved. Reproduction without express written permission is prohibited.

Website Terms & Conditions | Privacy Policy | Licenses

Auction dates | How it works | Financing | Agents & Brokers | FAQ | Contact Us | Site Map | About NHA | Home



**QUESTIONS ABOUT OUR AUCTIONS**
CALL US TOLL FREE
**800-813-0715**

| HOME | AUCTION DATES | HOW IT WORKS | FINANCING | F.A.Q.'s | AGENTS & BROKERS |
|------|---------------|--------------|-----------|----------|------------------|

**EMAIL NOTIFICATION**
Get the latest information about our upcoming auctions by adding your e-mail address below!

your email please

Select State ▼     SUBSCRIBE



**AUCTION DATES**

| Auction City | Detailed Venue Information | Auction Day Details | Open House Information | Property Information | |
|--------------|---------------------------|---------------------|----------------------|--------------------|---|
| **1 DAY AUCTION - FRESNO, BAKERSFIELD & MORE!** | | | | | |
| Fresno & Surrounding Areas | **Fresno Convention Center** Exhibit Halls I & II 848 M Street Fresno CA 93721 | **Sunday, February 24th** Registration: 8:30 am Auction Begins: 9:30 am | Saturday, Feb 9th Saturday, Feb 16th Sunday, Feb 17th | 100+ Homes Must Be Sold Property Search | REGISTER NOW |
| **1 DAY AUCTION -ONTARIO, RIVERSIDE, SAN BERNARDINO & SURROUNDING AREAS!** | | | | | |
| Ontario & Surrounding Areas | **Ontario Convention Center** Exhibit Hall B 2000 E. Convention Center Way Ontario, CA 91764 | **Sunday March 9th** Registration: 8:30 am Auction Begins: 9:30 am | Saturday, Feb 23rd Saturday, March 1st Sunday March 2nd | 150+ Homes Must Be Sold Property Search | REGISTER NOW |
| **1 DAY AUCTION - LOS ANGELES, SAN DIEGO & SURROUNDING AREAS!** | | | | | |
| Los Angeles - San Diego & Surrounding Areas | **Los Angeles Convention Center** Concourse Hall E&F 1201 South Figueroa St Los Angeles, CA 90015 | **Sunday, March 16th** Registration: 8:30 am Auction Begins: 9:30 am | Saturday, March 1st Saturday, March 8th Sunday, March 9th | 100+ Homes Must Be Sold Property Search | REGISTER NOW |
| **1 DAY AUCTION - DENVER &SURROUNDING AREAS!** | | | | | |
| Denver & Surrounding Areas | **Denver Convention Center** 700 14th Street Denver, CO 80202 | **Sunday, April 6th** Registration: 8:30 am Auction Begins: 9:30 am | Sunday, March 23rd Saturday, March 29th Sunday, March 30th | 150+ Homes Must Be Sold Property Search | REGISTER NOW |

All Homes Sold will Include A Home Warranty

**AHS** AMERICAN HOME SHIELD®

The **right choice** in home warranties...™

**ABOUT NATIONAL HOME AUCTION**

**NATIONAL HOME AUCTION (NHA)** is a recognized leader in accumulating premier properties from lenders and developers who are motivated to sell these properties quickly...at prices that you determine through a competitive bidding process. We've partnered with some of the biggest names in real estate to ensure that everything you need to close your transaction including financing, title, escrow and homeowners insurance is available at our auctions. Plus, NHA includes a FREE home warranty valued at over $395 with every auction property sold! Whether you're a first time home buyer or seasoned real estate investor, take advantage of this great opportunity to buy real estate at a NHA auction near you.



 

Copyright © 2007-2008 National Home Auction Company, LLC. All Rights Reserved. Reproduction without express written permission is prohibited.

Website Terms & Conditions | Privacy Policy | Licenses



QUESTIONS ABOUT OUR AUCTIONS
CALL US TOLL FREE
**800-813-0715**

| HOME | AUCTION DATES | HOW IT WORKS | FINANCING | F.A.Q.'s | AGENTS & BROKERS |

### EMAIL NOTIFICATION
Get the latest information about our upcoming auctions by adding your e-mail address below!

your email please

Select State ▾     **SUBSCRIBE**



FINANCING

**REGISTER NOW**

**TODAY'S REAL ESTATE MARKET!**
The number of properties in foreclosure and builder closeout has increased dramatically. Instead of waiting months to sell these properties one at a time, public lenders and developers have turned to real estate auctions as the preferred way to sell large numbers of foreclosed properties and builder closeouts during a single event.

This creates an excellent opportunity for buyers in all price ranges to pick up premier properties at true auction prices. In fact, buyers nationwide have embraced home auctions as one of the easiest and most efficient ways to buy real estate today. You can get started now. Use our powerful online search tools to find the home or investment property of your dreams then register to reserve your seat at the auction. We'll see you there!

**National Home Auction** is pleased to recommend several trusted sources of financing for your auction purchase. Our lender partners have the proven expertise and competitive programs to get your loan approved and funded even in today's tight credit markets. In addition, when you pre-qualify with one of our approved lenders, you'll receive a certificate good for $500 off the closing costs on any auction property you buy.



## DOUBLE BONUS
Just bring the documentation specified in your prequalification letter along with you to the auction and we'll issue you a second certificate for **$500 off closing costs on the spot.**

### That's $1,000 in total savings to you!

We've selected our lender partners to make financing your auction purchase fast and hassle-free. NHA approved lenders offer:

- Prequalification with absolutely no cost or obligation to you
- As low as 5% down payment to approved buyers and properties
- Competitive fixed-rate and adjustable-rate programs
- Conventional and jumbo loan amounts
- Competitive investor programs
- Products tailored to a variety of credit profiles

It's easy to get started now. **Simply click the Register Now button** and complete the requested information. We'll mail you a brochure for the auction you plan to attend and one of our approved lenders will contact you to complete the financing prequalification. We look forward to seeing you at the auction!



Prequalification is not a commitment to lend. All borrowers and properties must qualify. A complete application and furnishing all required documentation will be required for final loan approval. Some programs and products may not be available in all states. Restrictions apply.

Copyright © 2007-2008 National Home Auction Company, LLC. All Rights Reserved. Reproduction without express written permission is prohibited.

Website Terms & Conditions | Privacy Policy | Licenses

Auction dates | How it works | Financing | Agents & Brokers | FAQ | Contact Us | Site Map | About NHA | Home